-1-

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802-WJM

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS, IVA HAUKENES,
and BRAD and LINDA McHENRY on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

HOMEADVISOR, INC.,
IAC/INTERACTIVECORP., ANGI HOMESERVICES, INC.,
CROWDSTEER INC., and DOES 1 through 10,

        Defendants.

### DECLARATION OF STEPHANIE E. SAUNDERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT

      I, Stephanie E. Saunders, hereby declare and state as follows:

      1.      I am an attorney at Chimicles & Tikellis LLP, counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and Declaratory Judgment. I have personal knowledge of the information contained herein, and if called as a witness, I could and would competently testify thereto.

      2.      Attached hereto as Ex. A is a true and correct copy of the Expert Report of Peter Kent.

      3.      Attached hereto as Ex. B is a true and accurate electronic copy of the screenshot of the Internet Archive Wayback Machine's record of the following HomeAdvisor Home Service

Professional Membership URL from March 20, 2018: https://web.archive.org/web/20180320151124/http:/welcome.homeadvisor.com/membership.

4. Attached hereto as Ex. C is a true and accurate electronic copy of the screenshot of HomeAdvisor's Online Profile Page for the McHenry Plaintiffs (*see* https://www.homeadvisor.com/rated.BBCarpentry.65620492.html) as of September 26, 2018.

5. Attached hereto as Ex. D is a Schedule of HSP Declarations that categorizes and compiles the supporting paragraphs from the following Declarations of HSPs, of which true and accurate copies are attached hereto:

| DECLARATIONS | |
|---|---|
| Declaration of Dustin Collins | Ex. D-1 |
| Declaration of Julian Duran | Ex. D-2 |
| Declaration of Caroline Haugen | Ex. D-3 |
| Declaration of Frank Slinger | Ex. D-4 |
| Declaration of Plaintiffs Brad and Linda McHenry | Ex. D-5 |
| Declaration of Travis Abaire | Ex. D-6 |
| Declaration of Jarett Heindel | Ex. D-7 |
| Declaration of Kevin L. Moore Sr. | Ex. D-8 |
| Declaration of Mike Sohrt | Ex. D-9 |
| Declaration of William VanDuzer | Ex. D-10 |
| Declaration of Richard Wheeler | Ex. D-11 |
| Declaration of Plaintiff Iva Haukenes | Ex. D-12 |
| Declaration of Plaintiff Kourtney Ervine | Ex. D-13 |
| Declaration of Clint Hendry | Ex. D-14 |
| Declaration of Jacob Krumenacker | Ex. D-15 |
| Declaration of Walter Garr Yarboro | Ex. D-16 |

6. Attached hereto as Ex. E are true and accurate electronic excerpts of screenshots of HomeAdvisor's Online Profile Pages for Plaintiff Collins (*see* https://www.homeadvisor.com/rated.InnovativeBuilding.67456049.html#) and the McHenry Plaintiffs (*see* https://www.homeadvisor.com/rated.BBCarpentry.65620492.html#), both as of September 27, 2018.

-3-

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of October 2018, at Haverford, Pennsylvania.

*/s/ Stephanie E. Saunders*
Stephanie E. Saunders

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                                                     */s/ Nicholas E. Chimicles*