# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CHARLES COSTELLO,
BRUCE FILIPIAK,
JOSH SELDNER,
ANTHONY BAUMANN,                                   Civil Action No. 1:18-cv-10802-WJM
KOURTNEY ERVINE,
HANS HASS,
IVA HAUKENES,
and BRAD and LINDA McHENRY on behalf of
themselves and all others similarly situated,

          Plaintiffs,

v.


HOMEADVISOR, INC.,
IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC.,
CROWDSTEER INC.,
and DOES 1 through 11,

          Defendants,

EXPERT REPORT OF PETER KENT

OCTOBER 7TH, 2018

# TABLE OF CONTENTS

I.    Assignment ...................................................................................................3
II.   My Qualifications .........................................................................................3
III.  Compensation ...............................................................................................5
IV.   Materials Considered ....................................................................................6
V.    My Opinions ..................................................................................................6
      A.    HomeAdvisor's Use of Online Profile Pages .......................................6
      B.    HomeAdvisor's "Unfair Advantage" Over Individual HSPs ...................10
            1.    Search Engine Ranking Algorithms ...................................................10
            2.    Search Engine Optimization .............................................................12
            3.    How HomeAdvisor Gained an Unfair Advantage ..............................13
            4.    Lower Search Engine Ranks Also Help HomeAdvisor .......................15
      C.    HomeAdvisor.com Online Profile Pages Harm Former HSPs ..................16
            1.    The Google Search Results ...............................................................19
            2.    Searchers Viewing a Former HSP's HomeAdvisor.com Profile Page,
                  May be Diverted to Other HSPs .........................................................22
            3.    Former HSP's Profile Pages Benefit HomeAdvisor, While Causing
                  Only Harm to the Former HSPs ........................................................25
      D.    HomeAdvisor.com Has Different Profile Page Types for Former HSPs ...27
            1.    The Full Profile Page ........................................................................27
            2.    A "No Longer Available" Message is Displayed on the Page ..............28
            3.    The Profile Page is Present, But on a Different URL ..........................30
      E.    Most Small Businesses are Easily Found Online ...................................31
      F.    HomeAdvisor's Conduct Likely Causes Confusion Among Consumers ...33
            1.    The "Get a Quote" Button is Deceptive and Likely Causes
                  Consumer Confusion ........................................................................33
            2.    The "Not Screened" Message is False and Likely to Mislead .............35
            3.    The "No Longer Available Message" May Mislead Consumers ..........36
            4.    In Some Cases the Presence of an Invalid Phone Number is Likely
                  to Mislead .......................................................................................37
            5.    Search Results Are Likely to Mislead ................................................38
      G.    HomeAdvisor Will Not Remove Profile Pages, and in Some Cases Will
            Not Allow HSPs to Terminate Their Membership ................................39
VI.   Conclusion ...................................................................................................41
Exhibit A: CV, Cases Kent Testified in the Last Four Years .............................43
Exhibit B: Materials Considered .......................................................................52
Exhibit C: Google Search Results Showing Listings for HomeAdvisor Profile
      Pages of Former HSPs ...............................................................................53

## I.        Assignment

1.        I have been engaged by Chimicles & Tikellis LLP on behalf of Plaintiffs in this Action ("Plaintiffs") to review and analyze certain evidence in this case and provide an opinion relating to Defendant's use of HSP (Home Service Provider) profile pages after HSPs have ended service with HomeAdvisor. This report summarizes my analysis and conclusions regarding these issues.

2.        The opinions I express in this report are based on my background and experience, along with my review of materials provided to me by counsel and of search results I carried out and Web sites I reviewed in relation to this case. If called to testify, I expect to offer the opinions expressed in this report and the basis for those opinions.  I may modify or supplement the opinions that I express in this report if additional evidence or information comes to my attention. I may modify or supplement my opinions in view of arguments made by any person retained by Defendants, including Defendants' counsel and anyone it engages to provide opinions.

## II.        My Qualifications

3.        I am an e-commerce and SEO ("Search Engine Optimization") consultant and author, and I am the owner of Peter Kent Consulting LLC.  I provide online e-commerce strategies to companies seeking to improve their online business, including search-engine optimization, Pay Per Click management, Web development, Web-site "conversions," usability, and Web-marketing project management. My business address is 399 East Bayaud Avenue, Denver, Colorado 80209.

4.        I have been working with computer technology since early 1979, and have been involved in a wide range of capacities within the technology business, beginning with operating computer equipment used for oil-field drilling engineering and drilling optimization purposes; then, starting in 1981, working with software-development teams (initially with the title of *Systems Analyst*), testing hardware and software systems, documenting said systems, designing

user interfaces, training users, as well as installing, maintaining, and repairing systems. Since the mid-1980s, I have been involved in various additional functions in the technology business, including writing computer books, writing video-training scripts, presenting video-training courses, creating Web sites, designing software, project managing software-development, developing online-marketing strategies, managing online-advertising and search-engine-optimization campaigns, and more.

5.      I began working online (using mechanisms such as CompuServe and bulletin-board systems) in 1984, and on the World Wide Web in 1993 (at a time when the Web only held 130 Web sites); I first began registering domains and building Web sites late in 1993 or early in 1994.

6.      I have extensive experience in the e-commerce arena. In 1997 I founded Top Floor Publishing to sell Internet-related business books online through Amazon.com as well as Top Floor Publishing's own e-commerce store, which I personally set up myself. I also founded BizBlast, an e-commerce-service provider; the company was funded by Softbank, one of the world's largest venture-capital firms, and provided small businesses with customized online stores operating on BizBlast's servers.  I was also VP of Web Solutions for IC&C, a national ISP (Internet Service Provider); my department of around 60 people provided both Web hosting and Web-development services, such as e-commerce sites that ran on our servers.  I also worked as VP of Marketing for Indigio, a Web-applications development firm with clients such as Avis, Budget Truck Rental, Budget Rent a Car, and Dex, one of the nation's largest Yellow Pages companies.

7.      I am currently a Principal at Peter Kent Consulting, LLC, which provides Internet-marketing and Internet-strategy consulting services to a varied client base.  I have provided consulting services in this arena to Amazon, Zillow, Avvo, Honey Baked Ham, Tower Records, Lonely Planet, and literally hundreds of small and medium companies, from real-estate agents to travel retailers, lawyers to non-profits.

8.     My current services include assisting clients in developing online-marketing strategies, increasing traffic through search-engine marketing and optimization, designing and implementing pay-per click search-advertising campaigns, designing Web sites, and developing Web-applications.

9.     In addition to my industry background, I have written many books about the Internet and technology in general.  My publications include seven editions of the *Complete Idiot's Guide to the Internet*, five editions of *Search Engine Optimization for Dummies*, one edition of *SEO for Dummies*, and dozens of other books about working online and doing business online, including *Pay Per Click Search Engine Marketing for Dummies, How to Make Money Online with eBay, Yahoo!, and Google*, and *Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site*.  I have also written hundreds of newspaper and periodical articles, mostly in the area of technology and e-commerce, and have written and presented four video courses for LinkedIn Learning/Lynda.com on search-engine optimization and selling products through the Amazon.com marketplace, and created one of the highest-ranked courses about SEO on the Udemy.com education platform.

10.     I received a B.A. degree, with Honors, in Geography/Geology from the University of Sheffield, United Kingdom, in 1978.

11.     Additional details regarding my professional experience and publications, and cases in which I have testified over the last four years, are set forth in my curriculum vitae, attached as Exhibit A to this report.

## III.     Compensation

12.     I am being compensated at the rate of $550 per hour for my services. The compensation is in no way tied to the outcome of this matter or my opinion.

## IV.      Materials Considered

13.      In developing my opinions, I have reviewed a number of materials related to this matter, which are identified in Exhibit B hereto, along with other materials and Web sites referenced within the body of this report. I reserve the right to review and consider additional materials throughout this case and, if necessary, to supplement the opinions in this report.

## V.      My Opinions

14.      I was asked to provide an opinion regarding what harm, if any, is done to former HSPs (Home Service Providers, members of the HomeAdvisor network) by having HomeAdvisor maintain HomeAdvisor.com profile pages for the former HSPs, and having the profile pages appearing high in the search results (even higher, in some cases, than the HSPs' own Web sites).

15.      Based on my review of the materials provided, and my own experience as an expert in the areas of Search Engine Optimization and online marketing, I have the following opinions to a reasonable degree of professional certainty.

### A.      HomeAdvisor's Use of Online Profile Pages

16.      HomeAdvisor.com provides HSPs with "profile" pages, such as the following:



https://www.homeadvisor.com/rated.TAPPlumbingand.74179161.html, Oct 4, 2018

17.     These profile pages appear in HomeAdvisor's own directory; that is, in some cases consumers may visit HomeAdvisor.com and, depending on the choices they make and links they click upon, may browse through the Web site and reach an HSP's profile page.

18.     These pages also appear in the search results of the major search engines in the United States: Google.com, Bing.com, Yahoo.com, as well as in the search results of smaller search sites that have partnerships with these larger sites (such as AOL.com). (Combined, Google.com, Bing.com, Yahoo.com, and their various partner sites provide search results for around 99% of American consumer's Internet searches[1].) For example, the following shows the top search result on Google.com[2] when searching for the search term *t.a.p plumbing and heating bristol* (October 4, 2018):

---

[1] https://www.statista.com/statistics/267161/market-share-of-search-engines-in-the-united-states/
[2]

https://www.google.com/search?ei=zzq2W67cFoacjwSV3YKgDQ&q=t.a.p+plumbing+and+heating+bristol&oq=t.a.p+plumbing+and+heating+bristol



19.     As can be seen, the first entry in the Google search results is a link to a HomeAdvisor profile page for T.A.P. Plumbing and Heating, LLC, a former HSP. The HomeAdvisor profile page also appears in the top non-advertising position in the search results of AOL.com[3], Bing.com[4], and Yahoo.com[5] (as of October 4, 2018).

20.     Thus, the HomeAdvisor profile page ranks higher in the Google search results for this search term—a search term likely to be used by consumers seeking information about this particular business—than even the former HSP's own Facebook page and Web site. As I explain later, the major search engines seek to provide the "best match" of information when consumers search at their sites. And yet, despite the fact that in many cases in which someone searches for a particular company, perhaps most, the searched-for company's Web site would be the best match, the major search engines often provide a link to HomeAdvisor above the link to the former HSP's site (I also explain how this happens this later in this report).

---

3

https://search.aol.com/aol/search;_ylt=AwrJ7JuWOLZb2mYA3FBpCWVH;_ylc=X1MDMTE5NzgwMzg4MQRfcgMyBGZyA2NvbXNlYXJjaARncHJpZAMEbl9yc2x0AzAEbl9zdWdnAzAEb3JpZ2luA3NlYXJjaC5hb2wuY29tBHBvcwMwBHBxc3RyA3QudC5wLnBsdW1iaW5nLmhlYXRpbmcuYnJpc3RvbARxc3RybAM0MgRxdWVyeQN0LmEucCUyMHBsdW1iaW5nJTIwYW5kJTIwaGVhdGluZyUyMGJyaXN0b2wEdF9zdGdGluZyUyMGJyaXN0b2wEc2FtZTE1Mzg2NjkyOTU-?q=t.a.p+plumbing+and+heating+bristol&s_it=sb-top&v_t=comsearch

4   https://www.bing.com/search?q=t.a.p+plumbing+and+heating+bristol&qs=n&form=QBLH&sp=-1&pq=&sc=0-0&sk=&cvid=F2D29AACBC1F47BE94CC1EC39F79D0EC

5

https://search.yahoo.com/search;_ylt=AwrJ61ibOLZbedcAKwBXNyoA;_ylc=X1MDMjc2NjY3OQRfcgMyBGZyA3lmcC10BGdwcmlkAwRuX3JzbHQDMARuX3N1Z2cDMARvcmlnaW4Dc2VhcmNoLnlhaG9vLmNvbNvbQRwb3MDMARwcXN0cgMtEcHFzdHJsAzAzAEcXN0cmwDNDIEcXVlcnkDdC5hLnAlMjBwbHVtYmluZyUyMGFuZCUyMGhlYXRpbmcuYnJpc3RvbCZmcj1zYXJtbmclMjBicmlzdG9G9sBHRfc3RtcAMxNTM4NjY5Mjk5?p=t.a.p+plumbing+and+heating+bristol&fr2=sb-top&fr=yfp-t&fp=1

21.     HomeAdvisor currently has 390,000 business-profile pages of various kinds indexed by Google, as can be seen using the following three links:

- https://www.google.com/search?q=site%3Ahomeadvisor.com+inurl%3Arated
- https://www.google.com/search?ei=WlCRW8mLOIXusQXd5LSwAw&q=site%3Ahomeadvisor.com%2Fsp&oq=site%3Ahomeadvisor.com%2Fsp
- https://www.google.com/search?ei=tlCRW8fvII3QsAXxgaZg&q=site%3Ahomeadvisor.com%2Fusp&oq=site%3Ahomeadvisor.com%2Fusp

22.     Thus consumers searching for particular companies by name may find the HomeAdvisor profile page, often in the first position or near the top of the search results of the nation's major search engines.

23.     HomeAdvisor creates a detailed profile page when a new company signs up as an HSP member of HomeAdvisor. (Around 270,000 of the profile pages likely carry information related to current and former HSPs; see the first search URL in the bulleted list above.) However, HomeAdvisor also maintains tens of thousands of profile pages related to companies that are not currently members—and may have never been members—though these pages typically contain less information than profile pages for current and former HSPs. The following profile page is most likely for a business that has never had a business relationship with HomeAdvisor, as it is inviting the business owner to "Claim Your Listing":



### B.      HomeAdvisor's "Unfair Advantage" Over Individual HSPs

24.     Why would Google (and other major search engines) rank HomeAdvisor.com Web pages above sites that provide a better match for a searcher's keywords? Why, for instance, does HomeAdvisor.com's *T.A.P. Plumbing and Heating, LLC* profile page rank higher than the company's own Web site (https://www.tapplumbing.net/) and Facebook page (https://www.facebook.com/TAP-Plumbing-and-Heating-LLC-1588406158047487/) in some search results?

25.     There are technical reasons why it is very hard for individual HSPs to compete in the major search engine's search results against HomeAdvisor. In order to understand this, one must understand two things:

- How search engines rank search results
- How companies use *search engine optimization* to improve their rank

### 1.      Search Engine Ranking Algorithms

26.     When one searches for information at one of the major search engines—in the United States Google.com, Bing.com, and Yahoo.com[6] are the three most important major search engines—the search engine has to search among literally billions of Web pages looking for the best "matches" (that is, the pages that provide the information most likely to be what searcher is looking for). If, for example, one searches for *roofing contractor denver*, Google currently indicates that it has around 35M pages that are in some way related to these search keywords (as of October 6, 2018); somehow it has to decide which of those pages are the best matches.

27.     Google couldn't simply provide the searcher a list of pages in random order, or alphabetical order, and leave it up to the searcher to pick, out of 1.8M pages, which is the best match for what he or she is looking for. Rather, Google has to *rank* the results, providing first the search results that the search engine feels are the most appropriate; it has to list the search results

---

[6] Yahoo.com search results are provided by Microsoft's Bing.com search engine, so in general searches at Bing.com and Yahoo.com provide the same results.

in "best-match" order, with the best matches at the top of the list and the worst matches at the bottom. Providing really useful search results is how search engines stay in business; if a search engine *doesn't* provide useful search results, searchers won't return.

28.      Thus search engines use what are known as *ranking algorithms*; complex calculations, using literally hundreds of criteria, to select the best matches for searchers' search terms. There are two categories of characteristics that search engines examine when attempting to find the best matches:

- On-Page Criteria
- Off-Page Criteria

29.      **On-Page Criteria** are characteristics of the actual Web pages themselves; the search engines compare the keywords for which the searcher is searching, with what is actually found in the Web pages themselves. For example, a Web page that includes the term *roofing contractor denver* several times in the text of the page, including near the top of the page, will likely be ranked higher than pages that contain the term just once near the end of the page, or that include the individual words *roofing, contractor*, and *denver* but not close together in the text. The following are the kinds of on-page criteria the search engine's ranking algorithm considers, among many others:

- Do the keywords appear in the Web page's address (the URL)?; for instance, *www.sampledomain.com/roofing-contractor-denver.html*
- Do the keywords appear in the page's "title tag," the code that places the text into the Web browser's title bar when someone is viewing the page?
- How often do the keywords appear in the page's body text?
- Do the keywords appear near the top of the body text, or near the bottom?
- Do the keywords appear in headings within the page?

30.      **Off-Page Criteria** are characteristics relating to *hyperlinks* pointing to the Web pages. The major search engines use links pointing to a page (often known as *backlinks*) to understand what the page is about, and to help determine where the page should be ranked in the search results. For example, if a search engine sees a link pointing to a Web page, and the visible

text (the "anchor text" as it's known in the search-engine business) is _roofing contractor denver_, then the search engine regards that as an indication that the page to which the link points is related to roofing contractors in Denver. The following are the kinds of off-page criteria the search engine's ranking algorithm considers:

- How many links point to the Web page, or to the site on which the Web page is found? (More links means higher rank.)
- How popular are the sites linking to the Web page? (Links from more popular sites—sites with more links pointing to _them_—are more beneficial than links from less popular sites.)
- How trustworthy are the sites linking to the Web page? (Links from more trustworthy sites—such as from major newspaper and TV sites, university sites, medical journals, and so on—are more beneficial than links from less trustworthy sites.)
- What is the "anchor text"? (Links with anchor text similar to the searched for keywords will help the page rank for that search.)

### 2.    Search Engine Optimization

31.    Search engines keep the exact details of their ranking algorithms secret. However, there is an overall, "broad strokes," understanding of how search engines rank Web pages and, therefore, what Web site owners can do to help their Web sites rank well for search phrases that prospective customers are using when looking for the kinds of products and services the site owners are selling.

32.    The practice of carrying out activities in order to rank one's site better in the search results is known as _search engine optimization_ (SEO). Again, as with search ranking, SEO may be broken into two categories: _on-page optimization_—what one does to one's Web pages—and _off-page optimization_—the creation of links from other Web sites pointing to one's Web pages.

33.    **On-page optimization** includes activities such as creating Web pages optimized for specific search phrases, putting particular keywords into URLs, title tags, and heading tags, creating "keyworded content" so that additional optimized pages can be created, and so on.

34.   **Off-page optimization** is related to various methods of creating links, on other Web sites, pointing to the Web site being optimized.

### 3.   How HomeAdvisor Gained an Unfair Advantage

35.   HomeAdvisor has an enormous advantage over the HSPs who become its members. Most of HomeAdvisor's HSPs are small companies, often sole proprietors with perhaps one or two employees, who have limited marketing budgets and little understanding of online marketing and SEO.

36.   HomeAdvisor, on the other hand, is a company with hundreds of millions of dollars in revenues ($173M in 2017), that can clearly afford to pay for sophisticated online marketing and SEO campaigns.

37.   One way this can be seen is in an analysis of links pointing to the HomeAdvisor.com Web site. I used a tool provided by Majestic.com, a well-known link-analysis company. I searched for *HomeAdvisor.com*, to find an analysis of links pointing to that site, and was provided with the following information:



38.   The following is a summary and interpretation of this data:

- Majestic.com found over 37M links pointing from other Web sites to HomeAdvisor.com

- Those 37M links are from over 65,000 different Web sites.

- Over the time that Majestic.com has been analyzing links, it has found almost 218M links, from over 162,000 different Web sites, pointing to HomeAdvisor.com (thus around 181M of those links are no longer present on the World Wide Web).

- Majestic gives the site a Trust Flow rating of 61 out of 100 (this is a measure of the value of links from trustworthy sites, such as newspaper sites).

- Majestic gives the site a Citation Flow rating of 71 out of 100 (this is a measure of the "link popularity"; that is, how many of the links to HomeAdvisor.com are from sites that are themselves popular).

39.     These are excellent statistics, evidence of the sort of SEO activities that few companies can afford. Thanks to these tens of millions of links pointing to HomeAdvisor, major search engines such as Google will regard HomeAdvisor as a site that provides very good matches for searchers' search keywords. That is, if someone goes to Google and searches, and Google finds a page on HomeAdvisor.com that seems to be a good match for the search terms (the keywords), there is a very good chance that the HomeAdvisor.com page will appear at the top or near the top of the Google search results.

40.     For comparison, consider one of HomeAdvisor's former HSP members, *T.A.P. Plumbing and Heating, LLC*  in Bristol, CT. This small company has a Web site, which can be found at www.TAPPlumbing.net. However, when querying Majestic.com for information about this site, one is informed that Majestic.com has no information about links pointing to the site[7]. That is, although Majestic.com has an index of literally trillions of Web pages[8], it has been unable to find a single link pointing to the www.TAPPlumbing.net Web site.

41.     This kind of result is common with small-business Web sites. Even when links *are* found, they are often very few, a mere handful; perhaps less than ten, maybe a few dozen. The following shows a link-analysis comparison between HomeAdvisor.com and TAPPlumbing.net:

---

[7] https://majestic.com/reports/site-explorer?q=TAPPlumbing.net&oq=TAPPlumbing.net&IndexDataSource=F
[8] https://majestic.com/support/faq#HowBig

| Criteria | HomeAdvisor.com | TAPPlumbing.net |
|---|---|---|
| Trust Flow | 61 | 0 |
| Citation Flow | 71 | 0 |
| Links to the Site | 37,236,153 | 0 |
| Web Sites Linking to the Site | 65,172 | 0 |

42.     The effect of this disparity is to convince Google (and other major search engines) that HomeAdvisor is a very important site, *far* more important than TAPPlumbing.net. This means that if someone searches for a particular phrase, and both HomeAdvisor and TAPPlumbing.net have pages that are good matches for that phrase, then HomeAdvisor.com is very likely to rank higher in the search results than TAPPlumbing.net, despite the fact that the TAPPlumbing.net pages are actually more useful to the consumer seeking information about *T.A.P. Plumbing and Heating* than the HomeAdvisor pages.

43.     HomeAdvisor's 37 million links ensure that if HomeAdvisor.com has a profile page for a particular business, that profile page will most likely appear at or near the top of the search results when someone searches for that business.

### 4.     Lower Search Engine Ranks Also Help HomeAdvisor

44.     HomeAdvisor.com profile pages often rank higher than the HSP's own Web sites, but one should not forget that, for various reasons, searchers do not always click on the first search result. The formatting of the search result (the fact that HomeAdvisor.com profile pages generally contain orange stars, attracting the searcher's eyes to the listing, for instance), and the presence of the well-known HomeAdvisor brand name in the search listing, may encourage the searcher to click on the HomeAdvisor.com listing rather than the HSP's own site. As I explain later, *any time that a searcher chooses to view the HomeAdvisor.com profile page rather than the former HSP's own Web site—or another business directory— there is the potential of harm being done to the HSP.*

45.     Furthermore, there is a chance of consumer confusion; as I explain below, the information on the profile pages of former HSPs is misleading and in some cases contains literally false statements.

### C.     HomeAdvisor.com Online Profile Pages Harm Former HSPs

46.     HomeAdvisor often keeps an HSP's detailed profile page in its directory long after an HSP has stopped doing business with HomeAdvisor. Numerous HSPs have reported that even when they end their relationships with HomeAdvisor, their profile pages remain on the HomeAdvisor.com Web site, and are thus still indexed by the major search engines and often appear in search results when potential customers are searching for the HSP; often still above the HSP's own business Web site.

47.     Declarant Mike Sohrt, owner of Computrak Technology states that he cancelled his HomeAdvisor account "on or about April 10, 2018." [Declaration of Mike Sohrt, ¶7].  As of October 6, 2018 the profile page is still present.

[https://www.homeadvisor.com/rated.ComputrakTechnology.20531284.html]

48.     Plaintiffs Brad and Linda McHenry, owners of B&B Carpentry, state that they cancelled their HomeAdvisor account "in July 2017." [Declaration of Brad and Linda McHenry, ¶9]. This profile page is present as of October 6, 2018.

[https://www.homeadvisor.com/rated.BBCarpentry.65620492.html]

49.     See also the Declarations of Iva Haukenes (Bergen Certified Inspections, LLC); Kevin L. Moore Sr. (Kevin L. Moore Home Improvement and Repair); Jarett Heindel (Paint by Numbers, LLC); Kourtney Ervine (Glass Act Window Cleaning); Frank Slinger (ISO Plumbing & Mechanical, LLC); Dustin Collins (Innovative Building and Remodeling, LLC); and Caroline Haugen (Big Red Construction, LLC), Richard Wheeler (Red's Heating and Air Conditioning), William VanDuzer (VanDuzer Construction), Jacob Krumenacker (Kayo Construction & Development, Inc.), Clint Hendry (Home Choice Inspections), Julian Duran (Duran Built, LLC),

Travis Abaire (T.A.P. Plumbing and Heating, LLC), and Walter Garr Yarboro (HVAC Performance Testing and Service, LLC).

50.     An example of a former HSP's profile page is the B&B Carpentry profile page (https://www.homeadvisor.com/rated.BBCarpentry.65620492.html; present as of October 6, 2018); this page remains on the HomeAdvisor.com site and is accessible through Google.com, Bing.com, and Yahoo.com:



51.     In addition, the company is listed in at least one other page, a listing of HSPs (as of October 6, 2018):



https://www.homeadvisor.com/c.Additions-Remodeling.Westminster.CO.-12001.html

52.     However, according to Plaintiffs Brad and Linda McHenry, their B&B Carpentry HomeAdvisor membership was cancelled sometime in July of 2017. [McHenry Declaration ¶9]. Thus this profile page has been present for over 14 months during which B&B Carpentry was not a HomeAdvisor member.

53.     During this time HomeAdvisor has been able to divert leads that arrived through this page, denying the company of the benefit of leads that originated thanks to the goodwill that the company has built up over 20 years of operation, and the awareness within its operating area of the company's brand. HomeAdvisor has been able to create leads from visitors to that page and sell those leads to B&B Carpentry's competitors.

54.     Thus HomeAdvisor is listing information in the major search engines for former HSPs; that is, for companies with which it has no business relationship and from which it has no permission to post information. Furthermore, these pages divert consumers from their original goal of finding information about a particular business, and instead pass consumer-lead information to the businesses' competitors. As I explain later, these profile pages are misleading and contain literally false statements.

### 1.    The Google Search Results

55.    In order to understand how HomeAdvisor is harming former HSPs, we need to look at the "search results" of the major search engines. For my examples I am using Google; it is the most important search engine in the United States of America, handling over 60 percent of all search-engine searches ("search queries")[9]. Most of the other approximately 40 percent of search results are provided by Microsoft through its Bing.com site, and distributed to other sites such as Yahoo.com and AOL.com (that is, search results at Yahoo.com and AOL.com are provided through a business partnership with Bing.com). These sites work in a similar way, and indeed often provide very similar search results.

56.    Consider, then, what we see if we search for the phrase *kevin moore home improvement rehoboth*. This is the business name of a former HomeAdvisor HSP and Declarant (Kevin L. Moore). I searched for both the company name and city name (Rehoboth); it's likely that, within or close to Rehoboth Beach, Delaware, the same results would obtain without the use of the word *rehoboth*, as the major search engines would be able to determine the searcher's location. When using this search term at Google, I saw the following results (as of October 7, 2018):



---

[9] See https://www.statista.com/statistics/267161/market-share-of-search-engines-in-the-united-states/

57.     For more examples of Google search results that include listings pointing to HomeAdvisor profile pages for former HSPs, see Exhibit C.

58.     The very first search result shown above is a Pay Per Click advertisement placed by HomeAdvisor; the second is the former HSP's profile page on HomeAdvisor.com (https://www.homeadvisor.com/rated.KevinLMooreHome.46325488.html). The third result is a Facebook page created by the former HSP.[10]

59.     However, it would be reasonable to argue that the *best* match for the search phrase *kevin moore home improvement rehoboth* is actually the *third* one provided by Google, the Facebook page (https://www.facebook.com/Kevin-L-Moore-Sr-Home-Improvement-Repair-1795274397366777/). This social-media account—a collection of five pages—provides a link to Mr. Moore's business Web site; a photograph of Mr. Moore; numerous photographs of projects the company has worked on; a way to send a message directly to the company; a map showing the company's location; the company address and phone number; and so on.

60.     Mr. Moore's own Web site (http://kevinlmooresr.wixsite.com/mysite) could also be regarded as a good match, with more information than the HomeAdvisor page, and no misleading or literally false information. (For a variety of SEO-related reasons this site ranks very low.)

61.     The HomeAdvisor.com profile page contains less information and, as I will explain, also provides misleading and literally false information. Yet Google provides a link to the HomeAdvisor.com page right at the top of the search results, above both the link to the Facebook.com page and the link to Mr. Moore's own Web site. Why? Because HomeAdvisor has, through the use of the powerful SEO techniques I explained earlier, convinced Google that HomeAdvisor.com has the page that best matches the searcher's search phrase.

---

[10] The actual business name is Kevin L. Moore Home Improvement & Repair. However, I searched without the *L.* or the word *repair* because I believe it is most likely that these would be omitted by a searcher. Nonetheless, searching for *kevin l. moore home improvement & repair rehoboth* and *kevin l. moore home improvement rehoboth* also provided the same results; the HomeAdvisor.com page first and the Facebook page second.

62.     Furthermore, even if a HomeAdvisor.com profile page does *not* rank higher than the HSP's Web site, a profile page can still do harm, because there is still a chance that the searcher will click on the HomeAdvisor.com link rather than the HSP's own Web site link or a link to another business directory. Not all clicks on a search-results page are on the entry at the top of the page; for various reasons, searchers often click lower down on the page. For instance, consider the following search results; the first four "organic"[11] search results I received when searching for the term *b&b carpentry westminster*:



63.     A link to the former HSP's own Web site (the B&B Carpentry Web site) appears first, followed by the HomeAdvisor.com profile page for that HSP. However, notice that the HomeAdvisor.com page has an extra line:

★★★★★ Rating: 5 - 1 review

64.     This line—the colored stars and the *Rating: 5-1 review* text—attracts the eye of someone viewing the page, making it more likely that this search result will be clicked. Thus, even though the HomeAdvisor.com profile page is not the first result, many searchers are still

---

[11] The term "organic" refers to the search results coming from the search engines large index of Web pages, rather than, for instance, from its list of Pay Per Click advertising links.

likely to click it; and as I explain below, *any time that a searcher chooses to view the former HSP's HomeAdvisor.com profile page rather than the former HSP's own Web site, there is the potential of harm being done to the HSP.*

### 2. Searchers Viewing a Former HSP's HomeAdvisor.com Profile Page, May be Diverted to Other HSPs

65.     When a searcher, seeing the HomeAdvisor.com entry listed in the search results of a major search engine, clicks on the HomeAdvisor.com link and arrives on the former HSP's profile page on HomeAdvisor.com, the searcher sees contact information and a Get a Quote button, like this:



https://www.homeadvisor.com/rated.KevinLMooreHome.46325488.html, as of October 7, 2018

66.     The page has a prominent **Get a Quote** button. If the searcher clicks this button, the searcher sees this:



67.   If the searcher enters an address and clicks the Confirm button on a former HSP's profile page, the searcher may see something like this:



68.   Despite the fact that the address I provided is of a house immediately across the street from Mr. Moore's business address, and within Mr. Moore's area of service[12], I was shown a literally false message stating that this address is not within the former HSP's service area. When displaying this message, HomeAdvisor attempts to divert the consumer to a competitor of the former HSP. After incorrectly stating that the HSP won't work with the consumer anyway ("[HSP] does not provide service to [your zip code]"), HomeAdvisor provides a link saying, "See Pros who provide service to [your zip code]." Clicking this link takes the consumer into the HomeAdvisor.com directory, where he or she may choose a competitor of the former HSP.

69.   Alternatively, once the consumer has clicked the Confirm button the consumer may be presented with a window similar to the following illustration (Declaration of Frank Slinger, ¶11, Declaration of Kourtney Ervine, ¶8):

---

[12] Mr. Moore's service area extends to more than just the 19971-zip-code service area. In his Declaration Mr. Moore gives a similar example in which a search using the 19930 Zip code, which extends around 20 miles or so to the south of Mr. Moore's location. In his declaration Mr. Moore states that 19930 *is* in his service area, despite the HomeAdvisor.com message that it is not. Declaration of Kevin L. Moore Sr., ¶10.



https://www.homeadvisor.com/rated.IsoPlumbing.71279724.html#quote=71279724, as of October 6, 2018

70.    This form requests more information about the consumer's project, and still falsely states, in bold letters at the top of the form, that the consumer will receive a quote from the former HSP.

71.    In either case, a lead submitted to HomeAdvisor will not be provided to the former HSP. To summarize the process:

1.  A consumer searches at a major search engine for a particular business.

2.  The consumer, seeing the HomeAdvisor.com listing, clicks on the former HSP's listing.

3.  The consumer sees the former HSP's HomeAdvisor.com profile page.

4.  The consumer clicks the Get a Quote button and submits information requesting a quote from the HSP.

5.  The consumer may be misinformed that the former HSP does not provide service in the consumer's area, in which case the consumer may browse through the HomeAdvisor directory looking for another HSP, generating a lead for HomeAdvisor.

6. Alternatively, the consumer may be presented with a form requesting more information about the consumer's project, under the heading *Get a Quote from [Former HSP Name]*.

7. The former HSP does not receive the lead.

8. Rather, HomeAdvisor.com sells the lead to the former HSP's competitors.

72. Additional harm may be caused when the phone number on the profile page is not the former HSP's phone number, as happens in some cases. For example, Plaintiff Iva Haukenes has stated that the phone number displayed in association with her profile page (https://www.homeadvisor.com/sp/jasons-floor-covering) is not her phone number. [Declaration of Iva Haukenes, ¶7] Thus anyone calling that number will not reach this former HSP, and will be diverted from doing business with the former HSP.

### 3. Former HSP's Profile Pages Benefit HomeAdvisor, While Causing Only Harm to the Former HSPs

73. It's clear that the HomeAdvisor.com pages harm former HSPs and never benefit them. Most HSPs have their own Web sites; Web sites are cheap, even free in some cases, and it is widely accepted by small businesses that a business needs a Web site to market itself effectively. Even if a business does not have its own Web site, it is most likely listed in numerous business directories. Thus consumers, searching for the name of a particular business, can usually find that business whether or not the business owns a site; and these business directories provide contact information for the business, without charging the business a fee or diverting searchers to other businesses.

74. The only scenario I can image in which the HomeAdvisor.com profile page of a former HSP actually provides a benefit to the former HSP, is the situation in which it is not possible to find contact information for that business by searching at the major search engines. This is a very rare situation. I cannot see, in any other scenario, how HomeAdvisor.com profile pages benefit former HSPs in any way. Rather, they divert consumers, who begin their search process looking for information about a former HSP, sending the consumers to the former HSP's competitors.

75.     In addition, there is most likely confusion on the part of the consumer. The consumer on seeing, for instance, the Kevin L. Moore Home Improvement profile page or the B&B Carpentry profile page may well think that the business is still a HomeAdvisor member. Both pages contain this logo, for instance, which certainly seems to imply this:



76.     Both also include a "Credentials" area containing information like this (example from https://www.homeadvisor.com/rated.BBCarpentry.65620492.html):



77.     These elements serve to tell the consumer that the business is working with HomeAdvisor (even though these are both *former* HSPs, no longer members of HomeAdvisor). On being told that a former HSP does not serve the consumer's area, the consumer will most likely assume he or she is being given correct information.

78.     Declarant Walter Garr Yarboro explains how HomeAdvisor's continued use of his HSP profile page has harmed his firm by diverting searchers away from his business:

"HomeAdvisor's ongoing conduct has irreparably harmed my business. Since enrolling with HomeAdvisor my business has seen a significant decline in calls and business. I attribute this to HomeAdvisor's stealth online marketing and search engine optimization capabilities which have essentially eviscerated my online presence. I have been informed by loyal, established customers that their attempts to contact me have been repeatedly intercepted by HomeAdvisor who has tried to redirect them to my competition."

Declaration of Walter Garr Yarboro, ¶20

### D. HomeAdvisor.com Has Different Profile Page Types for Former HSPs

79.    There are several different ways in which a former HSP's profile page may be displayed.

- The full profile is displayed
- A "No Longer Available" message is displayed
- The profile page is present, but on a different URL

#### 1. The Full Profile Page

80.    In some cases the HSP's full profile page remains present; for example, the following is the profile page of former HSP B&B Carpentry, as of October 6, 2018:



https://www.homeadvisor.com/rated.BBCarpentry.65650492.html, October 7, 2018

### 2.      A "No Longer Available" Message is Displayed on the Page

81.    In some cases a page may be displayed saying that "**The page you are looking for is no longer available**":



https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html, October 7, 2018

82.    This is *not* an error page that appears if a Web page is not present (what is known in the Web-development business as a "404" page). Rather, this page does exist; there *is* a page at https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html, even though the content has been removed from the page. Indeed, when I searched for *glass act window cleaning palm beach* in Google, Bing, or Yahoo, a link to this HomeAdvisor.com page was provided, allowing HomeAdvisor to divert visitors from the HSP's own site (as of September 3, 2018).



83.    The following shows the "header" information sent by the HomeAdvisor.com Web server to a Web browser when accessing this page[13]:



84.    Notice the line *SERVER RESPONSE: HTTP/1.1. 200 OK*[14]; this is a message from the Web server saying that the URL (the Web-page address) provided is a good URL; there is a Web page at this address.

85.    The following shows what the server would respond with had the page been actually removed, rather than the content being removed from the page[15] (I modified the Web page name, adding xxx [xxxGlassActWindowCleaning] to create the name of a Web page that has almost certainly never existed on the site):

---

[13] See http://tools.seobook.com/server-header-checker/?page=single&url=https%3A%2F%2Fwww.homeadvisor.com%2Frated.GlassActWindowCleaning.58137807.html

[14] See https://www.w3.org/Protocols/HTTP/HTRESP.html; the 200 OK code means "The request was fulfilled"; that is, the page was found and returned to the browser.

[15] See http://tools.seobook.com/server-header-checker/?page=single&url=https%3A%2F%2Fwww.homeadvisor.com%2Frated.xxxGlassActWindowCleaning.58137807.html

86.     In this case, the SERVER RESPONSE line shows *HTTP/1.1 404 Not Found*[16], a response indicating that the page does not exist.

87.     Thus the 200 code indicates that HomeAdvisor has chosen to keep a page placed at the URL that uses the name of the former HSP (https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html, for instance) instead of removing the page when the HSP stopped working with HomeAdvisor.

### 3.     The Profile Page is Present, But on a Different URL

88.     In some cases the profile page may appear on another URL (Web-page address). For example, consider the page at https://www.homeadvisor.com/sp/jasons-floor-covering (as of October 6, 2018):



89.     While the URL indicates that the business is "Jason's Floor Covering," the profile page is from Bergen Certified Inspection. While the business name, address, and description is correct for Plaintiff Iva Haukenes' business, the phone number is not the correct number.

---

[16] See https://www.w3.org/Protocols/HTTP/HTRESP.html. The 404 code means "The server has not found anything matching the URI given"; that is, there is no page at the provided URL.

90.     In fact this business has two profile pages; the one shown above at the wrong URL, and a "No Longer Available" page, at https://www.homeadvisor.com/rated.BergenCertified.62508119.html (as of October 6, 2018).

### E.     Most Small Businesses are Easily Found Online

91.     Former HSPs do not need HomeAdvisor profile pages in order to be found in the search results. There are several ways former HSPs can be found:

- Through their own Web sites
- Through social media pages
- Through business-directory pages.

92.     If one searches Google for *b&b carpentry*, for example, one finds links to the following Web pages on the first page of the search results:

- http://bandbcarpentry.com/ - The Former HSP's own Web site
- https://www.homeadvisor.com/rated.BBCarpentry.65620492.html - The HomeAdvisor.com profile page
- https://www.yelp.com/biz/b-and-b-carpentry-westminster - The company's Yelp business listing
- https://www.angieslist.com/companylist/us/co/westminster/bandb-carpentry-and-cabinet-installation%2C-llc-reviews-7780373.htm – The company's Angie's List page
- https://www.mapquest.com/us/colorado/bb-carpentry-376026822 - The company's MapQuest.com listing
- https://www.facebook.com/BAndBCarpentryAndCabinetry/ - The company's Facebook listing
- https://www.facebook.com/pages/category/Local-Business/BB-Carpentry-LLC-1504913852936964/ - An unfinished B&B Carpentry Facebook page
- https://www.buildzoom.com/contractor/b-b-carpentry-westminster-co - A BuildZoom listing for the company
- http://www.gosmith.com/pro/3036622 - A GoSmith listing for the company
- https://www.linkedin.com/in/ray-carpentry-6941b8132/ - A LinkedIn page for a different company (in Michigan)

93.     If the HomeAdvisor.com listing did not exist, a consumer looking for the former HSP could quickly and easily find the company's contact information; it would be found in the company's own Web site; the Yelp listing; the Mapquest listing, and the company's Facebook page. Even if the pages created by the company itself were not present, consumers would still find contact information in Yelp and Mapquest.

94.     B&B Carpentry may have actively sought out such listings; most such directories provide a way for businesses to submit their business information. In addition, there are a number of services (see, for instance, Yext.com), that help businesses submit their listings to hundreds of business directories. That is, a business may pay the service a small fee in order to have the service distribute the business's contact information to hundreds of individual directories, saving the business the time and hassle of contacting each directory individually.

95.     Even if a business does not actively seek out business listings, the business may still have been added to the business directories automatically; these directories obtain data about businesses from various forms of business records, such as lists of business phone numbers.

96.     In whatever manner a business's information is added to the business directories, the directories provide another way—in addition to the company's own Web site and social-media sites such as Facebook—for prospective customers to find contact information about the company.

97.     The presence of these business directories mean that it is hard to search for a business and *not* find the business' contact information. If the business does not have a Web site—or has a Web site that for some reason has not been indexed by the search engines or is not ranked well—consumers can still find the business' contact information in the business directories.

98.     Thus there is, quite simply, no benefit to B&B Carpentry—or virtually any other former HSP—from having their old HomeAdvisor.com profile page appear in the search results when people search for the company name; there is only a disadvantage, that of having potential customers being diverted to competitors.

### F.       HomeAdvisor's Conduct Likely Causes Confusion Among Consumers

99.      HomeAdvisor's use of the HomeAdvisor.com profile pages containing information related to former HSPs is deceptive and likely causes confusion among consumers.

#### 1.       The "Get a Quote" Button is Deceptive and Likely Causes Consumer Confusion

100.      The "Get a Quote" button likely causes consumer confusion. For example, consider this box seen earlier in the report:



101.      In fact, the message that a consumer will receive a quote from Kevin L. Moore Home Improvement & Repair, a former HSP, is literally false; HomeAdvisor will not contact the former HSP in order to get a quote from them and provide this quote to the consumer.

102.      Furthermore, if the consumer enters an address or zip code that is within the former HSP's service area, the consumer will see a second false statement:



103.    The message stating that the former HSP does not provide service within the former HSPs service area is also literally false, and will cause consumers to believe the former HSP does not provide service to their area, and is thus likely to dissuade them from further attempts to contact the former HSP. I believe it is likely that at least a portion of consumers seeing this message will click the *See Pros who provide service to [zip]* link at the bottom of the form and submit a quote request, in which case HomeAdvisor will create a lead and sell it to multiple competitors of the former HSP.

104.    Consider also the ISO Plumbing & Mechanical, LLC page, as shown below (accessed on October 6, 2018):



https://www.homeadvisor.com/rated.IsoPlumbing.71279724.html

105.    This business is no longer a member of HomeAdvisor. However, if a potential client of ISO Plumbing & Mechanical were to search Google for *iso plumbing & mechanical lebanon,* the first entry the consumer will see is a listing for this page (as of October 6, 2018):



106.    This profile uses the company's name, its street address, and details about the company's services. Any prospective client viewing this page would likely assume that he or she was viewing a page authorized by ISO Plumbing & Mechanical, and that the contact information would allow him or her to get into contact with the company.

107.    However, this is not the case, as shown earlier in this report. Should the prospective client click the Get a Quote button and follow the instructions, a lead will be created and sold to ISO Plumbing & Mechanical competitors, despite the fact that the form into which the consumer enters project information falsely states, in bold letters, that the consumer will "Get a Quote from ISO Plumbing & Mechanical, LLC." It is quite possible that the prospect will never realize that the prospect's information is not being received by ISO Plumbing & Mechanical (until, perhaps, the consumer starts getting multiple calls from ISO's competitors).

**2.    The "Not Screened" Message is False and Likely to Mislead**

108.    In some cases profile pages also provide warnings that the former HSP "is not a screened and approved member of HomeAdvisor.":



https://www.homeadvisor.com/sp/jasons-floor-covering

109.     Such a warning is likely to deceive consumers into believing the former HSP is not an upstanding and trustworthy business.  The statement may also be literally false, but is undoubtedly implicitly false, because in fact the former HSP was screened and approved prior to joining HomeAdvisor.

110.     What possible intention could there be for this message to appear in this listing? The goal of such a message would appear to be to divert the consumer from the former HSP; to encourage the consumer to get a quote from an HSP that HomeAdvisor deems is "screened and approved," i.e., an HSP with an active membership, a competitor of the former HSP.

### 3.     The "No Longer Available Message" May Mislead Consumers

111.     As explained earlier, in some cases HomeAdvisor maintains pages in its directory for former HSPs, but the text on the page contains a message saying "The page you are looking for is no longer available." For instance:



https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html

112.     Thus consumers searching for particular companies in the major search engines may find the HomeAdvisor profile page listed in the search results, may click on the link, and would then see this page.

113.    As noted earlier, this is not merely a Web-server 404 error message stating that the page is no longer available; rather, the page with name of the former HSP actually does exist (in this case the page is named *rated.GlassActWindowCleaning.58137807.html*), but the content of the page has been replaced with the "page you are looking for is no longer available" message, along with other text suggesting that consumers allow HomeAdvisor ProFinder to help them find a service provider, along with a Start Now button that leads them into the process.

114.    It is possible that some consumers may be confused by this message, and may believe that the company is no longer in business. It is also very likely that consumers may click on the Start Now button and be diverted from their initial desire to find that particular company.

### 4.    In Some Cases the Presence of an Invalid Phone Number is Likely to Mislead

115.    As noted earlier, in some cases the phone number displayed on the former HSP's profile page does not belong to the former HSP. Plaintiff Iva Haukenes has stated that the phone number displayed in association with her profile page (https://www.homeadvisor.com/sp/jasons-floor-covering) is not her phone number. [Declaration of Iva Haukenes, ¶7] Thus anyone calling that number will not reach this former HSP, and will be diverted from doing business with the former HSP.

116.    And yet the page implicitly states that the phone number is associated with the business, which is literally false:



**Bergen Certified Inspection**   ♡

P.O. Box 2402, Post Falls, ID 83877

(208) 691-4029

### 5.       Search Results Are Likely to Mislead

117.     In addition, the existence of these profile pages causes Google and other major search engines to index the pages and to provide links to them in search results. The appearance of these links is likely to cause consumers to believe there is an association between the former HSP and HomeAdvisor. For example, consider the following search results:



118.     The very first entry for a search for the business *Computrak Technology* in Orange is the HomeAdvisor.com profile page. Right at the end of the link to the page—the blue line at the top—is the word *HomeAdvisor*. HomeAdvisor is a well-known Internet brand, with extensive advertising to consumers. Many consumers will be aware that HomeAdvisor charges a fee to HSPs for its services, and thus the presence of a listing for an HSP on HomeAdvisor.com implicitly informs consumers that there is a relationship.

### G.   HomeAdvisor Will Not Remove Profile Pages, and in Some Cases Will Not Allow HSPs to Terminate Their Membership

119.   As explained earlier in this report, HomeAdvisor makes it very difficult or impossible for former HSPs to get their profile pages removed; profile pages may remain on the HomeAdvisor.com site for months, or even a year or more. This is most likely because it is advantageous to HomeAdvisor to have these pages remain on their site and indexed by the major search engines for as long as possible, as these pages help HomeAdvisor gather consumer leads which can then be sold to the former HSP's competitors. (It is not technically challenging to remove these pages; they could be removed within a day.)

120.   Furthermore, in some cases not only does HomeAdvisor make it difficult or impossible for former HSPs to have their profile pages removed, but HomeAdvisor simply refuses to allow HSPs to cancel their service. For example, Richard Wheeler, of Red's Heating and Air Conditioning, states:

> "When I contacted HomeAdvisor to terminate my account my requests were disregarded. The HomeAdvisor representatives would refuse to cancel my account, and instead would offer me free Leads and guaranteed that I would secure jobs from the Leads. However, the quality of the Leads never improved and I kept incurring more charges. When I called HomeAdvisor again to cancel my membership on or about February 27, 2018, the representative I spoke with was extremely rude. The representative refused to refund me and when I asked for their name, they hung up on me. In total, I estimate that I had to call about five times before successfully being able to cancel my account.
> Declaration of Richard Wheeler, ¶6

121.   Brad and Linda McHenry tell a similar story:

> "HomeAdvisor made it exceedingly difficult for us to cancel the membership by placing our calls on hold for indefinite periods of time and hanging up on Ms. Holt. Ultimately, we were forced to call HomeAdvisor under the pretense of opening a new account in order to speak to a HomeAdvisor representative to cancel our membership. The process of cancelling our HomeAdvisor membership took numerous phone calls amounting to countless hours that spanned multiple days."
> Declaration of Brad & Linda McHenry, ¶8

122.   Walter Garr Yarboro, of HVAC Performance Testing and Service, LLC, reports a similar experience. He attempted to terminate his membership with HomeAdvisor in July of

2018, but his multiple requests have been ignored; HomeAdvisor simply would not terminate his

membership:

> "However, as of the date of this Declaration, my account remains active and my requests to terminate have been willfully ignored by HomeAdvisor. Furthermore, after requesting to terminate HomeAdvisor continued to fraudulently apply charges to my debit account requiring me to contact my bank and close my debit account associated with my HomeAdvisor membership and open a new debit account. Since my repeat requests to cancel my HomeAdvisor membership were disregarded, severing my debit account linked to HomeAdvisor was the only way for me to prevent HomeAdvisor from debiting unauthorized amounts."
> Declaration of Walter Garr Yarboro, ¶9

> "HomeAdvisor has disregarded my attempts to terminate all while improperly maintaining my Online Profile Page in an attempt to pilfer my potential customers to generate revenue by selling Leads to other active and Lead-buying Home Service Professionals. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals."
> Declaration of Walter Garr Yarboro, ¶19

123.    HomeAdvisor has hundreds of thousands of profile pages on its Web site,

according to Google's statistics. As shown earlier, HomeAdvisor currently has 390,000 business-

profile pages of various kinds indexed by Google. It likely has hundreds of thousands more

pages that contain the *names* of HSPs (current members, former members, and HSPs that have

never been members) linked to profile pages (for an example, see

https://www.homeadvisor.com/near-me/pest-control/).

124.    Despite the fact that HomeAdvisor has 390,000 profile pages, it has only around

202,000 HSP members (as of June 30, 2018; Angie HomeServices Inc. 10Q, Page 29[17]). This is

all part of a sophisticated SEO strategy that includes, according to Google, 2.6M pages[18].

Combined with the 37M links pointing to HomeAdvisor.com (as discussed earlier in the report)

this provides very powerful search-engine optimization, causing HomeAdvisor.com pages to

come up in the Google, Bing, Yahoo, and AOL search results frequently, when consumers search

---

[17] See https://www.sec.gov/Archives/edgar/data/1705110/000170511018000010/angi-2018306x10q.htm
[18] Google.com has indexed around 2.6M HomeAdvisor.com pages; see
https://www.google.com/search?q=site%3Ahomeadvisor.com&oq=site%3Ahomeadvisor.com

using not only generic terms—*painter, cleaner, carpenter*, and so on—but even when consumers make very specific business-name searches for hundreds of thousands of the nation's businesses.

## VI.      Conclusion

125.    The following is a summary of my conclusions:

- HomeAdvisor has hundreds of thousands of profile pages for its HSP members and former members, and simpler profile pages for HSPs that have never been members.

- HomeAdvisor has an advantage in the search engines that small businesses cannot match, due to the 37M links pointing to its Web site, the 2.6M pages on its Web site, and its staff and knowledge resources that allow to effectively "optimize" its HomeAdvisor.com Web site. Thanks to this SEO advantage, HomeAdvisor.com's HSP profile pages are often listed in the search results of the major search engines above the Web sites of HomeAdvisor's HSPs and former HSPs.

- HomeAdvisor often maintains an HSP's profile page on HomeAdvisor.com for months after the HSP has terminated membership, even for a year or more. In some cases, HomeAdvisor makes it very difficult or indeed impossible for HSPs to terminate their membership.

- This harms the former HSPs; consumers searching in the major search engines may see links pointing to HomeAdvisor.com and be diverted away from the companies for which they were searching.

- Most small businesses are easily found online by a simple company-name search on Google.com, Bing.com, Yahoo.com, AOL.com, or other "partner sites" of Google.com or Bing.com. Thus the HomeAdvisor.com profile pages provide no benefit to former HSPs, only harm.

- HomeAdvisor's profile pages for former HSPs likely cause confusion among consumers:

    o   The Get a Quote button is deceptive, in particular when the consumer is falsely told that the HSP does not provide service in the consumer's area.

    o   The "No Longer Available" message may mislead consumers into thinking the former HSP is no longer in business.

    o   The "Not Screened" message is false—former HSPs were at one point screened—and likely to put doubts into consumer's minds about the skills or reliability of the former HSPs.

    o   In some cases a false phone number may be listed on the former HSP's profile page.

    o   Furthermore, the presence of a HomeAdvisor.com profile page listed in the search results of Google.com, Bing.com, Yahoo.com, etc., along with certain

design elements on the profile page itself, imply a relationship between the former HSPs and HomeAdvisor that does not exist.

- Not only does HomeAdvisor make it hard or indeed impossible for former HSPs to remove the HomeAdvisor.com profile pages, but HomeAdvisor also often makes it difficult for HSPs to terminate their membership, and in some cases simply does not allow HSPs to terminate their memberships.

October 6, 2018, 2018

_____

Peter Kent

# Exhibit A: CV, Cases Kent Testified in the Last Four Years

| Case Name: | Engaged By: | Case No.: | Court: | Year: | Testified In: |
|---|---|---|---|---|---|
| Bal Seal v. Nelson Products | Plaintiff | 8:13-cv-01880-JLS-RNBx | US District Court, Central District of CA | 2018 | Deposition |
| Commodity Futures Trading Commiss. v. Jason Scharf, et al | Defendant | 3:17-cv-744-J-32MCR | United States District Court, Jacksonville FL | 2018 | Deposition |
| The Green Utility, Inc. v. Justin Harrison | Plaintiff | 30-2016-00849725-CU-FR-C | Superior Court, State of California, Orange County | 2017 | Deposition |
| Hemp, Inc. v. Sean & Chrissie Larkin | Plaintiff | A-13-689304-C | District Court, Clark County, Nevada | 2017 | Damages Prove-Up |
| Virginia Giuffre v. Ghislaine Maxwell | Defendant | 15-cv-07433-RWS | US District Court, Southern District of NY | 2016 | Deposition |
| American Cruise Lines, Inc. v. HMS American Queen Steamboat Co. LLC | Plaintiff | C.A. No. 13-324-RGA | US District Court for the District of Delaware | 2016 | Deposition |
| The Universal Church v. The Universal Life Church | Plaintiff | 1:14-cv-05213 | New York Southern District | 2016 | Deposition |
| C. Fryberger v. TripTelevision, LLC & Apple Vacations | Plaintiff | 1:15-cv-00363-MSK-NYW | US District Court, District of Colorado | 2016 | Deposition |
| Bradley S. Cohen v. Ross B. Hansen, NW Territorial Mints | Plaintiff | 2:12-cv-01401-JCM-PAL | US Dist. Court, Nevada, Las Vegas | 2016 | Trial |
| *Online defamation through anonymous Web sites* | | | | | |
| DR Distributors, LLC v. 21 Smoking, Inc. et al | Plaintiff | 3:12-cv-50324 | US District Court, N. District of Illinois | 2016 2017 | 2 Depos |
| Cronos v. Travelocity, et al | Defendant | C.A. No. 13-1538 (LPS) | US District Court, District of Delaware | 2016 | Deposition |
| Inter Partes Reexamination of U.S. Patents: 6,014,698 | Petitioner | IPR2015-00657 | USPTO | 2015 | Deposition |
| Select Comfort Corporation v. John Baxter & Dires, LLC | Defendant | 12-cv-2899-DWF-SER | US District Court for the District of Minnesota | 2015 | Deposition |
| Pinterest v. Pintrips | Defendant | CV 13-04608-RS-KAW | US District Court, N. District of CA | 2015 | Deposition, Trial |

# PETER KENT
# INTERNET EXPERT WITNESS
### 399 E Bayaud Ave., Denver CO 80209   ♦   720-771-3246
### Peter@PeterKentConsulting.com   ♦   www.PeterKentConsulting.com

## Summary of Qualifications

**18 Years' Experience in all Aspects of Online Marketing:**



- Search Engine Optimization (SEO)
- Search Engine "Link" Campaigns
- Pay Per Click (PPC) Search-Engine Advertising
- Affiliate Marketing
- Online PR
- Online Advertising
- Social Networking
- Social Media Marketing
- Online Review Management
- E-commerce Site Development
- Web Site Development
- Web Application Development
- E-mail Newsletter Publishing
- Web Project Management
- User Interface Design
- Improving Online "Conversions"
- Amazon Marketplace Merchandising

## Expert Witness Experience   [Complete list on request]

- Patent, Trademark, Copyright, Contract Dispute, Copyright, Unfair Business Practice & Defamation cases with an Internet technology/Internet marketing aspect
- 88 Cases – Court Testimony: 7x – Depositions: 27x
- Cases related to Pay Per Click Advertising, Cybersquatting, Fake & Defamatory Online Reviews, Defamation in Web Sites & Social Media, Trademark Infringement through PPC and SEO, Amazon "Hijacking" & "Knockoffs," Search Result Hijacking, Lead Generation & Incentivized Traffic, Web-Site Management, Web Development

## Publications



- Best-selling author of the *Complete Idiot's Guide to the Internet*, *Search Engine Optimization for Dummies*, *Pay Per Click for Dummies Search Engine Marketing*, *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*, and dozens of other Internet-related books over the last 24 years.
- An award-winning technology column in two Colorado Newspapers for over 11 years; hundreds of periodical articles
- Staples.com's E-commerce Expert
- 5 Lynda.com & Udemy video training courses on SEO & Selling Through Amazon

## Real World Experience

- Extensive online experience (bulletin boards and online services), dating back to 1984
- Working on the Internet since 1993
- Working with software development teams since 1981…cyberspace-software development since 1991
- Founder of an e-business service provider, funded by Softbank/Mobius, one of the world's largest venture-capital firm

44

- General Manager/Architect of a large site for a consortium of seven law firms; the site has 400,000+ pages, with sophisticated content-management and lead-management utilities running behind the scenes
- Founded a publishing company, with e-commerce sales, in 1997
- VP of Web Solutions for a national ISP
- VP of Marketing for a Web-development company
- Consulting services for scores of companies, large and small,: Amazon, Zillow, Avvo, Lonely Planet, Honey Baked Ham, & hundreds of small and medium companies in a wide range of industries: furniture, scaffolding, medical-transcription service, financial services, law, real-estate, and much more.

## Public Speaking

Extensive public speaking: 100+ radio show guest appearances, 22 years of speaking engagements, including seminars, panels, workshops, teleseminars, etc.

## Summary of Qualifications

Experience in all aspects of online marketing—search-engine optimization, search-engine advertising, affiliate programs, online PR, etc.—along with more traditional offline marketing. A background in book publishing and technology, including e-commerce development, product development and management, user-interface design, software-product design, consumer research, training, and documentation. Founded an e-commerce service provider funded by the world's largest VC firm, and an "online enabled" publishing company, Top Floor Publishing, in the late '90s. An accomplished public speaker and author of dozens of books about the Internet and online marketing, including several best sellers.

## Skills and Accomplishments

- Employed search-engine marketing to triple the revenues of a computer-peripherals company in less than12 months.
- Employed Web design and search-engine marketing to jump-start sales for an online scaffolding company. Increased revenues from $10,000/mth to $700,000/mth in a year
- Generated 75% of revenues for a Denver-based real-estate startup through search-engine advertising campaigns.
- Built a partnership with one of North America's largest publishers to deliver software to bookstores throughout the U.S.
- Raised $4M from Softbank/Mobius for an e-business service provider, later sold to iBoost.
- Founded a computer-book publishing company, with revenues exceeding $300,000 in the first year.
- Used low-cost, online/offline PR and guerrilla marketing techniques to position a book on the Amazon.com best-seller list, to promote another book into becoming the most widely reviewed and praised title in computer-book history, and to build the *Poor Richard's* series brand.
- Author of the best selling *Complete Idiot's Guide to the Internet* (7 editions, 1993 – 2000), *Search Engine Optimization for Dummies* (6 editions since 2004), and *Pay Per Click for Dummies Search Engine Marketing* (2006)
- Integrated 12 Web-development/hosting teams—with 65 staff in 10 different cities—into a single division.
- Provided strategic/technical analysis to the CEO/executive team regarding acquisitions.

## Professional Experience

**Peter Kent Consulting**                                                Denver, CO: 2002 − Present
**Principal**
Providing Internet channel-management and Internet-marketing and -strategy consulting services to a varied client base. Current services include assisting clients in developing online-marketing strategies, increasing traffic through search-engine marketing and optimization, designing and implementing Pay per Click search-advertising campaigns, designing Web-sites, developing Web-applications, revenue-transaction conversion, and affiliate-program development. Clients include Burg Simpson Eldridge Hersh Jardine PC (a major Denver law firm), RoyalYarns.com (an online wool/handicrafts retailer), Peripheral Manufacturing (used search-engine marketing to triple revenues in under 12 months); ScaffoldMart.com (helped this stalled operation restart, increasing sales 7,000 percent); Shane Co. (repositioned this jeweler's online marketing strategy); Aestiva, Inc. (significantly increased sales revenue over a 9-month period); Jones University (designed and developed a strategic plan for optimization of the Web site and improved search-advertising results); and SavingStreet.com (implemented a pay-per-click search-advertising campaign for this startup real-estate company, generating 75% of their initial revenues). In addition to working with literally hundreds of small businesses, assisted a number of large companies such as Amazon.com, Lonely Planet, Zillow, Honey Baked Ham, Avvo, Time Warner Cable, & TowerRecords.com.

**BuyBak, LLC**
**VP of Corporate Development, Co-Founder**          Denver, CO: July 2010 − 2015
Business development and software development. Buybak was a startup in the rapidly growing "buyback" or "recommerce" business, buying used CDs, DVDs, video games, laptops, smart phones, and other electronics, and returning used products to the retail market (wholesale and through an Amazon Marketplace store). Partners included Newegg, Best Buy, and Walmart.

**LeadNation, LLP**
**Founder, CEO**                                  Philadelphia, PA: July 2009 − January 2011
Co-founder of a firm creating premium Web sites for medical clinics, along with ancillary services that helped them generate and manage business leads.

**DNAML, Pty**
**Sr. VP, United States**                          Denver, CO: August 2007 − June 2008
Helped this Australian digital-publishing company with business-development campaigns, introducing the company to some of the world's largest publishers in New York and London. Helped the company develop relationships with publishers such as Wiley, McMillan, Hachette, Random House, Harper Collins, Elsevier, and others.

**Indigio Group**                                             Denver, CO: 2001 − 2003
**Vice President Marketing**
A Web-applications development and Internet-marketing-strategy consulting company with clients such as Budget Rent a Car, Cendant, North American Van Lines, Orbis, and Dex Media. Direct responsibilities included the production of strategic marketing plans and materials, overseeing all marketing products, new-business sales development, and Internet marketing-strategy development for clients. Also liaised with key clients and directed all public relations and advertising campaigns. Ensured significant press coverage for the Company, greatly increasing its visibility in Colorado.

**Internet Commerce & Communications**                        Denver, CO: 2001
**Vice President Web Solutions**
A national Internet Service Provider and Web-hosting company. Developed and implemented a strategic plan to merge a dozen geographically dispersed Web-design and Web-hosting divisions acquired during

the prior 18 months. Managed a team of 60+ staff members providing Web Development, Web hosting, Internet marketing, and e-commerce applications to thousands of small and medium-sized businesses in an ASP (Application Service Provider) mode. The division produced revenues of approximately $8M in 2001. In addition, introduced new tools, processes and procedures to improve the department's efficiency and reduce overhead, and designed a number of new ASP products—e-commerce and e-mail publishing—for introduction to the small-business market.

## BizBlast.com
### Co-Founder
Denver, CO: 1998 – 2001

An E-Business Service Provider, delivering e-commerce services to small and medium-sized firms on a monthly subscription basis, when doing business online was still relatively new and difficult for most companies. Developed the original business plan and marketing strategy, including raising the company's $4M first-round investment, led by one of the world's largest VC firms, SoftBank/Mobius. Researched the market to evaluate the competition and developed the original product design, including user-interface design and managing focus groups. Developed the company's marketing and offer strategy and identified target markets and subscriber-acquisition programs. Business-development role included negotiating distribution partnerships, including one with Macmillan USA to deliver BizBlast software to bookstores throughout North America, and sought out partnerships to provide more products and services to BizBlast clients, such as the PayPal relationship that provided another transaction method for BizBlast clients.

## Top Floor Publishing
### Founder, President
Denver, CO: 1997 – 2003

A publisher of highly regarded books related to online business and marketing, written by industry experts. The company's first book became the most widely reviewed and praised title in computer-book history, and the third was an Amazon.com best seller. Created the company's marketing strategy and managed all marketing and public relations campaigns. Built a brand—the *Poor Richard's* series—that quickly became well known and respected in the computer-book industry. Managed all aspects of the organization, including overall budget responsibility, product development, and co-op advertising. Devised an online-marketing strategy that turned this startup into a widely distributed and well-known publisher in the industry, and built the company's e-commerce system.

## Kent & Associates
### Independent Consultant
Dallas, TX & Denver, CO: 1986 – 1996

Services included creating documentation, training users, testing software, designing software user interfaces, carrying out software consumer research and market intelligence, for a wide range of client companies and industries. Clients included Semiotix (software development), The Pipeline (Internet service provider); MasterCard (financial services), Analytical Surveys, Inc. (aerial photography), Comprehensive Software Solutions (stock trading), Amgen (pharmaceuticals), SpectraLink (telecommunications), Clinical Reference Systems, Inc. (medical), Ericsson, NEC, Northern Telecom (telecommunications), and Genioss/Data General (computing/telecommunications). Used online services for general business communications and marketing as early as 1986.

## Core Laboratories Int'l, Inc.
### Systems Analyst
Dallas, TX: 1982 – 1986
### Area Supervisor
Mexico: 1979 – 1982

An oil-field services company. Assisted in the development of the company's new generation of drilling-analysis computer technology. Tested software, designed the user interfaces, and worked closely with the software-development team to create a user-friendly software process flow. Responsible for all customer research and liaison. Planned software product enhancements based on evaluation of users' needs and competing products. Trained users and managed staff installing and maintaining the equipment. Previously worked in Mexico, with advanced computer technology on off-shore oil rigs, gaining experience in technology at a time when most people had little or no contact with computers. Lived and worked in Colombia, Mexico, Venezuela, Ecuador, Australia, North Sea, etc. Used data-

acquisition/manipulation computers to provide geological and engineering reports to client oil companies. Core Labs' youngest-ever Unit Supervisor; fastest ever promotion to Logging Supervisor, with responsibility for the company's $2M annual Mexican operation.

## Publishing Experience

Involved in the computer-book publishing business since 1988. Author of around 60 technology and business books including the best-selling *Complete Idiot's Guide to the Internet, Search Engine Optimization for Dummies,* and *Pay Per Click Search Marketing for Dummies* (Wiley). Author and publisher of the *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*. Founder of Top Floor Publishing. Author of hundreds of newspaper and magazine articles on business and technology, including a long-standing column in the Boulder County Business Report and the Northern Colorado Business Report.

## Public Speaking

An accomplished speaker on a wide range of subjects. Speaking engagements have included the subject of Internet marketing for over 20 years, to organizations such as the National Association of Broadcasters, Vistage, and the Colorado Tourism Conference. Other topics include search-engine marketing and advertising, publishing, and general online-business issues. Guest speaker on over 100 radio shows.

## Education

BA Hons., Geography/Geology, University of Sheffield, United Kingdom, 1978

## Published Work

### Books

- *Search Engine Optimization for Dummies* (John Wiley: 6 editions, beginning in 2004)
- *Pay Per Click Search Engine Marketing for Dummies* (John Wiley, 2006)
- *How to Make Money Online with eBay, Yahoo!, and Google* (McGraw-Hill Osborne Media, 2005)
- *The Word 2003 Bible* (John Wiley, 2003)
- *Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site* (Top Floor Publishing—most widely reviewed & praised title in computer-book history)
- *The CDnow Story: Rags to Riches on the Internet* (w/Jason and Matthew Olim, the founders of CDnow—Top Floor Publishing)
- *Poor Richard's Internet Marketing and Promotions: How to Promote Yourself, Your Business, Your Ideas Online* (w/Tara Calishain—Top Floor Publishing)
- *The Complete Idiot's Guide to the Internet* (7 editions, published by Que—on the Publisher's Weekly, Barnes & Noble, Software Etc., Baker & Taylor, and Ingrams computer-book best-seller lists; 100,000 copies sold in first 9 months)
- *The Complete Idiot's Guide to the Internet: UK Edition* (Prentice Hall, 3 editions)
- *Careers for Kids who Love Computers* (Facts on File)
- *The Official Netscape JavaScript 1.2 Book* (Netscape Press)
- *The Official Netscape JavaScript Programmer's Reference* (Netscape Press)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Netscape Communicator 4* (Que)
- *Using Netscape 3* (Que)
- *Using Netscape 2 for Windows 95* (Que—bestseller)
- *Using Netscape 2 with Your Mac* (Que)
- *Discover Windows NT Workstation 4* (IDG)

- *Discover FrontPage 97* (IDG)
- *Making Money in Technical Writing* (Macmillan/ARCO)
- *Using the Microsoft Network* (Que)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Microsoft Internet Explorer* (Que)
- *PGP Companion for Windows* (Ventana)
- *The 10 Minute Guide to the Internet* (Que)
- *The Complete Idiot's Next Step with the Internet* (Que)
- *The Complete Idiot's Guide to the World Wide Web* (Que)
- *The Complete Idiot's Guide to the Internet with Windows 95* (Que)
- *Using Mosaic* (Que—contributed several chapters and acted as a technical advisor)
- *Peter Norton's Windows NT: Tips & Trick*s (Random)
- *Peter Norton's User's Guide to Windows 3.1* (Bantam/Random)
- Peter Norton's *Outside the IBM PC and PS/2* (Brady—contributed 3 chapters)
- *The Technical Writer's Freelancing Guide* (Sterling Publishing)
- *Mastering Micrografx Designer*, and *Mastering Micrografx Designer 3.1* (SYBEX)
- *Learn Microsoft Money Fast!* (SYBEX)
- *Understanding Windows Draw* (SYBEX)
- *Shareware Treasure Chest: Clip Art Collection* (SYBEX)
- *The Illustrated Enable/OA* (Wordware)

Kent's work has also appeared in the following books:

- *The Ten Minute Guide to Internet Explorer* (Que)
- *Netscape Navigator 3 Starter Kit* (Que)
- *Using Netscape Navigator 3 Special Edition* (Que)
- *Using Windows 95, Special Edition* (Que)
- *Using The Internet, Special Edition* (Que)
- *The HTML Programmer's Reference* (Ventana)
- *Carol Vorderman's Guide to the Internet*  (Prentice Hall, 3 editions)
- *UK Internet Starter Kit* (Prentice Hall, 3 editions)

## Video Courses

- *Analyzing Your Web Site to Improve SEO* (Lynda.com/LinkedIn Learning)
- *SEO Link Building* (Lynda.com/LinkedIn Learning)
- *SEO: Link Building in Depth* (Lynda.com/LinkedIn Learning)
- *Selling on the Amazon Marketplace* (Lynda.com/LinkedIn Learning)
- *Complete SEO Training* (Udemy)

## Articles In the Following Newspapers/Periodicals

Internet Law & Strategy

Examiner.com

The Manchester Guardian

Website Magazine

Staples.com

Computerworld

eBusiness Journal

Internet World

Windows User

Windows Magazine

Dr. Dobb's Journal

Boulder County Business Report

North Colorado Business Report

Men's Journal

The Dallas Times Herald

Software Maintenance News

LaserLink

NetBITS

Writers Write

Colorado Computer Diskovery

Metropolitan Ski Times
Sm@rtPartner
VBAC News
The Parent Newsmagazine
Kids Today
First Coast Parent
Jacksonville Parent

Carolina Parent
All About Kids
My Business
PD News
Computer Book Cafe
Employee Relations Bulletin
Onvia.com

## Public Speaking

- Scores of presentations, workshops, and keynotes to business groups and corporations
- Wide range of subjects: SEO, Online Marketing, Online Reviews, Web Development, Designing an Online Marketing Strategy, eBook Publishing, Self Publishing, and much more
- Guest on around 100 radio shows: 60 - 80 Radio interviews, including in-studio interviews in the widely syndicated *Into Tomorrow* and *The World Wide Web Radio Show*.
- August 2005: 20 Radio interviews in one day, with a total audience of over 20M people, related to search engine technology. (Audioline Network national syndication, WZEZ Richmond VA, KLKS St. Cloud MN, KYW Philadelphia, WSNY Columbus OH, WOCA Gainsville FL, Business Talk national syndication, USA Radio Network national syndication, WFIN Toldo OH, KCMN Colorado Springs, ABC Radio Network national syndication, Cable Radio Network national syndication, WLW Cincinnati OH, WZON Bangor ME, KTSA San Antonio TX, WSBA Harrisburg PA, WVNU Cincinnati OH, KAHI Sacramento CA, AURN national syndication, Metro syndication Minneapolis MN, KMOX St. Louis MO.)

## Reviews

My business is advice ... whether I'm writing, consulting, or working to achieve my employer's goal, that's what I do, help people understand how to work online. And I'm glad to say people like what I've got to say ...



If you really want to build a functional Web site but don't have a lot of money or think you don't have enough skill, "Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site" might just be the book for you.
**Jonathon Austin, *CNN Interactive***



[helps] guide you through this step and others involved in getting a Web site up and running.
**Patrick Marshall, *Seattle Times***



**Poor Richard's Good Advice**
With all great new things comes a proliferation of hucksters and snake-oil salesmen, and the Internet is no exception. The antidote to this swirl of confusion lies in Peter Kent's *Poor Richard's Web Site*. The analogy to Ben Franklin's volume is appropriate: the book is filled with the kind of straightforward information the Founding Father himself would have appreciated.  **Jennifer Buckendorff, Amazon.com**



I've found a great book that explains it all: Poor Richard's Web Site. … This is a practical, no-nonsense guide that lucidly covers topics like how to set up a domain with the InterNIC, how to promote your Web site and how to actually use all those features that hosting services provide.
**David Methvin, *Windows Magazine***



**Hot Site** ... Let Peter Kent provide what he calls "geek-free, commonsense advice" on building a low-cost site on the Web. *USA Today Web site*



**Book of the Month**
**Jerry Pournelle, *BYTE Magazine***

*The Inquirer*

We liked the level of rich, high-quality details that went into this publication. You can tell that Kent has poured all of his creative energies into the project. Yet he remained focused enough throughout the book to clearly define in plain English all of the technical information required to create and maintain a Web site. ... **We highly recommend this book.    Peter Cook and Scott Manning, *Philadelphia Inquirer***



Covering all the basics in jargon-free English, he considers what you need to start, where to put your Web site, finding a host, how to pick and register a domain name, creating a site, choosing an editor, adding interaction and taking orders online, distribution lists, and registering your Web site. **Very well written**. *Library Journal*

**Book of the Month.**
There was no question this month; *Peter Kent's Poor Richard's Web Site*, **a remarkable book whose subtitle tells it all**, is the undisputed Book of the Month winner. In clear, understandable language, Kent conveys an absolutely incredible amount of information on building and running a Web site. **Richard Mann, *ComputerCredible Magazine***



If you're gearing up to launch a Web site or you're looking to take an existing site to the next level, Poor Richard's offers clear advice to help you defend against jargon-happy sales people and computer magazines. **Alan Joch, *Fortune.com***

Want to set up a Web site but don't know where to begin? Get yourself a copy of Peter Kent's *Poor Richard's Web Site*.
***PC World***



... an encyclopedic treatment of every aspect—technical, financial, moral and social—of building and maintaining a Web site. It packs **more sound advice into a slender 424 pages than far bulkier and expensively-promoted books.** Author Peter Kent writes with vivacity and real expository skill. In his hands, technical subjects such as email forwarding and host selection become compelling reading.
**Cameron Laird & Kathryn Soraiz, *Web Server Online Magazine***

[A] good source [of information] with easy step-by-step directions is Peter Kent's *Poor Richard's Web Site.*
**Jenna Schnuer, *Publisher's Weekly***

**And many more ...**
Smartbooks.com, CMPNet's Techweb, Marketing Technology, Publishing for Entrepreneurs, Vancouver Business Journal, Computer Literacy Bookshops/Fatbrain, Printing News, Hill Times, MicroTimes, Entropy Gradient Reversals, Boardwatch, Home Office, San Diego Union-Tribune ... etc., etc.

# Exhibit B: Materials Considered

- Plaintiffs' Motion for Preliminary Injunction and Declaratory Judgment

- Class Action Complaint and Demand for Jury Trial

- Declarations of Dustin Collins, Frank Slinger, Travis Abaire, Julian Duran, Clint Hendry, Jacob Krumenacker, Kevin L. Moore Sr., Mike Sohrt, William VanDuzer, Richard Wheeler, Iva Haukenes, Brad and Linda McHenry, Caroline Haugen, Jarett Heindel, Kourtney Ervine, Walter Garr Yarboro.

- Various Web sites and documents cited within this report.

# Exhibit C: Google Search Results Showing Listings for HomeAdvisor Profile Pages of Former HSPs

| | |
|---|---|
| Declarant Dustin Collins | Ex. C-1 |
| Declarant Julian Duran | Ex. C-2 |
| Declarant Caroline Haugen | Ex. C-3 |
| Declarant Frank Slinger | Ex. C-4 |
| Plaintiffs Brad and Linda McHenry | Ex. C-5 |
| Declarant Travis Abaire | Ex. C-6 |
| Declarant Jarett Heindel | Ex. C-7 |
| Declarant Kevin L. Moore Sr. | Ex. C-8 |
| Declarant Mike Sohrt | Ex. C-9 |
| Declarant William VanDuzer | Ex. C-10 |
| Declarant Richard Wheeler | Ex. C-11 |
| Plaintiff Iva Haukenes | Ex. C-12 |
| Plaintiff Kourtney Ervine | Ex. C-13 |
| Declarant Clint Hendry | Ex. C-14 |
| Declarant Jacob Krumenacker | Ex. C-15 |
| Declarant Walter Garr Yarboro | Ex. C-16 |

EXHIBIT C-1

10/1/2018                                 "Innovative Building and Remodeling" Meridian, ID - Google Search



All    Maps    Images    Shopping    Videos    More                    Settings    Tools

About 366 results (0.28 seconds)

**Innovative Building and Remodeling - Contractor - Meridian, Idaho - 3 ...**
https://www.facebook.com › Places › Meridian, Idaho › Home Improvement
★★★★★ Rating: 5 - 3 votes
**Innovative Building and Remodeling**, **Meridian, Idaho**. 165 likes. Innovative Building and Remodeling
was launched in 2017. Its a new company with lots of...

**Innovative Building and Remodeling, LLC | Meridian, ID 83646 ...**
https://www.homeadvisor.com/rated.InnovativeBuilding.67456049.html ▾
★★★★★ Rating: 5 - 1 review
Oct 20, 2017 - **Innovative Building and Remodeling**, LLC | HomeAdvisor prescreened Addition &
Remodeling Contractors in **Meridian, ID**.

**Dustin Collins - Owner - Innovative Building and Remodeling | LinkedIn**
https://www.linkedin.com/in/dustin-collins-a4562858
**Innovative Building and Remodeling**,; Hume New England. Previous. Hume Lake ... July 2017 – Present
(1 year 3 months)**Meridian, ID**. **Innovative Building and** ...

**Contact Us - Innovative Building And Remodeling**
innovativebuildingandremodeling.com/contact-us/
444 E Hawk St, **Meridian** ID 83646. Tel: (208)960-5165. Lic # RCE-45114. At **Innovative Building And
Remodeling** we specialize in... Our customers are thrilled ...

**Certified Renovation Firms | Lead | US EPA**
https://cfpub.epa.gov/flpp/pub/index.cfm?discipline...do... ▾
**Innovative Building and Remodeling** 444 E Hawk Street **Meridian** , Idaho 83646 208-960-5165,
Evaluation (Dust Sampling Technician), Renovation ...

**Construction Superintendent / Project Manager job in Meridian, ID ...**
jobs.crescent-news.com/Job/50893282/construction-superintendent-job-in-meridian-id ▾
A Full Time job in **Meridian, ID** by **Innovative Building and Remodeling** in the Construction & Trades field:
Construction Superintendent / Project Manager.

**Construction jobs in Boise, ID - 491 current vacancies | Jooble**
https://us.jooble.org/m/jobs-construction/Boise%2C0-ID ▾
Jobs 1 - 15 of 491 - Search and apply for the latest Construction jobs in Boise, ID. Verified employers. ...
Cransten Handyman and Remodeling - **Meridian, ID**.

**Pipefitter Jobs in Meridian, ID | iHireConstruction**
https://www.ihireconstruction.com/t-pipefitter-s-idaho-c-meridian-jobs.html ▾
Jobs 1 - 15 of 29 - Find all **Meridian, ID** Pipefitter jobs at iHireConstruction.com. All Pipefitter jobs
available.

**Superintendent Jobs in Idaho | iHireConstruction**
https://www.ihireconstruction.com/t-superintendent-s-idaho-jobs.html ▾
Jobs 1 - 15 of 16 - Find all Idaho Superintendent jobs at iHireConstruction.com. ... **Innovative Building
and Remodeling**; **Meridian, ID**; 2 days ago. management or ...

**Superintendent Jobs in Idaho | Glassdoor**
https://www.glassdoor.com/.../idaho-superintendent-jobs-SRCH_IL.0,5_IS132_KO6,2... ▾
**Innovative Building and Remodeling** – **Meridian, ID**. 25 days ago 25d. Job Description We are seeking a
Construction Superintendent / Project Manager to join ...



1  2  3  4  5  6  7  8        Next

● 19041, Haverford, PA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# EXHIBIT C-2

10/1/2018                                                    "Duran Built" Rio Rico, AZ - Google Search



Google   "Duran Built" Rio Rico, AZ

All     Maps     News     Images     Shopping     More           Settings     Tools

About 103 results (0.32 seconds)

**Duran Built LLC | Better Business Bureau® Profile**
https://www.bbb.org/tucson/business-reviews/.../duran-built-in-rio-rico-az-20053095 ▼
This organization is not BBB accredited. General Contractor in **Rio Rico**, **AZ**. See BBB rating, reviews, complaints, & more.

**Duran Built, LLC | Rio Rico, AZ 85614 - HomeAdvisor**
https://www.homeadvisor.com/rated.DuranBuiltLLC.36499117.html ▼
**Duran Built**, LLC | HomeAdvisor prescreened Window Contractors in **Rio Rico**, **AZ**.

**Contractor Information ROC207100 Duran Built LLC B RESIDENTIAL ...**
https://www.azroc.gov/forms/details.asp?license=207100 ▼
Name/ Address/ Phone. **Duran Built** LLC 181 Calle Tiburon **Rio Rico**, **AZ** 85648-7305. Phone: (520) 603-0916. Status/ Action. CURRENT ...

**Duran Built LLC. General Contractor - Rio Rico, AZ. Projects, photos ...**
https://porch.com › Rio Rico General Contractors ▼
See past project info for **Duran Built** LLC including photos, cost and more. **Rio Rico**, **AZ** - General Contractor.

**Duran Built LLC - Locations and Key Contacts | ProView**
www.thebluebook.com/iProView/1111951/duran-built-llc/.../locations-contacts/ ▼
Locations and key contacts for **Duran Built** LLC. ... **Duran Built** LLC. **Rio Rico**, **Arizona** 85648. View Phone(520) ... We service the following areas in Arizona.

**Duran Built LLC - Rio Rico, Arizona | ProView**
www.thebluebook.com/iProView/1111951/ ▼
Our main lines of business include: Building Alterations. **Duran Built** LLC has been listed in the Blue Book since 2011.

**Duran Built | Rio Rico AZ | Read Reviews + Get a Free Quote ...**
https://www.buildzoom.com › Search › Best General Contractors in Rio Rico ▼
Jul 31, 2018 - **Duran Built** LLC, 181 Calle Tiburon, **Rio Rico**, **AZ** (Employee: Julian Anthony Duran) holds a General Residential Contractor license and 1 ...

**Duran Built, LLC - 1 Photo - Local Business - Rio Rico ... - Facebook**
https://www.facebook.com/Duran-Built-LLC-1502169060104543/ ▼
**Duran Built**, LLC. · May 10 at 3:11pm · **Rio Rico**, **AZ** · House built by **Duran Built** LLC! Image may contain: house, car, sky and outdoor. LikeComment ...

**Duran Built, LLC - 1 Photo - Local Business - Rio Rico ... - Facebook**
https://www.facebook.com/Duran-Built-LLC-1502169060104543/posts ▼
**Duran Built**, LLC. SpSonSsoSredS. · May 10 · **Rio Rico**, **AZ** · House built by **Duran Built** LLC! Image may contain: house, car, sky and outdoor. See More.

**Duran Built LLC (General Contractor) in Rio Rico Arizona 85648**
businessdirectoryusa.com/AZ/rio-rico/duran-built-llc/ ▼
**Duran Built** LLC in **Rio Rico**, **Arizona**, 31.476200, -111.124200, , **Rio Rico**, **AZ** 85648.



1   2   3   4   5   6   7   8          Next

● 19041, Haverford, PA - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# EXHIBIT C-3

10/1/2018 Big Red Construction Traverse City, MI - Google Search

Google

Big Red Construction Traverse City, MI

4

All Maps Shopping News Images More Settings Tools

About 5,910,000 results (0.63 seconds)

**Big Red Construction - Home | Facebook**
https://www.facebook.com › Places › Traverse City, Michigan › Home Improvement
★★★★★ Rating: 5 - 3 votes
**Big Red Construction**, **Traverse City**, **Michigan**. 148 likes · 6 talking about this · 4 were here. Big Red Construction is dedicated to customer...

**Big Red Construction - Get Quote - Contractors - Traverse City, MI ...**
https://www.yelp.com › Home Services › Contractors
**Big Red Construction** in **Traverse City**, reviews by real people. Yelp is a fun and easy way to find, recommend and talk about what's great and not so great in ...

**Big Red Construction, LLC | Traverse City, MI 49684 - HomeAdvisor**
https://www.homeadvisor.com/rated.BigRedConstructionLLC.63750030.html
**Big Red Construction**, LLC | HomeAdvisor prescreened Addition & Remodeling Contractors, Architects & Engineers in **Traverse City**, **MI**.

**Big Red Construction | Traverse City | Licensed Builder**
https://www.bigredconstructiontc.com/
**Big Red Construction** is a licensed builder completing renovations and additions in Northern **Michigan**. There is no job too small for **Big Red Construction**.

**Big Red Construction - Traverse City, MI, US 49696 - Houzz**
https://www.houzz.com › Home Improvement Professionals › Home Builders
★★★★★ Rating: 5 - 2 reviews
**Big Red Construction** services Northern **Michigan**, and is available for quick jobs or long, intensive, projects. We pride ourselves on quality and reliability and all ...

**Big Red Construction Traverse City MI, 49696 – Manta.com**
https://www.manta.com › ... › General Contractors
Get information, directions, products, services, phone numbers, and reviews on **Big Red Construction** in **Traverse City**, **MI**. Discover more General ...

**Big Red Construction TC | LinkedIn**
https://www.linkedin.com/company/big-red-construction-tc
See who you know at **Big Red Construction** TC, leverage your professional network, and get hired. ... Construction**Traverse City**, **Michigan**1 follower. See jobs.

**Big Red Construction in Alpena, Michigan - GoSmith**
www.gosmith.com › ... › Alpena › Bathroom Remodeling › Big Red Construction
Costs for projects that **Big Red Construction** work on in Alpena, **MI** can average $18825. Project sizes can ... 3402 Four Mile Road, **Traverse City**, **MI**. Request a ...

**Big Red Construction, LLC | Better Business Bureau® Profile**
https://www.bbb.org/us/mi/.../construction.../big-red-construction-llc-0372-38216419
Construction Services in Benzonia, **MI**. ... **Big Red Construction**, LLC logo ... This company offers Northern **Michigan** (20 Mile Radius), additions and remodels, ...

**Big Red Construction | Michigan | Read Reviews + Get a Bid ...**
https://www.buildzoom.com › Search › Best General Contractors in Williamsburg
Mar 11, 2018 - **Big Red Construction** LLC, Williamsburg, **MI** (Owned by: Haugen, Gregory Jon) holds a Builder Company license according to the **Michigan** ...

Gooooooooooogle
1 2 3 4 5 6 7 8 9 10 Next

See photos

Traverse City

## Big Red Construction, LLC

Website Save

5.0 ★★★★★ 1 Google review
Construction company in Williamsburg, Michigan

**Address:** Williamsburg, MI
**Hours:** Closed · Opens 8AM Tue
**Phone:** (231) 218-1943

Suggest an edit

**Know this place?** Answer quick questions

Questions & answers
Be the first to ask a question
Ask a c

Reviews from the web

| Facebook | Houzz |
|---|---|
| 5/5 | 5/5 |
| 3 votes | 2 reviews |

**Send to your phone**

Reviews
1 Google review
Write a review Add

Profiles
Facebook

19041, Haverford, PA - From your Internet address - Use precise location - Learn more

Help Send feedback Privacy Terms

https://www.google.com/search?safe=off&ei=aYSyW_vXDovp_Qbr9a7wAQ&q=Big+Red+Construction+Traverse+City%2C+MI&oq=Big+Red+Constru… 1/1

# EXHIBIT C-4

10/1/2018                                "ISO Plumbing & Mechanical" Lebanon, OR - Google Search



About 8 results (0.29 seconds)

**ISO Plumbing & Mechanical, LLC | Lebanon, OR 97355 - HomeAdvisor**
https://www.homeadvisor.com/rated.IsoPlumbing.71279724.html ▾
**ISO Plumbing & Mechanical**, LLC | HomeAdvisor prescreened Plumbers in **Lebanon, OR**.

**Iso Plumbing & Mechanical | OR | Read Reviews + Get a Bid ...**
https://www.buildzoom.com › ... › ... › Best HVAC/Mechanical Contractors in Lebanon ▾
Sep 5, 2018 - **Iso Plumbing & Mechanical** LLC in **Lebanon, OR** | Photos | Reviews | 2 building permits.
Recent work: Boeckman creek primary school ...

**Top 10 Hvac/mechanical Contractors in Lebanon, OR (with Photos ...**
https://www.buildzoom.com › Find a Pro › HVAC/Mechanical Contractors › Lebanon ▾
The 10 Best Hvac/mechanical contractors in **Lebanon, OR**. Search for a ... **Lebanon** Servco Inc. opened
for business in 1982. ... **Iso Plumbing & Mechanical** LLC.

**218186 - CCB Contractor Search**
search.ccb.state.or.us/search/business_details.aspx?id=218186 ▾
BUSINESS DETAIL. Licensee : **ISO PLUMBING & MECHANICAL** LLC, Address : 610 VAUGHAN LN UNIT
30 **LEBANON OR** 97355. License No. : 218186 ...

**Oregon Corporations, Companies and Business Names - OpenGovUS**
https://opengovus.com/oregon-business?city=LEBANON&page=3 ▾
GILLOTT HOME TEAM, 1055 W Airway Rd, Ste 102, **Lebanon, OR** 97355 .... **ISO PLUMBING &
MECHANICAL**, LLC, 610 Vaughan Lane #30, **Lebanon, OR** ...

**Business Entity - Oregon Secretary of State - OpenCorpData**
https://opencorpdata.com/us-or?zip=97355 ▾
OREGON CITY AID, 136 CAMELLIA DR, **LEBANON**, 2018-01-11 .... **ISO PLUMBING & MECHANICAL**, LLC,
610 VAUGHAN LANE #30, **LEBANON**, 2017-09-13.

**Business Entity - Oregon Secretary of State - OpenCorpData**
https://opencorpdata.com/us-or?page=147 ▾
EVANS DRIVE PROPERTY LLC, 37291 MEREDITH DR, **LEBANON**, 2017-09-13 ... **ISO PLUMBING &
MECHANICAL**, LLC, 610 VAUGHAN LANE #30, ...

[PDF] **New business state of oregon**
https://pdfsecret.com/.../new-business-state-of-oregon_59f7197dd64ab20a75142762_pd...
Sep 12, 2017 - 97355. 42684 ISLAND INN DR. **LEBANON**. OR. 97355. 2075 SW FIRST AVE STE 2J.
PORTLAND. OR. 97201. 2075 SW FIRST AVE SUITE 2J.

**Images for "ISO Plumbing & Mechanical" Lebanon, OR**

     

➔ More images for "ISO Plumbing & Mechanical" Lebanon, OR                    Report images

In order to show you the most relevant results, we have omitted some entries very
similar to the 10 already displayed.
If you like, you can repeat the search with the omitted results included.

⬤ 19041, Haverford, PA - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# EXHIBIT C-5

10/1/2018                                    B&B Carpentry Westminster, CO - Google Search



**Google**    B&B Carpentry Westminster, CO

All   Maps   News   Shopping   Images   More    Settings   Tools

About 174,000 results (0.47 seconds)

**B & B Carpentry | Craftsmen's Level General Contractors**
bandbcarpentry.com/ ▾
**B&B Carpentry** is a family-owned business, so when you call them, you actually talk to the guys that are doing the work. Brad and ... **Westminster**, **CO** 80021.

**B&B Carpentry - 23 Photos - Carpenters - 11005 Dover St ...**
https://www.yelp.com › Home Services › Carpenters ▾
Photo of **B&B Carpentry** - **Westminster**, **CO**, United States. Porsche Tower - Miami. Porsche Tower - Miami. Photo of **B&B Carpentry** - **Westminster**, **CO**, United ...

**B&B Carpentry | Westminster, CO 80021 - HomeAdvisor**
https://www.homeadvisor.com/rated.BBCarpentry.65620492.html ▾
★★★★★ Rating: 5 · 1 review
Jul 11, 2017 - **B&B Carpentry** | HomeAdvisor prescreened Addition & Remodeling Contractors in **Westminster**, **CO**.

**B&B Carpentry and Cabinet Installation, LLC Reviews - Westminster ...**
https://www.angieslist.com/.../co/westminster/bandb-carpentry-and-cabinet-installation... ▾
See reviews for **B&B Carpentry** and Cabinet Installation, LLC in **Westminster**, **CO** at 10639 Union Way from Angie's List members or join today to leave your own ...

**B&B Carpentry - Home | Facebook**
https://www.facebook.com › Places › Westminster, Colorado › Bed and Breakfast ▾
**B&B Carpentry**, **Westminster**, Colorado. 41 likes. B&B Carpentry is a locally owned carpentry and cabinetry business that is dedicated to provide solid...

**B&B Carpentry 11005 Dover St Unit 300 Westminster, CO Carpenters ...**
https://www.mapquest.com/us/colorado/bb-carpentry-376026822 ▾
Get directions, reviews and information for **B&B Carpentry** in **Westminster**, **CO**.

**B&B Carpentry | Westminster CO | Read Reviews + Get a Bid ...**
https://www.buildzoom.com › Search › Westminster › Best Carpenters in Westminster ▾
Jan 6, 2018 - **B&B Carpentry** in **Westminster**, **CO** | Photos | Reviews | 2 building permits for $72300. Recent work: Interior kitchen remodel in a single family ...

**B&b Carpentry and Cabinet Installation, LLC in Westminster, Colorado**
www.gosmith.com › ... › B&b Carpentry and Cabinet Installation, LLC ▾
**B&b Carpentry** and Cabinet Installation, LLC in **Westminster**, **CO** specializes in cabinets, carpentry, bathroom remodeling, and kitchen remodeling work. B&b ...

**B&B Carpentry Westminster CO, 80021 - Manta.com**
https://www.manta.com › U.S. › Westminster, CO ▾
Get information, directions, products, services, phone numbers, and reviews on **B&B Carpentry** in **Westminster**, **CO**. Discover more companies in Westminster on ...

**B & B Carpentry and Cabinetry Installation - Westminster, CO, US 80021**
https://www.houzz.com › ... › Kitchen and Bathroom Remodelers ▾
★★★★★ Rating: 5 · 1 review
B & B Carpentry and Cabinetry Installation. "B&B Carpentry and Cabinet Installation, is a reputable small business consisting of hardworking, honest, trustworthy ...

**Airbnb.com Official Site | B&Bs and Bed & Breakfasts**
Ad www.airbnb.com/ ▾
Feel at Home Wherever You Go with Airbnb. Book Top Quality **B&B** Alternatives. Best Prices. 5 Star Hosts. Instant Confirmation. 81,000 Cities. Types: Entire Home, Private Room, Shared Room.
Last Minute Availability · Pet Friendly Airbnbs · View Most Popular Rentals · What Is Airbnb™?



See photos

# B and B Carpentry

Website   Directions   Save

Contractor in Westminster, Colorado

**Address:** 11005 Dover St Unit 300, Broomfield, CO
**Hours:** Open · Closes 4PM ▾
**Phone:** (720) 420-0525

Suggest an edit

**Know this place?** Answer quick questions

Questions & answers
Be the first to ask a question

Reviews from the web

HomeAdvisor.com
5/5
1 review

▷ Send to your phone

Reviews    Write a
Be the first to review


Goooooooooogle
1  2  3  4  5  6  7  8  9  10    Next

● 19041, Haverford, PA - From your Internet address - Use precise location - Learn more

EXHIBIT C-6

10/1/2018                          T.A.P. Plumbing and Heating Bristol, CT - Google Search



About 518,000 results (0.39 seconds)

**T.A.P. Plumbing and Heating, LLC | Bristol, CT 06010 - HomeAdvisor**
https://www.homeadvisor.com/rated.TAPPlumbingand.74179161.html ▼
★★★★★ Rating: 5 - 2 reviews
Apr 13, 2018 - **T.A.P. Plumbing and Heating**, LLC | HomeAdvisor prescreened Plumbers in **Bristol**, **CT**.

**TAP Plumbing and Heating LLC - Home | Facebook**
https://www.facebook.com › Places › Bristol, Connecticut › Home Improvement ▼
4 Reviews of **TAP Plumbing and Heating** LLC "Love the professional and courteous service. Along with
stellar dependability!!!" **Bristol**, **Connecticut**.

**Bristol CT Plumbing and Heating HVAC**
https://www.tapplumbing.net/ ▼
We are a locally and family owned and operated **Plumbing** and Hydronic **Heating** company. With 19
years of experience, we service most of **CT**. and provide ...

**T.A.P. Plumbing and Heating LLC | Better Business Bureau® Profile**
https://www.bbb.org/.../ct/bristol/.../plumber/tap-plumbing-and-heating-llc-0111-8713... ▼
BBB accredited since 8/6/2018. **Plumber** in **Bristol**, **CT**. See BBB rating, reviews, complaints, request a
quote & more.

**BBB Business Profile | T.A.P. Plumbing and Heating LLC | Reviews ...**
https://www.bbb.org/connecticut/.../plumber/...plumbing-and-heating...bristol-ct.../rev... ▼
BBB Accredited since 2018. **Plumber** in **Bristol**, **CT**. See business rating, customer reviews, contact
information and more.

**BBB Business Profile | T.A.P. Plumbing and Heating LLC**
https://www.bbb.org/connecticut/.../plumber/t-a-p-plumbing-and-heating-llc-in-bristol... ▼
BBB Accredited since 2018. **Plumber** in **Bristol**, **CT**. See business rating, customer reviews, contact
information and more.

**TAP Plumbing and Heating LLC - Bristol, United States - Yellow.Place**
https://yellow.place/en/tap-plumbing-and-heating-llc-bristol-ct-usa ▼
We are a **plumbing** and **heating** contractor in the state of **Connecticut**. We cover Hartford, New Haven,
and Litchfield Counties. We do all general **plumbing** ...

**Tap Plumbing and Heating LLC Company Profile | Key Contacts ...**
www.hoovers.com › Company Information › Company Search › Company Profile ▼
**Tap Plumbing and Heating** LLC ... **BRISTOL**, **CT**, 06010-3657 United States ... and Heating LLC and
Plumbing contractors contacts in **BRISTOL**, **CT**, United ...

Videos



James J. Rybczyk
Plumbing, Heating & Air
Conditioning Inc. |
Bristol ...

yellowpages
YouTube - Aug 5, 2015

Sam's Plumbing &
Heating - West Hartford,
CT

yellowbook
YouTube - Jul 28, 2010

How to clear an airlock
if you have mixer taps

dereton33
YouTube - Nov 29, 2014

**Travis P Abaire - Co-Owner - T.A.P. Plumbing and Heating LLC ...**
https://www.linkedin.com/in/travis-p-abaire-0b7b786a

10/1/2018                          T.A.P. Plumbing and Heating Bristol, CT - Google Search

**T.A.P. Plumbing and Heating** LLC. Previous. Dynamic Mechanical Plumbing Heating and Air Conditioning LLC,; Local 777. Education ... **Bristol, Connecticut**.

### 5-Star Plumbers In Your Area | A Plumber | HomeAdvisor.com
Ad  www.homeadvisor.com/plumbers ▾   (866) 351-9453
★★★★½  Rating for homeadvisor.com: 4.6 · 7,948 reviews
More than 25M homeowners have used HomeAdvisor to find quality professionals! Find Background-Checked Experts You Can Trust. See Ratings & Reviews for Free. Fast, Easy & Free. 24/7 Project Support. Estimates In Minutes. Nationwide Services. Pre-Screened Pros. Millions of Reviews.
Plumbers · Contractors · Pipe Contractors · Shower Plumbing · Trusted Contractors

### Local Plumbing Experts | Now Offer $65 Toilet Service
Ad  www.sila.com/ ▾
$65 Toilet Tune-up. Let Us Make Your Old Toilet Like New. Call Today! Does Your Toilet Need A Refresh? We Can Tune-Up Your Toilet For Only $65. Call! A+ BBB Rated. Certified Techs. Call the Experts at Sila. Brands: Lennox, Mitsubishi, Unico, Bradford White, Kohler.

### DelFera Heating and Cooling | Gas Heater Tune-up $59
Ad  www.delfera.com/ ▾
10 Yr Manufacturer Parts Warranty, Lifetime **Heat** Exchanger Warranty - $50 Off any Repair! Full service HVAC company service to Delaware County Since 1996 - $50 Off any Repair! Flat Rate Pricing.
Services Offered · Service Contracts · Resource Center · Customer Reviews · Products Available



1  2  3  4  5  6  7      Next

● 19041, Haverford, PA - From your Internet address · Use precise location · Learn more

Help     Send feedback     Privacy     Terms

EXHIBIT C-7

10/1/2018                                  "Paint by Numbers" Boise, ID - Google Search



Google    "Paint by Numbers" Boise, ID

All    Shopping    Images    News    Maps    More              Settings    Tools

About 23,100 results (0.57 seconds)

**Paint By Numbers | Boise, ID 83705 - HomeAdvisor**
https://www.homeadvisor.com/rated.PaintByNumbers.74398547.html ▾
★★★★★ Rating: 5 - 1 review
Apr 9, 2018 - **Paint By Numbers** | HomeAdvisor prescreened Painting Contractors in **Boise, ID**.

**Paint by Numbers. Painter - Missoula, MT. Projects, photos, reviews ...**
https://porch.com › Missoula Painters ▾
See past project info for **Paint by Numbers** including photos, cost and more. Missoula, MT - Painter. ...
Painter **Boise, Idaho**. starstarstarstarstar ...

**Russ Stoddard on Twitter: "Fun paint by numbers project that turns a ...**
https://twitter.com/rstoddard/status/908787949214384129
Sep 15, 2017 - @rstoddard. Branding expert, social entrepreneur, author "Rise Up - How to Build a
Socially Conscious Business." **Boise, Idaho**. russstoddard.

**BIG Discounts! $22 Boise Painting Classes and Painting Events in ...**
https://www.paintingcircle.com/.../best-boise-painting-classes-painting-events-boise-id... ▾
★★★★★ Rating: 10/10 - 52 votes - Price range: $20
Dec 16, 2016 - Top discount painting classes choice in **Boise Idaho**! Attend a Paint & Sip art ... Idaho and
Arizona. These are NOT "**paint-by-numbers**" classes.

**Art Courses - Kevin McCain Studios**
kevinmccainstudios.com/art-courses/ ▾
These are NOT "**paint-by-numbers**" classes. My studio classes are held in Studio in **Boise, Idaho**. My
classes are unique in that they teach fundamental skills and ...

**78 best Paint by number images on Pinterest | Paint by number ...**
https://www.pinterest.com/hiseley/paint-by-number/ ▾
PBN - The Most Amazing **Paint-by-Numbers** Mural in a Nursery! Not gonna lie, I .... See more. swan
vintage **paint by numbers** .... **Idaho** (**Boise**) - July 3, 1890 ...

**Dimensions Paint By Number Kit Seaside Still LifeDimensions Paint ...**
https://www.pinterest.com/pin/365987907196430871/
Dimensions Needlecrafts **Paint by Numbers** Kits Crafts #ebay .... Craft Kit. http://
www.oakridgehobbies.com/review/product/list/**id**/12485/category/19/ $19.29.

**Vintage Paint-By-Numbers Painting stallion in wilderness | Etsy**
https://www.etsy.com/listing/517502028/vintage-paint-by-numbers-painting ▾
★★★★★ Rating: 4.9 - 464 votes
Vintage **Paint-By-Numbers** Painting - stallion in wilderness landscape - 24x20 inch wood frame - blue
and green colors - very good condition. ... in **Boise, Idaho**.

**Images for "Paint by Numbers" Boise, ID**

     

→  More images for "Paint by Numbers" Boise, ID                        Report images

**Paint Nite Boise - Home | Facebook**
https://business.facebook.com › Places › Boise, Idaho › Arts & Entertainment ▾
★★★★★ Rating: 4.9 - 133 votes
Paint Nite Boise, **Boise, Idaho**. 6418 likes ... I have always said I need **paint by numbers** because I am
not very artistic, but I was able to do this with no problems.

**DIY Paint by Number Kits | 50% Off Plus Free Shipping**
Ad  www.mypaintbynumbers.com/ ▾
Dazzling paint by number kits for adults. Relieve stress & paint your passion! Multiple Payment Options.
Track Order. Steps: Organize Your Paint, Match, Admire.

10/1/2018                                            "Paint by Numbers" Boise, ID - Google Search

Best Sellers · Collections · Featured Customers

### Paint By Numbers | All Kits 50% Off
Ad  www.canvastly.com/  ▾

All **Paint By Numbers** 50% OFF + Free Worldwide Shipping. Easy Refunds. Shop Now. Types: Animals,
Figures, Landscapes, Seascapes, Abstract, Flowers.
Paint Brushes · Track Your Order · Custom Paintings · Frame Kits · Get Gift Cards

### Painting by Numbers Kits | Framed Canvas, Ready to Paint
Ad  www.gallerybynumbers.com/  ▾

Van Gogh, Flower, Garden, Animal, Famous Landmark, Scenery, We Have Got the Lot. Next Day Dispatch.
Safe and Secure Checkout. Secure Checkout & Payment. 100% Money Back Guarantee.

## Searches related to "Paint by Numbers" Boise, ID

| | |
|---|---|
| paint **classes** boise | **art classes** boise |
| **painting classes** boise **idaho** | boise **art studio** |
| **watercolor workshops idaho** | **figure drawing classes** boise |



1  2  3  4  5  6  7  8  9  10        Next

● 19041, Haverford, PA - From your Internet address · Use precise location · Learn more

Help     Send feedback     Privacy     Terms

# EXHIBIT C-8

10/1/2018                      Kevin L. Moore Home Improvement and Repair Rehoboth Beach, DE - Google Search



About 63,100 results (0.46 seconds)

**Kevin L. Moore Home Improvement & Repair | Rehoboth Beach, DE ...**
https://www.homeadvisor.com/rated.KevinLMooreHome.46325488.html ▾
Nov 29, 2017 - **Kevin L. Moore Home Improvement** & **Repair** | HomeAdvisor prescreened Addition &
Remodeling Contractors, Carpenters in **Rehoboth Beach**, ...

**Kevin L. Moore, Sr. Home Improvement & Repair - Home | Facebook**
https://www.facebook.com › Places › Rehoboth Beach, Delaware › Contractor ▾
**Kevin L. Moore**, Sr. **Home Improvement** & **Repair**, **Rehoboth Beach**, Delaware. 38 likes. Highly skilled
craftsman with over 30 years experience, Kevin L....

**mysite | Contact - Wix.com**
kevinlmooresr.wixsite.com/mysite/contact ▾
White Google+ Icon · Flickr Clean. **Kevin L. Moore**, Sr. View on Google ... **Rehoboth Beach, DE** 19971.
Send. Ready for some great ideas? Email, text, or give us ...

**Contractor | Find a Handyman (Local Handyman Directory) - Part 7**
https://www.handymanassociation.org/category/contractor/page/7/ ▾
99 Results - Delivering Superior **Home Improvement** and landscaping services to our customers.
Location: ... **Kevin L. Moore** Sr. **Home Improvement and Repair**.
Missing: ~~rehoboth beach de~~

**I | Find a Handyman (Local Handyman Directory) - Part 63**
https://www.handymanassociation.org/page/19/?s=l&page=63 ▾
1001 Results - **Kevin L. Moore** Sr. **Home Improvement and Repair** ... Lil Brother **Construction** (LBC)
provides handyman and small remodeling services with ...
Missing: ~~rehoboth de~~

**Martins building maintenance and handyman services, Rehoboth ...**
https://www.glonstruct.com › United States › Rehoboth Beach, DE ▾
... maintenance and handyman services, Contractor, 15 Colgate Dr, **Rehoboth Beach, DE**. ... Building
maintenance,**construction**,light electrical,plumbing all phases, carpentry, drywall all .... **Kevin L. Moore**,
Sr. **Home Improvement** & **Repair**.

**Delaware Builders and Contractors**
https://www.findcontractor.com/builders-contractors-state/DE-builders-contractors.htm ▾
Alesi Custom Builder and Renovators, Inc. **Rehoboth Beach**. Advanced H V A C ... Garber **Kevin**
Contractor Bear. Guardian ... Advance **Construction** CO of **Delaware** Camden Wyoming. American ...
**Moorer's** Concrete Dover ... Briggs John **L** & CO - Office Georgetown .... Newark General **Repair** &
Fabrication Inc Newark.

**GUIDE TO SERVICES - Delaware Health and Social Services**
www.dhss.delaware.gov/dhss/dsaapd/files/aging_and_disabilities_guide.pdf ▾
Nov 14, 2017 - **Improvement** Act; and Voting Accessibility for the Elderly ..... Warren **L**. & Charles C. Allen,
Jr ...... (H.O.M.E.) provides minor **repairs** and maintenance ...... Why sit **home** alone when you can be at
the **Rehoboth Beach** Boardwalk or the Baltimore Museum ..... **Moore** and Rutt ... **Kevin** O'Brien, Attorney
at Law.

[PDF] **2018 ACTIVE BUSINESS LICENSE.xlsx**
https://imageserv11.team-logic.com/.../254/2018_ACTIVE_BUSINESS_LICENSE.pd... ▾
Aug 6, 2018 - 18-90151 4107556860 A **L** BOULDEN & SON INC ... 18-90055 3026536246 A-1 **KEVIN'S**
LAWN CARE .... 18-90136 3028973845 ALL IN ONE HOME **REPAIRS** ..... LEWES. DE **CONSTRUCTION**.
18-90236 3023766100 BAYVIEW INTERNAL ...... 18-91362 3023783492 DECOR BY **MOORE'S** LLC.

**Best Rated 2013 Custom Woodworkers List | Woodworking Network**
https://www.woodworkingnetwork.com/.../Best-Rated-Custom-Woodworkers-List-261... ▾
Jun 4, 2014 - 1st Choice **Home Improvement** Assoc. Raynham. MA ... Altruistic Home **Repair**/Remodel.
AUSTIN ... POMPANO **BEACH** Coral Springs. FL ..... Kevin's Home Repairs .... **L** Raymond **Construction** ....
PAINTING & **MOORE** ... **Rehoboth**. MA .... Reno. NV. TOP NOTCH **HOME IMPROVEMENT**. WILMINGTON.
DE.

**Local Home Repair Contractors | Best Contractors Near You**
[Ad] www.homeadvisor.com/ ▾   (866) 548-9895

★★★★½ Rating for homeadvisor.com: 4.6 - 7,948 reviews
Compare Multiple Top-Rated Local Pros. Enter Your Zip & Find Pros Fast! Quickly find Your Local, Pre-
Screened Pros at HomeAdvisor for FREE! Free & Easy. No Obligation. 140,000+ Professionals.

### Home Contractor Repairs | Handymen in Rehoboth Beach
`Ad` www.remodelrepairreplace.com/Handyman/Rehoboth_Beach ▾
Find the Right Handyman for Your Project. Get Estimates Today by Entering a Zip. Compare Rates
Before. Top Rated Online Pros. Quick and Hassle Free. Certified Handymen. Services: **Home Repair**,
Painting, Electrical, Gutters, Carpentry.
Handyman Services · On Call Handyman · Exterior Services · Interior Services

### Home Repair Improvement | Handymen in Rehoboth Beach
`Ad` www.icastle.com/Handyman/Rehoboth_Beach ▾
Get a Handyman Experienced With Your Type of Project. Instant Price Estimates! Quick and Hassle Free.
Top Rated Online Pros. Compare Rates Before. Certified Handymen. Services: **Home Repair**, Painting,
Electrical, Gutters, Carpentry.



Goooooooooogle  ›
1  2  3  4  5  6  7  8  9  10    Next

# EXHIBIT C-9

10/1/2018                                    Computrak Technology Orange, CA - Google Search





**Computrak Technology - Telecommunications - Orange, CA - Phone ...**
https://www.yelp.com › ... › IT Services & Computer Repair › Telecommunications ▾
★★★★★ Rating: 5 - 1 review
1 review of **Computrak Technology** "Mike is a miracle worker, and one of the best **technology** vendors
I've ever worked with - highly recommend his work!

**Computrak Technology | Orange, CA 92869 - HomeAdvisor**
https://www.homeadvisor.com/rated.ComputrakTechnology.20531284.html ▾
★★★★½ Rating: 4.7 - 4 reviews
**Computrak Technology** | HomeAdvisor prescreened Home Media Professionals in **Orange, CA**.

**Computrak Technology - Home | Facebook**
https://www.facebook.com › Places › Orange, California › Cable & Satellite Company
**Computrak Technology** - Swidler, **Orange, California** 92869 - Rated 5 based on 2 Reviews "Mike is a
miracle worker, and one of the best **technology** vendors...

**Computrak Technology Phone Repair**
https://computrak.net/ ▾
**Computrak Technology** - Business Phone System Repair, Phone System Installation and Repair. In
**Orange, California** Call for Appointment. (714) 639-0621.

**Computrak Technology - Orange, CA - Business Services in Orange ...**
https://www.manta.com › ... › Business Services, NEC › Business Services (Unclassified) ▾
Get information, directions, products, services, phone numbers, and reviews on **Computrak Technology**
in **Orange, CA**. Discover more Business Services, NEC ...

**Computrak Technology Reviews - Orange, CA | Angie's List**
https://www.angieslist.com › ... › CA › Orange › Orange Telephone Wiring Services ▾
See reviews for **Computrak Technology** in **Orange, CA** at from Angie's List members or join today to
leave your own review.

**Computrak Technology - Orange, CA - Alignable**
https://www.alignable.com/orange-ca/computrak-technology ▾
Do local business owners recommend **Computrak Technology**? Visit this page to learn about the
business and what locals in **Orange** have to say.

**Computrak Technology | LinkedIn**
https://www.linkedin.com/company/computrak-technology ▾
See who you know at **Computrak Technology**, leverage your professional network, and get hired. ...
Telecommunications**Orange, California**0 followers. See Jobs.

**Computrak Technology - Orange, CA - Thumbtack**
https://www.thumbtack.com/-Orange-CA/service/3576492 ▾
★★★★★ Rating: 5 - 4 reviews
We have over 30 years of experience in the Telecommunications industry. Specializing in Toshiba Phone
System Repair as well as NEC DSX and Pansonic ...

**Images for Computrak Technology Orange, CA**



→  More images for Computrak Technology Orange, CA                            Report images



1  2  3  4  5  6  7  8  9  10        Next

● 19041, Haverford, PA - From your Internet address - Use precise location - Learn more

# EXHIBIT C-10

10/1/2018                          VanDuzer Construction Camarillo, CA - Google Search



VanDuzer Construction Camarillo, CA

All    Maps    News    Images    Shopping    More          Settings    Tools

About 115,000 results (0.59 seconds)

**VanDuzer Construction - Unlicensed Contractor | Ventura, CA 93004 ...**
https://www.homeadvisor.com/rated.VanDuzerConstruction.75358949.html ▾
**VanDuzer Construction** - Unlicensed Contractor | HomeAdvisor prescreened ... Simi Valley; Port Hueneme; Westlake Village; **Camarillo**; Ojai; Santa Paula ...

**Garnicas Construction | Commercial and Residential Construction**
https://garnicasconstructioninc.com/ ▾
Your commercial **construction** project involves more than just the **building**. We handle all the complexities and get you up and running fast.
Missing: ~~vanduzer~~ | Must include: **vanduzer**

**ANDERSON Construction, Camarillo, CA | Ventura County Clean ...**
andercon.net/ ▾
**Camarillo** Commercial **Construction** | Ventura County Clean Room | Southern **California** clean rooms, laboratories, biomedical, industrial and commercial ...
Missing: ~~vanduzer~~ | Must include: **vanduzer**

**William Van Duzer - Assistant Construction Manager - TRI Pointe ...**
https://www.linkedin.com/in/william-van-duzer-09b1b857
William **Van Duzer**. Assistant **Construction** Manager at TRI Pointe Homes ... View William **Van Duzer's** full profile. It's free! ... 2013 4 years 2 months. **camarillo, ca** ...

**Rest For Less - Posts | Facebook**
https://www.facebook.com › ... › Mattress Wholesaler › Rest For Less
Rest For Less, **Camarillo, California**. ... Mattress Store in **Camarillo, California** ... **Camarillo, California** 93010 .... William **Van Duzer** Do you guys have sheets?

**The 10 Best Flooring Contractors in Pasatiempo, CA 2018 - Porch**
https://porch.com › CA › Pasatiempo ▾
The most trusted flooring contractors in Pasatiempo, **CA** are on Porch. ... Paul Brown Cambrian Floors & **Construction** - the top neighborhood floor installers and proven San Jose, Los Gatos, ..... camarillo interiors, inc, .... Southold, NY ServicesC. F. **Van Duzer** Gas Service Inc. Propane Supplier - Southold, NYBest General ...

**AKA.BUILD | fall-arrest-system**
aka.build/search.html?searchTerm=fall-arrest-system&page=18 ▾
(9) · Landscape Architects (4) · **Construction** Specificatio... (3) · Professional Services (DB... (3) .... Rounds, **VanDuzer** Architects. Falls Church, VA, 22046

**AKA.BUILD | fall-arrest-systems**
aka.build/search.html?searchTerm=fall-arrest-systems&page=18 ▾
(9) · Landscape Architects (4) · **Construction** Specificatio... (3) · Professional Services (4) .... Culver City, **CA**, 90232 .... Rounds, **VanDuzer** Architects. Falls Church ...

[PDF] **10815 HON. NITA M. LOWEY HON. MIKE McINTYRE HON. DANNY ...**
https://www.gpo.gov/fdsys/pkg/CRECB-2009-.../CRECB-2009-pt8-Pg10815-3.pdf ▾
friend Cy Johnson of **Camarillo**—and every re- ... today. It was founded by William **Van Duzer** .... OF **CALIFORNIA** ... On transportation projects, the **construction** ...

**Calabasas insurance agents - Nationwide - Page 12**
https://agency.nationwide.com/calabasas-ca?page=12 ▾
Insurance Agents in Calabasas, **CA** ... DICK **VANDUZER** & ASSOCIATES INC .... a secondary **building** hardware supplies or a permanent landscaping feature.

Searches related to VanDuzer Construction Camarillo, CA

anderson construction lancaster ca

artner west construction

tilt up concrete contractors southern california

tilt up contractors southern california

10/1/2018                                    VanDuzer Construction Camarillo, CA - Google Search



1 2 3 4 5 6 7 8 9 10                                                         Next

● 19041, Haverford, PA - From your Internet address - **Use precise location** - Learn more

Help      Send feedback      Privacy      Terms

EXHIBIT C-11

10/1/2018                                     Red s Heating and Air Conditioning Rockford, IL - Google Search



About 3,800,000 results (0.59 seconds)

**Home Heating Repair 24/7 | Contact A Service Expert**
Ad www.carrier.com/Furnace/DealerLocator ▾
Schedule An Appointment With A Local Trusted Carrier® Furnace Expert Today! **Heating** Repair, Service,
Maintenance & More. 24/7 Emergency Help Available Near You. Customer Focused.

**Red's Heating and Air Conditioning | Rockford, IL 61109 - HomeAdvisor**
https://www.homeadvisor.com/rated.RedsHeatingandAir.71620373.html ▾
Jan 15, 2018 - **Red's Heating and Air Conditioning** | HomeAdvisor prescreened **Air Conditioning**
Contractors in **Rockford, IL**.

**Red's Heating and Cooling - Heating & Air Conditioning/HVAC - 5247 ...**
https://www.yelp.com › Home Services › Heating & Air Conditioning/HVAC ▾
★★☆☆☆ Rating: 2 - 2 reviews
2 reviews of **Red's Heating and Cooling** "My experience was fine when they put in my unit. However,
when something went wrong on the unit and I contacted ...
Missing: ~~rockford il~~

**Red's Heating ,Cooling and Refrigeration - Business Service - Twin ...**
https://www.facebook.com/Redsrefrigerationidaho/ ▾
★★★★½ Rating: 4.4 - 7 votes
**Red's Heating** ,Cooling and Refrigeration. 76 likes. ... **Air conditioners**. Let us help make your **ac** system
as cost efficient as possible. Water heaters. We maintain ...
Missing: ~~rockford il~~

**Rockford Heating & Air Conditioning - Heating, Ventilating & Air ...**
https://www.facebook.com › ... › Heating, Ventilating & Air Conditioning Service ▾
★★★★★ Rating: 5 - 13 votes
**Rockford Heating** & **Air Conditioning**. 1244 likes. With more than 80 years in the **heating and cooling**
business, **Rockford Heating** & A/C is dedicated to...

**Images for Red's Heating and Air Conditioning ...**



→ More images for Red's Heating and Air Conditioning Rockford, IL          Report images

**AC, Boiler, and Furnace Repair in Winnebago, IL - BoMar Heating ...**
https://www.bomarheating.com/webapp/.../ac-boiler-and-furnace-repair-in-winnebago-... ▾
★★★★★ Rating: 5 - 7 votes
BoMar **Heating** & Cooling is your best choice for in Winnebago, IL. Call us at ... Trust our techs to service
your **Rockford IL** in Poplar Grove IL. CALL US .... Local reviews for **AC**, Boiler, and Furnace Repair in
Winnebago, IL. .... Roses are **red**.

**Home | Heating, Air Conditioning, Duct Cleaning | All-Star Heating ...**
https://www.all-starheating.com/ ▾
All-Star **Heating** & **Air Conditioning** is Dekalb's premier service for all of your **HVAC** ... Infra-**Red** Heaters,
Radiant **Heat**, Wall Furnaces, Pool Heaters, Hot Water ...

**About Us | All-Star Heating & Air Conditioning**
https://www.all-starheating.com/about.html ▾
Ste.3 in DeKalb, **IL** in the Pens Point Shopping Center on the east side of town. I have been in the ... I am
originally from **Red** Oak, Iowa, and a graduate of **Red** Oak High School. I wanted to ... **ROCKFORD**
**heating** & **air conditioning**/hvac.

**4603 Red Bluff Drive, Rockford, IL 61107 - MLS ID 09942179**
https://www.gogambino.com › Illinois › Winnebago County › Rockford › 61107 ▾
4603 **Red Bluff** Drive, **Rockford, IL** 61107, 1960 square foot, 3 bedrooms bathrooms, asking price of
$114900, MLS ID 09942179. ... Features 3 bedrooms and 2.5 baths w/ Central **AC**. Newly painted ...

10/1/2018                                    Red s Heating and Air Conditioning Rockford, IL - Google Search

**Heat**/Fuel: Gas, Forced Air Wooded: Yes.

### Affordable Rockford Hotels - Deals at the #1 Affordable Hotel in ...
https://www.priceline.com › ... › Rockford Hotels › Affordable Rockford Hotels ▾
Search our directory of affordably priced hotels in **Rockford**, **IL** and find the lowest rates. Our booking ...
**Red** Roof Inn Rockford. 24-hour Front Desk, **Air Conditioning**, Free Internet. 7.3 ... **Heating**, Sun
Terrace/Deck, 24-hour Front Desk. 3.4.

### A/C Repairs by Ruud® | Save with Energy Efficiency
Ad  www.ruud.com/ ▾
Schedule Your Free A/C Repair Estimate With A Select Ruud® Pro Partner Today! Free In-Home
Estimates. Smart Home Compatible. Energy Star Rated. Financing Available. Types: **Air Conditioners**,
Gas Furnaces, **Heat** Pumps, **Air** Handlers, Oil Furnaces, Indoor **Air** Quality.

### DelFera Heating and Cooling | Gas Heater Tune-up $59
Ad  www.delfera.com/ ▾
10 Yr Manufacturer Parts Warranty, Lifetime **Heat** Exchanger Warranty - $50 Off any Repair! Full service
**HVAC** company service to Delaware County Since 1996 - $50 Off any Repair! BBB Accredited Business.
Fully Insured. Certified Team. Multiple Payment Methods. Flat Rate Pricing.
Customer Reviews · Products Available · Services Offered · Service Contracts · Resource Center

### Heating And Air Condition
Ad  www.timothyoffheating.com/ ▾
Quality **Heating** & **Cooling** Repair Services from Timothy Off. Great Service. Request A Free Estimate.
Professional Services. Highlights: Free Estimate Available, Authorized Specialists Available.
Air Conditioning Services · View Solutions · Plumbing Services · Heating Services · Contact Us



1  2  3  4    Next

https://www.google.com/search?safe=off&q=Red%27s+Heating+and+Air+Conditioning+Rockford,+IL&spell=1&sa=X&ved=0ah    KEwjd-vvBj-bdAhWqn...    2/2

# EXHIBIT C-12

10/1/2018                                    Bergen Certified Inspections Post Falls, ID - Google Search



Bergen Certified Inspections Post Falls, ID

All      Maps      News      Shopping      Images      More                    Settings    Tools

About 572,000 results (0.63 seconds)

**BERGEN CERTIFIED INSPECTIONS, LLC**
https://bergencertifiedinspections.com/ ▾
**Bergen Certified Inspections** provides home **inspections**, light commercial ... are the only firm in
Northern **Idaho** that has a **Certified** Professional Home **Inspector**, ...

**Bergen Certified Inspection | Post Falls, ID, 83877 | HomeAdvisor**
https://www.homeadvisor.com › Pro Ratings & Reviews › Idaho › Post Falls ▾
Get address, phone number, and service information for **Bergen Certified Inspection**, Home **Inspection**
in **Post Falls, ID**.

**Bergen Certified Inspections, LLC Post Falls Home Inspection Company**
home-inspectors.nationalrelocation.com › ... › Bergen Certified Inspections, LLC ▾
**Bergen Certified Inspections**, LLC home **inspection** company is located in Post Falls. ... Steve Chase
P.O. Box 2402. **Post Falls**, **ID** 83877. Phone: 208-277-6576

**Partners / Affiliates | Coeur d'Alene Association of REALTORS®**
www.cdarealtors.com/about-c-a-r/sponsors-affiliates ▾
700 Northwest Boulevard, Coeur d'Alene Idaho 83814. Ramsden .... Jerry Lyon 707 North Post Street,
**Post Falls** ID 86854 .... **Bergen Certified Inspections**, LLC

**The Best 10 Home Inspectors near Post Falls, ID 83854 - Last ...**
https://www.yelp.com › Post Falls, ID › Home Services › Home Inspectors ▾
Best Home **Inspectors** in **Post Falls, ID** 83854 - National Property Inspections, Safe Family Home
**Inspections**, Gem State Home **Inspections**, Lake City ...
Missing: ~~bergen certified~~

**Idaho Home Inspectors | Hire An Inspector**
https://hireaninspector.com/idaho/ ▾
OCD Inspections,LLC Boise ID, Idaho 83709 ... Bohr's Home **Inspections** Twin Falls, ID 83301 ... **Bergen**
**Certified Inspections**, LLC Post falls, Idaho 83877

**Home Inspection Services We Offer in North Idaho | America's Home ...**
www.americashomeinspection.com/home-inspections/ ▾
Home **Inspection** Services We Offer in Hayden, Coeur d'Alene, **Post Falls**, and Kellogg Areas. Standard
Home **Inspection** - $275. Attic - Accessibility, stairs ...
Missing: ~~bergen certified~~

**Ace Home Inspection, Inc » Our Services**
https://acehomeinspection.com/our-services/ ▾
**Inspections** are performed by licensed, qualified inspectors working for and with ... on our website with
your **ID** and password following your **inspection**, or via e-mail. ... carpenter ants, carpenter bees, powder
**post** beetles and other applicable ..... **certified** as Construction Expert at Union, **Bergen** and Passaic
County Courts.

**Affordable Auto Sales LLC in Post Falls, ID | Whitepages**
https://www.whitepages.com/business/ID/Post%20Falls/affordable-auto.../b-1diy433 ▾
2511 W Seltice Way **Post Falls** ID 83854-8093. Business info. LINKS. Website. Nearby businesses.
**Bergen Certified Inspections**, LLC. Business Owner?

**State Enforcement Actions | Fraud | Office of Inspector General | U.S. ...**
https://oig.hhs.gov › Reports & Publications › Archives › Enforcement ▾
The Office of **Inspector** General (OIG) today announced details of plea .... a Woodmere resident who had
been seriously injured after repeated **falls**. ... A Richmond woman pleaded guilty today healthcare fraud
and aggravated **identity** theft. ..... Prosecutor (OIFP) announced today that a former **Bergen** County
Registered ...

Searches related to Bergen Certified Inspections Post Falls, ID

coeur d alene realtor          cda mls

kootenai county mls            north idaho mls

cda realtors

Bergen Certified Inspections Post Falls, ID - Google Search



1  2  3  4      Next

19041, Haverford, PA - From your Internet address - **Use precise location** - Learn more

Help     Send feedback     Privacy     Terms

# EXHIBIT C-13



**Google**    glass act window cleaning palm beach

All   Shopping   Images   Maps   News   More     Settings   Tools

About 3,530,000 results (0.70 seconds)

**Glass Act Window Cleaning in Palm Beach, Fl**
www.glassactwindowcleaning.net/ ▾
Pressure cleaning and window cleaning services. Residential and commercial! Fully licensed and insured!
Window Cleaning · About Us · Pressure Washing · Estimate

**Glass Act Window Cleaning - 25 Photos & 11 Reviews - Pressure ...**
https://www.yelp.com › Home Services › Pressure Washers ▾
★★★★★ Rating: 5 - 11 reviews
11 reviews of **Glass Act Window Cleaning** "Glass Act is amazing. They did ... Photo of **Glass Act Window Cleaning** - North **Palm Beach**, FL, United States. A.J E.

**Glass Act Window Cleaning | North Palm Beach, FL 33408 ...**
https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html ▾
★★★★★ Rating: 5 - 8 reviews
**Glass Act Window Cleaning** | HomeAdvisor prescreened **Cleaning** & Maid Services in North **Palm Beach**, FL.

**Glass Act Window & Pressure Cleaning - Home | Facebook**
https://www.facebook.com › ... › North Palm Beach, Florida › Home Window Service ▾
★★★★★ Rating: 5 - 23 votes
**Glass Act Window** & Pressure Cleaning, North **Palm Beach**. 164 likes · 1 talking about this · 37 were here. Your PANE, is our PLEASURE!

**Glass Act Window Cleaning Reviews - North Palm Beach, Fl | Angie's ...**
https://www.angieslist.com › ... › North-palm-beach Window Replacement Installers ▾
Apr 19, 2018 - See reviews for **Glass Act Window Cleaning** in North **Palm Beach**, Fl at 612 prosperity farms rd from Angie's List members or join today to leave ...



**Glass Act Window Cleaning & Pressure Cleaning**

Website   Directions   Save

5.0 ★★★★★ 25 Google reviews
Window cleaning service in Lake Park, Florida

**Address:** 447 Date Palm Dr, Lake Park, FL 33403
**Hours:** Open · Closes 5PM ▾
**Phone:** (561) 396-6729

Suggest an edit

Glass Act Window Cleaning & Pressure Clear
on Google

Let us get your hom...
Jun 4 - Aug 31
Filthy driveway? NO

EXHIBIT C-14



# EXHIBIT C-15

10/1/2018                                   Kayo Construction Shelton, WA - Google Search



Google    Kayo Construction Shelton, WA

All   Maps   News   Images   Shopping   More              Settings   Tools

About 35,800 results (0.48 seconds)

**Kayo Construction & Development, Inc. | Shelton, WA 98584 ...**
https://www.homeadvisor.com/rated.KayoConstruction.77717050.html ▾
★★★★★ Rating: 4.8 · 1 review
**Kayo Construction** & Development, Inc. | HomeAdvisor prescreened Addition & Remodeling Contractors, Carpenters in **Shelton, WA**.

**Kayo Builders - Contractors - Shelton, WA - Phone Number - Yelp**
https://www.yelp.com › Home Services › Contractors ▾
Specialties: **Kayo Builders** is a General Contractor in **Washington** specializing in roofing, remodels, new **construction**, residential & commercial. We service all of ...

**Kayo Builders in Shelton | Kayo Builders Shelton, WA ... - Yahoo Search**
https://local.yahoo.com › Contractors ▾
Find **Kayo Builders** in **Shelton** with Address, Phone number from Yahoo US Local. Includes **Kayo Builders** Reviews, maps & directions to **Kayo** Builders in ...

**Kayo Builders - Facebook**
https://mobile.facebook.com/kayobuilders/ ▾
**Kayo Builders**, Shelton, Washington. 36 likes · 2 talking about this. Kayo Builders is a General Contractor located in the beautiful Washington State. WA...

**Kayo Builders - Posts | Facebook**
https://www.facebook.com/kayobuilders/posts/?ref=page_internal ▾
**Kayo Builders**, Shelton, Washington. 36 likes. Kayo Builders is a General Contractor located in the beautiful Washington State. WA License No....

**Images for Kayo Construction Shelton, WA**



→ More images for Kayo Construction Shelton, WA          Report images

**Terry Evans Construction LLC**
terryevansconstruction.com/ ▾
**Building** and servicing homes in the Mason County and South Sound area for 29 years. ... Terry Evans **Construction** is a full service residential custom home and remodeling company. New Home **Construction** ... **Shelton**, **WA** 98584 ph: (360) ...
Missing: ~~kayo~~ | Must include: kayo

**Fike's Roofing and Construction – Covering all your needs**
www.fikesroofing.com/ ▾
When your roof needs repairing, it can be an overwhelming task to find the right roof repair experts for you. Fike's Roofing and **Construction** has 22 years of ...
Missing: ~~kayo~~ | Must include: kayo

**Kayo Builders - Olympia, WA, US - General Contractors | Houzz**
https://www.houzz.com › Home Improvement Professionals › General Contractors ▾
Jul 23, 2018 - **Kayo Builders**. "Whether we're building a custom residence or renovating an existing home we make sure that even the smallest details ...

**General Contractor near Shelton, WA | Better Business Bureau. Start ...**
https://www.bbb.org/en/us/wa/shelton/category/general-contractor ▾
BBB Directory of General Contractor near **Shelton, WA**. BBB Start with ... 16541 Redmond Way # 284, Redmond, WA 98052 ... Chamberland **Construction** LLC.
Missing: ~~kayo~~ | Must include: kayo

**4 Best Custom Home Builders - Shelton WA | Costs & Reviews**
Ad  www.homeadvisor.com/ ▾          (866) 597-7557
★★★★☆ Rating for homeadvisor.com: 4.6 · 7,948 reviews



**Kayo Builders**
General contractor in Mason County, Washington

**Address:** Shelton, WA
**Hours:** Open 24 hours ▾
**Phone:** (360) 763-2294

Suggest an edit

Add missing information

Add website

Know this place? Answer quick questions

**Questions & answers**
Be the first to ask a question

**Reviews from the web**
4.8/5   HomeAdvisor.com · 1 review

↪ Send to your phone

**Reviews**                          Write a
Be the first to review

**From Kayo Builders**
"Kayo Builders is a General Contractor in Shelton W... roofing services, remodeling and much more. We ... LACEY | TUMWATER | TACOMA | AUBURN | SEATT... 24 hr Emergency Services Available"

Kayo Construction Shelton, WA - Google Search

Compare Multiple Top-Rated Pros. Enter Your Zip & Find Pros Fast! 34,000+ Daily Requests. 5 Million Reviews. 24/7 Project Support. Estimates In Minutes. Nationwide Services. Local & Trusted Pros.

 ›

1  2      Next

● 19041, Haverford, PA - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

EXHIBIT C-16

10/1/2018                                    HVAC Performance Testing and Service Chatham, VA - Google Search



Google    HVAC Performance Testing and Service Chatham, VA

All    Shopping    Maps    News    Images    More                Settings    Tools

About 229,000 results (0.45 seconds)



**HVAC Service & Repair Experts | Moyer Indoor Outdoor | emoyer.com**
Ad  www.emoyer.com/ ▾  (215) 799-2019
We're Local & Certified **HVAC** System Specialists. Call Us Now! **Servicing** Since 1935. Same Day **Service**. Financing Options Avail. Certified Experts. 24/7 Emergency. Neighborhoods: Bucks County, Chester County, Delaware County, Montgomery County.

**Performance Testing Services | Full-Cycle Testing.Outstaffing**
Ad  www.testfort.com/testing/QA ▾
800+ delivered projects. 17 years of experience. Guaranteed results. Contact us! NDA. Certified testers. Hight security standards. Software **Testing** Awards. Support & Maintenance. Types: Functionality, Load, **Performance**, Security, Compatibility, Usability.
Desktop App Testing · Web App Testing · Dedicated Team · QA Consulting · Mobile App Testing

**Save $39 On HVAC Repair | Call Now And Mention This Ad**
Ad  www.goldstarcooling.com/HVAC/Repair ▾
Accepts Credit Cards. 24/7 Response. Call Now To Speak To Representative. 100+ 5 Star Reviews.
Specials · Air Conditioning · Testimonials · Heating

**HVAC Performance Testing and Service 1218 County Rd, Chatham ...**
https://www.yellowpages.com/chatham-va/.../hvac-performance-testing-and-service-5... ▾
Get reviews, hours, directions, coupons and more for **HVAC Performance Testing and Service** at 1218 County Rd, **Chatham**, **VA**. Search for other Air ...

**HVAC Performance Testing & Service Chatham, VA 24531 - YP.com**
https://www.yellowpages.com/chatham-va/.../hvac-performance-testing-service-50307... ▾
Get reviews, hours, directions, coupons and more for **HVAC Performance Testing & Service** at **Chatham**, **VA**. Search for other Furnaces-Heating in Chatham on ...

**HVAC Performance Testing & Service, LLC - Heating, Ventilating & Air ...**
https://www.facebook.com ▸ Places ▸ Chatham, Virginia ▸ Professional Service
★★★★★ Rating: 5 - 2 votes
**HVAC Performance Testing & Service**, LLC, **Chatham**, **Virginia**. 54 likes. Forced Air Heating **service** & **repair**·Heat Pumps, Electric, Oil & Gas Furnace **service**...

**HVAC Performance Testing & Service in Chatham, VA | 1218 ...**
https://www.superpages.com/.../chatham-va/hvac-performance-testing-service-L22000... ▾
**HVAC Performance Testing** & **Service** in **Chatham**, **VA** — Get driving directions to 1218 COUNTY RD **Chatham**, **VA** 24531. Add reviews and photos for **HVAC** ...

**HVAC Performance Testing and Service, LLC | Chatham, VA 24531 ...**
https://www.homeadvisor.com/rated.HVACPerformanceTesting.54202361.html ▾
**HVAC Performance Testing and Service**, LLC | HomeAdvisor prescreened Air Conditioning Contractors in **Chatham**, **VA**.

**Hvac Performance Testing & Service LLC in Chatham, VA - (434) 710 ...**
www.buzzfile.com/.../Hvac-Performance-Testing.And.Service-LLC-434-710-1382 ▾
**Hvac Performance Testing** & **Service** is located in **Chatham**, **Virginia**. This organization primarily operates in the Testing **Services** business / industry within the ...

**HVAC Performance Testing and Service - Heating & Air Conditioning ...**
https://www.yelp.com ▸ Home Services ▸ Heating & Air Conditioning/HVAC ▾
Specialties: Your **HVAC service** pros. We are open EVERY ... **Chatham**, **VA** 24531 ... You could be the first review for **HVAC Performance Testing and Service**.

**HVAC Performance Testing & Service LLC - HVAC Contractor in ...**
https://hvac-performance-testing-service.business.site/ ▾
**HVAC Performance Testing** & **Service** LLC. **HVAC Contractor** in **Chatham** and Surrounding Areas!
Opening at 8:00 AMOpen today until 5:00 PMOpening at 8:00 ...

**HVAC Performance Testing and Service 1218 County Rd Chatham ...**
https://www.mapquest.com/.../virginia/hvac-performance-testing-and-service-377385... ▾
Get directions, reviews and information for **HVAC Performance Testing and Service** in **Chatham**, **VA**.

**HVAC Performance Testing & Service LLC**



Website    Save

4.3 ★★★★★ 6 Google reviews
HVAC contractor in Pittsylvania County, Virginia

**Address:** Chatham, VA
**Hours:** Closed · Opens 8AM Tue ▾
**Phone:** (434) 710-1382
A user suggested this phone
(434) 770-0849

Suggest an edit

**Know this place?** Answer quick questions

Questions & answers
Be the first to ask a question                    Ask a c

Reviews from the web

5/5  Facebook · 2 votes

▸ Send to your phone

Reviews    Write a review    Add

 "Garr has always treated my **family** right and knows his **stuff**!"

 "This is the most unprofessional **compan** ever dealt with."

 "We have also had him at the **place** on the

View all Google reviews

HVAC Performance Testing & Service
on Google

Heat pump with 92% AUFE gas furnace. All financed for less than $5.00 a day. Ask about financing
4 days ago



People also search for

View 1

10/1/2018                                       HVAC Performance Testing and Service Chatham, VA - Google Search

### HVAC Performance Testing & Service LLC.
contractors.fujitsugeneral.com/listings/148889.htm ▾
Locate a Contractor **HVAC Performance Testing** & **Service** LLC. **HVAC Performance Testing** & **Service** LLC. 1218 County RD **Chatham, VA** 24531.

### DelFera Heating and Cooling | Gas Heater Tune-up $59
`Ad` www.delfera.com/ ▾
10 Yr Manufacturer Parts Warranty, Lifetime Heat Exchanger Warranty - $50 Off any Repair! Full **service HVAC** company **service** to Delaware County Since 1996 - $50 Off any Repair! Fully Insured. Certified Team. Multiple Payment Methods. Flat Rate Pricing. BBB Accredited Business.
Customer Reviews · Products Available · Resource Center · Services Offered · Service Contracts

### Performance/Load Experts | 700+ customers since 1996
`Ad` www.rttsweb.com/services ▾
NY-based experts execute **performance tests** w/free software & cloud architecture. Since 1996. **Testing** Experts. Microsoft Partner. New York, NY. Types: Hadoop, NoSQL, Flat Files, XML, JSON, Excel.
Solutions · Contact RTTS

### Load Testing Services | Comprehensive & Flexible Range
`Ad` www.waterweights.com/Worldwide/Recognition ▾
The Original Water-Filled **Load** Monitoring & **Testing** Specialists. Contact Us! 24 hours-7 days Support. Largest rental inventory. 30 years of **service**. LEEA 051 Compliant. **Services**: ISO Certified **Service**, ABS Crt Design Assessment, ABS Crt Mnfg Assessment.

 

| J A Holmes Mechanical Contractors | Hoffman Heating & Air | J V Sizemore Air Condit... | Lov Sor Hea |
|---|---|---|---|
| Heating Contractor | Air Conditioning Contractor | Air Conditioning Contractor | Air C Cont |



1  2  3  4  5  6  7  8        Next