# EXHIBIT D

**EXHIBIT D - Schedule of HSP Declarations**

| SECTION I: Former HSPs' customized Online Profile Pages | |
|---|---|
| Declaration of Dustin Collins | Ex. D-1 at ¶7 |
| Declaration of Julian Duran | Ex. D-2 at ¶6 |
| Declaration of Caroline Haugen | Ex. D-3 at ¶12 |
| Declaration of Frank Slinger | Ex. D-4 at ¶9 |
| Declaration of Plaintiffs Brad and Linda McHenry | Ex. D-5 at ¶9 |
| Declaration of Travis Abaire | Ex. D-6 at ¶9 |
| Declaration of Jarett Heindel | Ex. D-7 at ¶8 |
| Declaration of Kevin L. Moore Sr. | Ex. D-8 at ¶9 |
| Declaration of Mike Sohrt | Ex. D-9 at ¶7 |
| Declaration of William VanDuzer | Ex. D-10 at ¶6 |
| Declaration of Richard Wheeler | Ex. D-11 at ¶10 |
| Declaration of Plaintiff Iva Haukenes | Ex. D-12 at ¶6 |
| Declaration of Plaintiff Kourtney Ervine | Ex. D-13 at ¶7 |
| Declaration of Walter Garr Yarboro | Ex. D-16 at ¶12 |

| SECTION II: Search Result Rankings of HA Online Profile Pages | |
|---|---|
| Declaration of Plaintiff Kourtney Ervine | Ex. D-13 at ¶10 |
| Declaration of Clint Hendry | Ex. D-14 at ¶8 |
| Declaration of Jacob Krumenacker | Ex. D-15 at ¶7 |
| Declaration of Walter Garr Yarboro | Ex. D-16 at ¶16 |

| SECTION III: Variations of Former HSPs' Online Profile Pages | | |
|---|---|---|
| 1.  Online Profile Pages With a "Get a Quote" Button | | |
| | **(A) Fully-active "Get a Quote" Button** | |
| | Declaration of Dustin Collins | Ex. D-1 at ¶¶7-13 |
| | Declaration of Julian Duran | Ex. D-2 at ¶¶6-11 |
| | Declaration of Caroline Haugen | Ex. D-3 at ¶¶12-18 |
| | Declaration of Frank Slinger | Ex. D-4 at ¶¶9-16 |
| | Declaration of Plaintiff Iva Haukenes | Ex. D-12 at ¶6 |
| | Declaration of Walter Garr Yarboro | Ex. D-16 at ¶12-15 |
| | | |
| | **(B) "Get a Quote" followed by "Does not provide service to [zip code]"** | |
| | Declaration of Plaintiffs Brad and Linda McHenry | Ex. D-5 at ¶¶9-14 |
| | Declaration of Travis Abaire | Ex. D-6 at ¶¶9-14 |
| | Declaration of Jarett Heindel | Ex. D-7 at ¶¶8-15 |
| | Declaration of Kevin L. Moore Sr. | Ex. D-8 at ¶¶9-14 |
| | Declaration of Mike Sohrt | Ex. D-9 at ¶¶7-13 |
| | Declaration of William VanDuzer | Ex. D-10 at ¶¶6-12 |
| | Declaration of Richard Wheeler | Ex. D-11 at ¶¶10-15 |

1

**EXHIBIT D - Schedule of HSP Declarations
(continued)**

| SECTION III: Variations of Former HSPs' Online Profile Pages (Continued) | |
|---|---|
| **2. Online Profile Pages With a Misleading "Alert"** | |
| Declaration of Plaintiff Iva Haukenes | Ex. D-12 at ¶¶7-10 |
| | |
| **3. Online Profile Pages Associated with the Company Names of Former HSPs** | |
| Declaration of Plaintiff Kourtney Ervine | Ex. D-13 at ¶¶9-13 |
| Declaration of Clint Hendry | Ex. D-14 at ¶¶8-13 |
| Declaration of Jacob Krumenacker | Ex. D-15 at ¶¶7-11 |
| Declaration of Walter Garr Yarboro | Ex. D-16 at ¶16-21 |

| SECTION IV: Irreparable Harm to Former HSPs | |
|---|---|
| Declaration of Dustin Collins | Ex. D-1 at ¶¶10-13 |
| Declaration of Julian Duran | Ex. D-2 at ¶¶9-11 |
| Declaration of Caroline Haugen | Ex. D-3 at ¶¶15-18 |
| Declaration of Frank Slinger | Ex. D-4 at ¶¶13-16 |
| Declaration of Plaintiffs Brad and Linda McHenry | Ex. D-5 at ¶¶12-14 |
| Declaration of Travis Abaire | Ex. D-6 at ¶¶12-14 |
| Declaration of Jarett Heindel | Ex. D-7 at ¶¶12-15 |
| Declaration of Kevin L. Moore Sr. | Ex. D-8 at ¶¶12-14 |
| Declaration of Mike Sohrt | Ex. D-9 at ¶¶10-13 |
| Declaration of William VanDuzer | Ex. D-10 at ¶¶9-12 |
| Declaration of Richard Wheeler | Ex. D-11 at ¶¶13-15 |
| Declaration of Plaintiff Iva Haukenes | Ex. D-12 at ¶¶8-10 |
| Declaration of Plaintiff Kourtney Ervine | Ex. D-13 at ¶¶11-13 |
| Declaration of Clint Hendry | Ex. D-14 at ¶¶10-13 |
| Declaration of Jacob Krumenacker | Ex. D-15 at ¶¶9-11 |
| Declaration of Walter Garr Yarboro | Ex. D-16 at ¶¶15-21 |

# EXHIBIT D-1

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF DUSTIN COLLINS

---

I, Dustin Collins, state and declare the following:

1.   My name is Dustin Collins. I am an adult individual of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.   I live at 444 East Hawk Street, Meridian, ID 83646. I own and operate Innovative Building and Remodeling, LLC, a limited liability company that specializes in building and remodeling in the Meridian, Idaho region, including Boise, Nampa and Star.

3.   When HomeAdvisor contacted me on or about October 12, 2017, I explained that my business was doing well and that I did not have a need for HomeAdvisor's Lead generation services, but the sales representative was persistent. She said that HomeAdvisor had a couple of project-ready Leads that needed to be matched to Home Service Professionals, so she asked that I join the HomeAdvisor network to help fulfill the demand. I

1

paid $347.98 for a HomeAdvisor annual Membership with the expectation that I would receive viable Leads from serious homeowners interested in a building or remodeling project.

4.   During the sales call, I also asked the HomeAdvisor sales consultant to provide a Lead fee matrix associated with my selected service tasks.  The requested Lead fee matrix was never provided to me, and at no point during the sales pitch or registration process was I informed that I would be automatically billed $70-$80 per Lead.  Rather, I was led to believe that I would only be charged for Leads that I attempted to contact.  Furthermore, I was never asked to specify and establish a Lead budget, nor was I informed that I would be automatically enrolled in the auxiliary mHelpDesk service.

5.   Within less than 2 weeks of becoming a HomeAdvisor Home Service Professional, my bank account was debited approximately $700.  None of the Leads that I tried to contact ever responded to any of my outreach efforts.

6.   As a result, I contacted HomeAdvisor about the poor quality of the Leads and the exuberant Lead fee charges I had incurred.  The HomeAdvisor manager I spoke to refused to issue any refunds, and only offered to give me credit for more Leads.  This offer was insufficient and after being exposed to HomeAdvisor's unethical business dealings I decided that I wanted to cease all involvement with HomeAdvisor.  On October 25, 2017, I cancelled my account with HomeAdvisor.  In response to my request I received an email the next day, on October 26, 2017, offering me five free Leads if I reactivated my account.  That same day I sent a reply email requesting that HomeAdvisor "unsubscribe me and remove all my contact information."

7.   Despite terminating my membership with HomeAdvisor on October 25, 2017 and requesting that HomeAdvisor remove all my contact information from its website, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's Online Directory. The Online Profile Page, shown below, contains my company name, my contact information and profile description.



*See* https://www.homeadvisor.com/rated.InnovativeBuilding.67456049.html (last visited 9/4/18).

8.   The Online Profile Page gives consumers the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which opens a pop-up window, shown below, that invites prospective customers to submit a request for a quote from my company, Innovative Building and Remodeling, LLC.



*See* https://www.homeadvisor.com/rated.InnovativeBuilding.67456049.html#quote=67456049 (last visited 9/4/18).

3

9.   Upon supplying a street address and zip code, and clicking "Confirm", a new window opens that states, in bold at the top, "**Get a Quote from Innovative Building and Remodeling, LLC**".  Under these pretenses, prospective customers interested in receiving a quote from my company complete the below service request form.  However, upon clicking "Get a Quote," HomeAdvisor converts this submission into a Lead and since I am no longer an active HomeAdvisor Home Service Professional, this Lead is then sold to other Home Service Professionals in the HomeAdvisor network who are essentially my competition.



*See* https://www.homeadvisor.com/rated.InnovativeBuilding.67456049.html#quote=67456049 (last visited 8/16/18).

10. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. Potential customers complete the "Get a Quote" form with the expectation that they are contacting my business; however, HomeAdvisor intercepts these requests and converts them into Leads that are then sold to multiple, other Home Service Professionals in HomeAdvisor's network.   By manipulating my Online Profile Page and soliciting service request submissions through the "Get a Quote" feature, HomeAdvisor misleads potential customers and harms my business by diverting potential consumers away from my company and directing them to my competition.

11. Despite terminating my membership with HomeAdvisor on October 25, 2017, HomeAdvisor continues to use my Online Profile Page for its benefit. HomeAdvisor's conduct is detrimental to my business.  And despite my written request that HomeAdvisor remove all my company information from its site, my Online Directory Listing still appears

on HomeAdvisor's website.

12. I am no longer a HomeAdvisor Home Service Professional and have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company name or likeness, and Home Advisor, post-termination of my relationship with it, has improperly maintained an Online Profile Page associated with my business. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

13. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Idaho and the United States that the forgoing is true and correct to the best of my knowledge.

Dated:    9/4/18

DUSTIN COLLINS

# EXHIBIT D-2

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF JULIAN DURAN

---

I, Julian Duran, state and declare the following:

1.  My name is Julian Duran.  I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.  I live at 181 Calle Tiburon, Rio Rico, Arizona, 85648.  I own and operate Duran Built, LLC, a limited liability company that specializes in window and door installations in the Rio Rico, Arizona region.

3.  On or about June 15, 2018 I purchased a HomeAdvisor annual membership for $287.99.  I was hesitant to sign up with HomeAdvisor because I had previously had a bad experience as a ServiceMagic Home Service Professional and was dissatisfied with the service because the Leads were bogus.  Upon expressing these concerns to the HomeAdvisor sales consultant I was assured that HomeAdvisor had made changes to ServiceMagic's model

1

and that it was a much better service now.  The HomeAdvisor sales consultant convinced me to give HomeAdvisor a try and offered me five free Leads.  I was persuaded to give HomeAdvisor a try with the understanding that I would receive and pay for viable window and door installation Leads from targeted, serious, qualified, and project-ready homeowners in the Tucson, Arizona region.

4.  Within the first three days of receiving HomeAdvisor Leads I decided that I wanted to cancel the service.  After experiencing significant barriers – including refusals to close my account and not responding in a timely fashion to my phone calls and emails requesting that the account be terminated – I eventually cancelled my credit card associated with my HomeAdvisor account to stop accruing additional charges.

5.  Between June 15, 2018 and June 30, 2018, I received 21 bogus leads that ranged in Lead fees of $19.69 to $76.87.  Over the course of 15 days my credit card was charged over $1,000 for deficient Leads, none of which resulted in me securing a job or a new customer.  A vast majority of the Leads were completely unresponsive to my persistent outreach attempts, and the Leads that I was able to contact were not project-ready.  I then received notifications on July 6 and 13, 2018, concerning HomeAdvisor's inability to process payments using the current credit card on file since I had cancelled the credit card associated with my HomeAdvisor account.  Then on August 30, 2018 I received a final past due balance notice from HomeAdvisor threatening to send my account to collections if I do not pay $825.53.

6.  Despite terminating my membership with HomeAdvisor on or about June 30, 2018, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's Online Directory. The Online Profile Page, shown below, contains my company name, my contact information and profile description that I provided during the membership sign up process.



*See* https://www.homeadvisor.com/rated.DuranBuiltLLC.36499117.html# (last visited 9/24/18).

      7.   The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which then opens up a pop-up window, shown below, inviting prospective customers to submit a request for a quote from my company, Duran Built, LLC.



*See* https://www.homeadvisor.com/rated.DuranBuiltLLC.36499117.html#quote=36499117 (last visited 9/24/2018).

8.   Upon entering a street address and zip code in my service area (*e.g.,* Tucson, Arizona 85731), and clicking "Confirm", another window opens that states, in bold at the top, **"Get a Quote from Duran Built, LLC"**. Under these pretenses, prospective customers interested in receiving a quote from my company complete the below service request form. However, upon clicking "Get a Quote," I do not receive the prospective customer's inquiry. Rather, since I am no longer an active HomeAdvisor Home Service Professional, HomeAdvisor intercepts this submission and converts it into a Lead that is then sold to other Home Service Professionals in the HomeAdvisor network who are essentially my competition.



*See* https://www.homeadvisor.com/rated.DuranBuiltLLC.36499117.html# (last visited 9/24/2018).

4

9.  HomeAdvisor's scheme is detrimental to my business.  I was told that my Online Profile Page was to be removed with the cancellation of my account, but after nearly 3 months post-termination, my requests have been ignored and the misappropriation of my Online Profile Page persists.

10. I have not been a HomeAdvisor Home Service Professional since on or about June 30, 2018, and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

11. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Arizona and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: _9-24-18_

JULIAN DURAN

# EXHIBIT D-3

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF CAROLINE HAUGEN

---

I, Caroline Haugen, state and declare the following:

1.  My name is Caroline Haugen. I am an adult individual of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.  I live at 5661 Williamsburg Road, Williamsburg, Michigan 49690. I am the registered agent and my husband, Greg Haugen, is the owner and operator of Big Red Construction, LLC, a limited liability company that specializes in remodeling and construction projects in the Traverse City, Michigan region.

3.  After being contacted by HomeAdvisor on numerous occasions, on or about February 21, 2018, I finally relented to HomeAdvisor's persistent sales tactics and paid $287.99 for a HomeAdvisor annual membership. The HomeAdvisor sales consultant enticed me to join the HomeAdvisor Home Service Professional network by telling me that

1

HomeAdvisor was desperate for contactors in the Traverse City, Michigan region and that Big Red Construction, LLC would be one of only a few HomeAdvisor approved construction companies in the area.

4.    The HomeAdvisor sales consultant stated that the Leads, which would range from $50-$60, would be verified, good Leads from serious, project-ready homeowners. And the representative also emphasized that she would serve as my primary point of contact and would help resolve any issues that may arise with the service or the Leads. Based upon these representations I thought that HomeAdvisor would be an effective and cost-efficient way to obtain high-quality referrals to help grow the business.

5.    Within the first few days of becoming a HomeAdvisor Home Service Professional, I experienced issues with the Leads.  First, the Lead fees were approximately $100 per Lead as opposed to the $50-$60 the HomeAdvisor sales consultant quoted on the phone.  Second, the Leads consisted of a customer who was not the homeowner, and even listed a customer who had been deceased for a year.

6.    When I tried to contact the HomeAdvisor sales consultant to redress these issues, she never responded to my voicemails or emails.  Frustrated, I signed into my HomeAdvisor account and conducted a chat with a customer service representative who recommended that I call customer care. When I called customer care, I requested to terminate the service.  After being put on hold for over an hour, the customer care representative agreed to credit my account for the bogus Leads, and offered to provide me five free Leads. Then the representative offered to provide me with Opportunity Leads, which were described as Leads that I had the discretion as to whether to accept.

7.    The Opportunity Leads sounded more appealing, so I accepted the representative's offer.  Lo and behold, the Opportunity Leads were no better quality.  The Opportunity Leads were for services beyond my company's selected tasks and geographic

2

area.  Furthermore, my repeat attempts to contact the Opportunity Leads either by phone or by email were fruitless.  Not one Opportunity Lead responded to my outreaches.

8.   Then I realized that I was being charged for the Opportunity Leads, and that the five Lead credits I had been promised had not been applied.  When I called HomeAdvisor to complain I was informed, for the first time, that Lead credits do not apply to Opportunity Leads.  In response to this clarification, I requested that my account be cancelled.  The HomeAdvisor customer care representative refused to cancel my account and instead hung up on me.

9.   On or about June 13, 2018, when I called HomeAdvisor back my call was escalated to the customer retention department.  The representative said that HomeAdvisor would not issue any refunds and that it does not make any guarantees about the Leads.  In response, I requested that my account be cancelled.   Approximately 20 minutes after purportedly cancelling my account, I received another Lead for $97.53.  I promptly contacted my bank and informed them of HomeAdvisor's unauthorized charge.  My bank approved a chargeback for the fraudulent Lead fee.

10. On June 14, 2018, I filed a complaint with the Better Business Bureau of Colorado demanding that my account be cancelled, and that a refund be issued for the membership fee and for the cost incurred for the erroneous Lead that was received post-termination.   That same day I received an email from HomeAdvisor offering to issue me five free Leads if I reactivated my account.

11. In response to my Better Business Bureau complaint, on June 15, 2018, HomeAdvisor issued a response in which it confirmed that my account had been cancelled in full and that credit was provided to clear the remaining balance on the account. Then on June 28, 2018, I received a notice from HomeAdvisor informing me that my account was delinquent and that I must pay $100.06 to avoid being sent to collections.  When I called

HomeAdvisor to confirm that my account balance reflected $0 following HomeAdvisor's response to my Better Business Bureau complaint, I was again offered five free Leads if I reactivated my account – which I declined.

12. Since terminating my HomeAdvisor membership, I have learned that HomeAdvisor is still actively listing my company on HomeAdvisor's Online Directory. The listing, shown below, contains my company name, logo, and my contact and profile information that I provided during the membership sign up process.



*See* https://www.homeadvisor.com/rated.BigRedConstructionLLC.63750030.html (last visited 9/4/18)

13. The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the listing contains a "Get a Quote" button at the top of the screen which opens a pop-up window, shown below, that invites prospective customers to submit a request for a quote from my company, Big Red Construction, LLC.



*See* https://www.homeadvisor.com/rated.BigRedConstructionLLC.63750030.html# quote=63750030 (last visited 9/4/18).

14. Upon supplying a street address and zip code, and clicking "Confirm", a new window opens that states, in bold at the top, "**Get a Quote from Big Red Construction, LLC**".  Under these pretenses, prospective customers interested in receiving a quote from my company complete the below service request form.  However, upon clicking "Get a Quote," HomeAdvisor converts this submission into a Lead and since I am no longer an active HomeAdvisor Home Service Professional, this Lead is then sold to other Home Service Professionals in the HomeAdvisor network who are essentially my competition.

5



*See* https://www.homeadvisor.com/rated.AdaptiveConstructionand.72629784.html#
quote=72629784 (last visited 9/4/18).

15. Despite terminating my membership with HomeAdvisor on or about June 13, 2018, HomeAdvisor continues to use this Directory Profile Page for its benefit. HomeAdvisor's fraudulent disclaimer concerning my company's service area is intended to provide potential consumers false information about my company in an attempt to divert them to other Home Service Professionals in HomeAdvisor's network.

16. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. Potential customers complete the "Get a Quote" form with the expectation that they are contacting my business; however, HomeAdvisor intercepts these requests and converts them into Leads that are then sold to multiple, other Home Service Professionals in HomeAdvisor's network. By manipulating my Online Profile Page and soliciting service request submissions through the "Get a Quote" feature, HomeAdvisor misleads potential customers and harms my business by diverting potential consumers away from my company and directing them to my competition.

17. I am no longer a HomeAdvisor Home Service Professional and have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company name or likeness, and Home Advisor, post-termination of my relationship with it, has improperly maintained an Online Profile Page associated with my business. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

18. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Michigan and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 10-4-18

CAROLINE HAUGEN

# EXHIBIT D-4

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF FRANK SLINGER

---

I, Frank Slinger, state and declare the following:

    1.  My name is Frank Slinger. I am an adult individual of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

    2.  I live at 610 Vaughn Lane, Lebanon, Oregon 97355I, and I own and operate ISO Plumbing & Mechanical, LLC, a limited liability company that specializes in plumbing in the Lebanon, Oregon region.

    3.  On or about February 2, 2018, I paid $347.98 for a HomeAdvisor annual membership. I was told by the HomeAdvisor sales consultant that there were over 300 plumbing projects within my area that HomeAdvisor was looking to match with qualified Home Service Professionals.  Based upon the representations made over the phone by the HomeAdvisor sales consultant during the sign up process, I believed I was paying for a Lead

1

generation service that would supply me Leads from targeted, serious, qualified and project-ready Homeowners in my service area.

4.   By the second day of becoming a HomeAdvisor Home Service Professional I decided that I was not interested in the service and wanted to terminate my account within the 72 hour cancellation window.  I contacted HomeAdvisor and asked to cancel my account, but HomeAdvisor refused to cancel the membership and refund me the $347.98 membership fee.

5.   The next day I received a call from another HomeAdvisor representative who convinced me to stay by promising me that I would get as many targeted Leads as I wanted, as long as my profile was setup correctly. The representative made some adjustments to my profile which then resulted in me receiving two Leads, for $190 each, the next day that were located in Portland, Oregon – which is 50 miles outside the geographic region that I had specified.  When I logged into my HomeAdvisor Pro Portal I saw that someone had adjusted my geographic parameters.

6.  I immediately used HomeAdvisor's online chat service to rectify the discrepancies reflected in my account profile.  The online customer service representative ignored the concerns I raised about my profile information being incorrectly adjusted and terminated the conversation.  A similar conversation took place two more times.

7.   When I contacted HomeAdvisor by phone to cancel my membership on or about February 20, 2018, I was given the run-around.  First, I tried to be connected to the HomeAdvisor representative that revised my profile, but I was told that he was no longer available.   Then another representative said that I could not cancel membership, but that my profile could be corrected.  Then a third representative said, based upon my corrected profile settings, that I was projected to receive only 1 Lead a week.

8.   I then demanded that I be connected to a HomeAdvisor manager to terminate my account and threatened to sue HomeAdvisor if my account was not terminated.  The manager responded that my account would be closed, but that I was not entitled to any reimbursement because I beyond the 72 hour cancellation policy.

9.   Post-termination of my HomeAdvisor membership, I discovered that HomeAdvisor was still actively listing my company on HomeAdvisor's Online Directory. The Online Profile Page, shown below, contains my company name, my contact information and description of the services my company offers.



*See* https://www.homeadvisor.com/rated.IsoPlumbing.71279724.html# (last visited 9/19/18).

10. The Online Profile Page gives consumers the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which opens

a pop-up window, shown below, that invites prospective customers to submit a request for a quote from my company, ISO Plumbing and Mechanical, LLC.



See https://www.homeadvisor.com/rated.IsoPlumbing.71279724.html#quote=71279724 (last visited 9/19/18).

11. Upon supplying a street address and zip code in my service area (*e.g.*, Lebanon, Oregon 97355), and clicking "Confirm", another window opens that states, in bold at the top, "**Get a Quote from ISO Plumbing & Mechanical, LLC**".   Under these pretenses, prospective customers interested in receiving a quote from my company complete the below service request form.



See https://www.homeadvisor.com/rated.IsoPlumbing.71279724.html#quote=71279724 (last visited 9/19/18).

12. However, upon clicking "Get a Quote," HomeAdvisor converts this submission into a Lead and since I am no longer an active HomeAdvisor Home Service Professional, this

Lead is then sold to other Home Service Professionals in the HomeAdvisor network who are essentially my competition.

13. HomeAdvisor's scheme is harmful to my business. I have not been a HomeAdvisor Home Service Professional since or about February 20, 2018, and I have terminated all business dealings with HomeAdvisor. Despite contacting HomeAdvisor on three or four occasions to request that my Online Profile Page be removed and being assured that it will be removed soon, the misappropriation of my Online Profile Page persists after cancelling my membership more than six months ago.

14. HomeAdvisor does not have my permission to use my company name or likeness, and Home Advisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. HomeAdvisor's conduct of channeling potential customers away from my company to my competitors bestows a financial benefit upon HomeAdvisor to the detriment of my company.

15. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

16. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Oregon and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: _____09/24/2018_____                    _____*Frank Slinger*_____

                                                                    FRANK SLINGER

EXHIBIT D-5

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF BRAD AND LINDA MCHENRY

---

We, Brad and Linda McHenry, state and declare the following:

    1.  Our names are Brad and Linda McHenry. We are adult individuals of sound mind and capable of making this Declaration. We have personal knowledge of the facts in this Declaration and we are fully competent to testify to these facts.

    2.  We live at 10639 Union Way, Westminster, CO 80021. We own and operate B&B Carpentry and Cabinetry Installation, LLC, a limited liability company that specializes in general contracting and custom finish and architectural millwork in the Denver, Colorado region.

    3.  On or about March 31, 2016, we paid $287.99 for a HomeAdvisor Pro Connect$^{TM}$ membership.  Based on the representations made during the sales call by the HomeAdvisor sales representative we believed that HomeAdvisor could provide B&B Carpentry with

1

qualified and verified Leads and the HomeAdvisor sales representative assured us that HomeAdvisor would provide a refund for any bad Leads.

4.   Within three days of signing up, HomeAdvisor sent us over $700 in Leads. However, the Leads we received were not the quality, project-ready Leads that the HomeAdvisor sales representative had promised.  We received Leads that consisted of unanswered phone numbers; persons that missed appointments; Leads outside of our geographical area or scope of service; Leads with fictitious contact information; and Leads that were over distributed.  Less than one week after signing up with HomeAdvisor, we froze the Lead service and continued to freeze the Leads on a monthly basis until the HomeAdvisor membership terminated.

5.   Not long after terminating our membership, HomeAdvisor bombarded us with emails claiming that, in response to feedback from Home Service Professionals, it had implemented new features including: Improved Customer Service, Easier Credit Requests, More Targeted Connections, and $100 in free Lead credits.  In addition to the barrage of emails, HomeAdvisor repeatedly pressured and harassed us with relentless phone calls.

6.   On June 26, 2017, we paid $317.98 for a HomeAdvisor Pro Connect$^{TM}$ annual Membership. Based upon the representations made over the phone by the HomeAdvisor sales consultant during the sign up process, we believed we were paying for a Lead generation service that would supply quality Leads from project-ready Homeowners in our service area. During the sales call the HomeAdvisor sales consultant represented that HomeAdvisor had improved the quality of its Leads and would be more responsive to requests for refunds for Leads that did not result in a job.

7.   Despite the promises made by HomeAdvisor in its emails and during the sales call, we quickly realized that nothing had changed with HomeAdvisor's business model or

the quality of the Leads.  The Leads continued to lack quality and suffered from the same deficiencies that we experienced during our previous membership with HomeAdvisor.

8.  We repeatedly attempted to obtain Lead credits for the bad Leads but HomeAdvisor denied our credit requests.  As a result, less than a month after rejoining HomeAdvisor, our Operations Manager, Lennie Holt, contacted HomeAdvisor to cancel our membership.  However, HomeAdvisor made it exceedingly difficult for us to cancel the membership by placing our calls on hold for indefinite periods of time and hanging up on Ms. Holt.  Ultimately, we were forced to call HomeAdvisor under the pretense of opening a new account in order to speak to a HomeAdvisor representative to cancel our membership. The process of cancelling our HomeAdvisor membership took numerous phone calls amounting to countless hours that spanned multiple days.

9.  Despite terminating our HomeAdvisor membership in July 2017, HomeAdvisor is still actively listing our company's Online Profile Page. The Online Profile Page, shown below, contains our company name, and our contact and profile information, which we believe HomeAdvisor collected from our website.



*See* https://www.homeadvisor.com/rated.BBCarpentry.65620492.html# (last visited 8/15/18).

10.     The Online Profile Page gives prospective customers of our business the false impression that we are a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which invites consumers to submit a request for a quote; however, a potential consumer located within our service area (*e.g.*, Westminster, CO 80021) who is interested in contacting our company will receive the following false message from HomeAdvisor upon entering their address: "**B&B Carpentry does not provide service to 80021**" which is immediately followed by a hyperlink that says:  "**See Pros who provide service to 80021**".

*See* https://www.homeadvisor.com/rated.BBCarpentry.65620492.html#quote=65620492 (last visited 8/15/18).

11.     Upon clicking on the hyperlink on my Online Profile Page, a prospective consumer is taken to a landing page that lists HomeAdvisor's "Top Contactors in Broomfield, CO." This landing page contains various links that allow a consumer to browse HomeAdvisor Home Service Professionals' Online Profile pages, who are essentially my competition, and submit requests for quotes to these companies.



*See* https://www.homeadvisor.com/c.Broomfield.CO.html (last visited 8/15/18).

12.      HomeAdvisor's conduct of channeling potential customers away from our company to our competitors is harmful to our business.  HomeAdvisor's continued and purposeful misuse of our Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. HomeAdvisor's fraudulent disclaimer concerning our company's service area provides potential consumers false information about our company in an attempt to divert those individuals away from our company and direct them to other Home Service Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for which HomeAdvisor generates revenue.

13.      We have not been a HomeAdvisor Home Service Professional since July 2017, and we have terminated all business dealings with HomeAdvisor.  As such, HomeAdvisor does not have our permission to use our company name or likeness, and HomeAdvisor post-termination of my relationship with it, has improperly maintained, and continues to maintain, our Online

Profile Page. Such conduct constitutes a deliberate misuse of our Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact our company. Instead these prospective customers of our business are being steered to our competitors who are active HomeAdvisor Home Service Professionals.

14.     HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have harmed us and our business.  Had we known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, we would not have signed up and paid for the membership program.

We declare under the penalty of perjury under the laws of the State of Colorado and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 9.4.18                                    _____

                                                BRAD MCHENRY

Dated: 9.4.18                                    _____

                                                LINDA MCHENRY

EXHIBIT D-6

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF TRAVIS ABAIRE

---

I, Travis Abaire, state and declare the following:

1.  My name is Travis Abaire. I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.  I live at 30 Vanderbilt Road, Bristol, Connecticut 06010.  I own and operate T.A.P. Plumbing and Heating, LLC, a limited liability company that specializes in residential, commercial, and industrial plumbing and heating contracting services in the Bristol, Connecticut region.

3.  On or about March 10, 2018, I purchased a HomeAdvisor membership for $287.99.  According to the very persuasive HomeAdvisor sales representative who sold me the service, HomeAdvisor had more plumbing and heating service requests than HomeAdvisor could match to eligible HomeAdvisor Home Service Professionals.  The

1

HomeAdvisor sales representative said that if I signed up that I would see such an influx of business that I would have to hire more employees to keep up with the demand. Additionally, the representative stated that Leads supplied to me would be exact match Leads, therefore I would be the only HomeAdvisor Home Service Professional receiving the Lead.  At no point in time during the sign up process was I informed that I would automatically be charged for Leads upon receipt.  Based upon theses representations, I was under the impression that HomeAdvisor was going to supply me, exclusively, with targeted, serious, qualified and project-ready Leads that would effectively and cost-efficiently grow my business.

4.   Over the course of about two months, I received approximately 20 bogus Leads, that had Lead fees ranging from $18.28 to $54.30, that were automatically charged to my credit card associated with my HomeAdvisor account.  After receiving and being charged for Leads which were not "project-ready" I contacted HomeAdvisor and requested that my account be cancelled.  The HomeAdvisor representative was adamant that I not cancel and confirmed that I was going to receive exact match Leads for legitimate and verified homeowners who were serious about having a service performed.

5.   I received three more purported exact match Leads, all of which were deficient. When I contacted the Leads I was told that I was one of several HomeAdvisor Home Service Professionals who had contacted them and the homeowners vehemently denied being familiar with HomeAdvisor, let alone contacting HomeAdvisor to request a service.

6.   I immediately called HomeAdvisor to request a refund for all the Leads because they were illegitimate.  The HomeAdvisor representative stated that HomeAdvisor does not issue any refunds.  Instead, the HomeAdvisor representative offered to issue me a few Lead credits.  I rejected the offer and demanded to speak to a supervisor, but the representative refused to connect me.  The representative then confirmed that my Leads would be turned off

so that I would no longer receive and be charged for Leads, but the Lead service was not deactivated as I continued to receive more Leads and incur additional charges.

7.  I contacted my credit card company to dispute the unauthorized charges and request a new credit card.  My credit card company conducted an investigation into the fraudulent charges which resulted in the charges being reversed, and a new credit card was issued to me. However, HomeAdvisor applied a $20 "interest" fee for each chargeback initiated by my credit card and for each subsequent failed attempt to charge my old credit card on file.

8.  On July 17, 2018, I received a final past due balance notice from HomeAdvisor indicating that I owed $954.72.  When I contacted HomeAdvisor on July 30, 2018, I requested that my call be escalated to a supervisor who agreed to cease the collection efforts if I agreed to pay half the outstanding balance.  Although the charges were fraudulent and unauthorized I decided to pay $477.36 to avoid being further harassed by HomeAdvisor and sent to collections.  In agreeing to pay half the balance I also demanded that my account with HomeAdvisor be terminated and that a written confirmation be sent which I received the same day.

9.  Despite terminating my membership with HomeAdvisor on or about July 30, 2018, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's Online Directory. The Online Profile Page, shown below, contains my company name and logo, my contact information and profile description.



*See* https://www.homeadvisor.com/rated.TAPPlumbingand.74179161.html  (last visited 9/13/18).

10. The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which invites prospective customers to submit a request for a quote from my company, T.A.P. Plumbing and Heating LLC.  However, a prospective customer located within my service area (*e.g.,* West Hartford, Connecticut 06117) who is interested in contacting my company will receive the following false message from HomeAdvisor upon

4

entering their zip code: **"T.A.P. Plumbing and Heating, LLC does not provide service to 06117"** which is immediately followed by a hyperlink that says: **"See Pros who provide service to 06117"**



*See* https://www.homeadvisor.com/rated.TAPPlumbingand.74179161.html#quote=74179161 (last visited 9/13/2018).

11. Upon clicking on the hyperlink on my Online Profile Page, a prospective customer is taken to a landing page that lists HomeAdvisor's "Top Contractors in West Hartford, CT." This landing page contains various links that allow a prospective customer to browse other HomeAdvisor Home Service Professionals' Online Profile Pages, who are essentially my competition, and submit requests for quotes to these companies – thereby resulting in the creation of Leads for which HomeAdvisor generates revenue.

5



*See* https://www.homeadvisor.com/c.West_Hartford.CT.html  (last visited 9/13/2018)

12.  HomeAdvisor's scheme is detrimental to my business. I have contacted HomeAdvisor twice to have my Online Profile Page removed, and was promised it would be, but, after more nearly three months post-termination, my requests have been ignored and the misappropriation of my Online Profile Page persists.

13.  I have not been a HomeAdvisor Home Service Professional since on or about July 30, 2018 and I have terminated all business dealings with HomeAdvisor. As such,

HomeAdvisor does not have permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are acting HomeAdvisor Home Service Professionals.

14. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the state of Connecticut and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 09/24/2018

TRAVIS ABAIRE

# EXHIBIT D-7

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

**DECLARATION OF JARETT HEINDEL**

---

I, Jarett Heindel, state and declare the following:

    1.   My name is Jarett Heindel.  I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

    2.   I live at 7 Juniper Street, Boise Idaho, 83705. I own and operate Paint by Numbers, a company that specializes in residential painting in the Boise, Idaho region.

    3.   On or about April 4, 2018, I purchased a HomeAdvisor annual membership for $287.99.  Based upon the representations made over the phone by the HomeAdvisor sales consultant, I was under the impression that HomeAdvisor was an effective and cost-efficient way to grow my business and acquire new customers.  According to the HomeAdvisor sales consultant, HomeAdvisor's Lead generation service would supply me Leads, for a fee, for

1

residential painting projects and jobs from targeted, serious, qualified and project-ready homeowners in the Boise, Idaho area.

4. Over the course of approximately 6 weeks, I received five bogus Leads that ranged in cost that were automatically applied to my HomeAdvisor account. After receiving the first two Leads, both of which were unresponsive to my outreach efforts, I paused my Leads. During the time my Leads were frozen I received a Lead that I had to dispute in order to receive a Lead credit. Then when my Leads reactivated within a few days, I received two more deficient Leads that were applied to my HomeAdvisor account.

5. I immediately tried to request a refund through the HomeAdvisor app because I was disappointed with the poor quality of the Leads, but according to the app, I had to contact HomeAdvisor by phone because the app could not process my request since I had submitted too many credit requests. When I contacted HomeAdvisor to demand a refund for the Leads I was put on hold for 30 minutes before the Lead fees for the illegitimate Leads were removed from my HomeAdvisor account.

6. Completely dissatisfied with the quality of HomeAdvisor's service, I cancelled my HomeAdvisor membership on or about May 16, 2018. After cancelling my account I contacted my credit card company and disputed the charges incurred for the HomeAdvisor membership. My credit card company evaluated the disputed charges which resulted in the charges being reversed.

7. On June 20, 2018, I received a final notice email from HomeAdvisor threatening to send me to collections if I did not pay $307.99 which includes the $287.99 membership fee plus a penalty of $20 for the charge back. Then on July 23, 2018, I received an email from CMI Credit Mediators informing me that HomeAdvisor had placed my account in collections for a revised total of $383.99.

8.   Despite terminating my membership with HomeAdvisor on or about May 16, 2018, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's Online Directory.  The Online Profile Page, shown below, contains my company name, my contact information and profile description.



*See* https://www.homeadvisor.com/rated.PaintByNumbers.74398547.html (last visited 9/21/18).

9.   The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated

with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which opens a pop-up window, shown below, that invites prospective customers to submit a request for a quote from my company, Paint By Numbers.



*See* https://www.homeadvisor.com/rated.PaintByNumbers.74398547.html#quote=74398547 (last visited 9/21/18).

10. Upon supplying a street address and zip code in my service area (*e.g.*, Boise, Idaho 83705), and clicking "Confirm", a new window opens that falsely conveys, in bold, the following message to a potential consumer who is interested in contacting my company: "**Paint By Numbers does not provide service to 83642**" (emphasis added) which is immediately followed by a hyperlink that says: "**See Pros who provide service to 83642**".



*See* https://www.homeadvisor.com/rated.PaintByNumbers.74398547.html#quote=74398547 (last visited 9/21/2018).

11. Upon clicking on the hyperlink on my Online Profile Page, a prospective customer is taken to a landing page that lists HomeAdvisor's "Top Contractors in Meridian, ID". This landing page contains various links that allows a consumer to browse other HomeAdvisor Home Services Professionals' Online Profile Pages, who are essentially my competition, and submit service requests for quotes to these companies.



*See* https://www.homeadvisor.com/c.Boise.ID.html (last visited 9/21/2018).

12. HomeAdvisor's conduct of falsifying information about my company in an effort to channel potential customers away from my company to my competitors is harmful to my business. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. HomeAdvisor's fraudulent disclaimer concerning my company's service area provides potential consumers false information about my company in an attempt to divert those individuals away from my company and direct them to other Home Service Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for which HomeAdvisor generates revenue.

13. HomeAdvisor's scheme is detrimental to my business. I have contacted HomeAdvisor on three separate occasions by phone to request that my Online Profile Page be removed. I have been assured it will be removed soon, but, after more than four months post-termination, my requests have been ignored and the misappropriation of my Online Profile Page persists.

14. I have not been a HomeAdvisor Home Service Professional since on or about May 16, 2018 and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

15. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and

quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Idaho and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: _____9/25/18_____          _____

JARETT HEINDEL

# EXHIBIT D-8

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF KEVIN L. MOORE SR.

---

I, Kevin L. Moore Sr., state and declare the following:

    1.  My name is Kevin L. Moore Sr. I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

    2.  I live at 39 Bryan Drive, Rehoboth Beach, Delaware, 19971. I own and operate Kevin L. Moore Home Improvement and Repair, a business that specializes in residential construction in the Rehoboth Beach, Delaware region.

    3.  On or about November 27, 2017, after weeks of being solicited by HomeAdvisor on nearly a daily basis, I purchased a HomeAdvisor annual membership for $347.98.  Based upon the representations made over the phone by the persistent HomeAdvisor sales consultant, I thought that HomeAdvisor's Lead generation service, which I was assured could be easily activated or paused, would supply me Leads for construction renovations and

1

additions from targeted, serious, qualified, and project-ready homeowners in the Rehoboth Beach, Delaware service area.

4.   Upon the activation of my account I began receiving Leads, but the volume was more than I expected or desired.  Time and time again, I requested that HomeAdvisor freeze the Lead service which would only be paused for two days before turning back on. Furthermore, I received and was charged for no less than six Leads during periods that my Leads were paused.  I requested refunds for the Leads that were wrongly supplied to me, but was only able to secure Lead credits. Once the Lead service would turn back I would immediately receive several more Leads before I had an opportunity to freeze the Leads again.  The Lead fees associated with the Leads I received, which were automatically charged to my debit card, ranged in cost from $17-$70, usually averaging about $30-$40 each.

5.   Dissatisfied with HomeAdvisor's Lead service, I called HomeAdvisor to demand a refund for the deficient Leads.  I was treated rudely by the HomeAdvisor representative who told me that HomeAdvisor does not issue refunds and was only willing to offer me five free Lead credits.   When I then requested to cancel my account the HomeAdvisor representative protested that I would be missing out on great opportunities if I were to cancel and then threatened to send me to collections if I terminated.  I responded that I would be willing to pay my account balance if I could then have the account closed.

6.  When I called HomeAdvisor on or about April 16, 2018, to cancel my membership I again requested a refund for the Leads, but my request was denied. After cancelling my account I received an email from HomeAdvisor on April 17, 2018 confirming that my account had been closed, but offering me five free Leads if I reactivated my account – which I did not.

7.   However,   upon   cancelling   my   account   with   HomeAdvisor   additional unauthorized charges for Leads were applied to my debit account.  I contacted my bank and disputed the fraudulent charges.  My bank determined that the charges were not valid and issued a stop payment on the pending unauthorized charges.  I also cancelled my debit card and had a new one issued to prevent HomeAdvisor from debiting any additional amounts from my account.

8.   After cancelling my HomeAdvisor account and disputing the fraudulent charges with my bank, in June 2018 HomeAdvisor began threatening to send me to collections if I did not pay $227.34.  HomeAdvisor has since sent my account to CMI Credit Mediators, Inc., a collections agency, that is now pursuing me for $303.21.

9.   Despite terminating my membership with HomeAdvisor on or about April 16, 2018, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's Online Directory.  My Online Profile Page, shown below, contains my company name, my phone number and profile description that I provided during the membership sign up process; however, the address shown below is my home address, as opposed to my business P.O. Box which I gave to HomeAdvisor which is concerning because I do not want this personal information to appear on the Online Profile Page.



*See* https://www.homeadvisor.com/rated.KevinLMooreHome.46325488.html (last visited 9/19/2018).

10. The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor. Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which invites prospective customers to submit a request for a quote; however, a potential customer located within my service area (*e.g.*, Bethany Beach, DE 19930) who is interested in contacting my company will receive the following false message

from HomeAdvisor upon entering their zip code: "**Kevin L. Moore Home Improvement &**
**Repair does not provide service to 19930**" (emphasis added) which is immediately
followed by a hyperlink that says: "**See Pros who provide service to 19930**".



*See* https://www.homeadvisor.com/rated.KevinLMooreHome.46325488.html#quote=46325488
(last visited 9/19/2018).

11. Upon clicking on the hyperlink on my Online Profile Page, a prospective
customer is taken to a landing page that lists HomeAdvisor's "Top Contractors in Bethany
Beach, DE."   This landing page contains various links that allow a customer to browse other
HomeAdvisor Home Service Professionals' Online Profile Pages, who are essentially my
competition, and submit service requests for quotes to these companies.

5



*See* https://www.homeadvisor.com/c.Bethany_Beach.DE.html (last visited 9/19/2018).

12. HomeAdvisor's conduct of channeling potential customers away from my company to my competitors is harmful to my business. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. HomeAdvisor's fraudulent disclaimer concerning my company's service area provides potential customers false information about my company in an attempt to divert those individuals away from my company and direct them to other Home Service

Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for which HomeAdvisor generates revenue.

13. HomeAdvisor's scheme is detrimental to my business. I have not been a HomeAdvisor Home Service Professional since on or about April 16, 2018, and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

14. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the state of Delaware and the Unites States that the forgoing is true and correct to the best of my knowledge.

Dated: 9-21-2018

KEVIN L. MOORE SR.

7

# EXHIBIT D-9

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF MIKE SOHRT

---

I, Mike Sohrt, state and declare the following:

1.   My name is Mike Sohrt. I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.   I live at 181 South Swidler Place, Orange, California 92869.  I own and operate Computrak Technology, a business that specializes in telecommunication installation, repair, upgrades and service in the Orange, California region.

3.   After being aggressively solicited by HomeAdvisor and receiving as many as three calls a week, I finally decided to purchase an annual membership on or about March 20, 2018 for $287.99.  I was hesitant to sign up with HomeAdvisor because I had previously had a bad experience as a ServiceMagic Home Service Professional and was dissatisfied with the service because the Leads were bogus.  Upon expressing these concerns to the HomeAdvisor

1

sales consultant I was assured that HomeAdvisor had addressed all of ServiceMagic's problems by improving HomeAdvisor's platform which, I was told, generates much higher quality Leads.  The HomeAdvisor sales consultant convinced me to give HomeAdvisor a try and confirmed that I would receive and pay for viable telecom installation and service Leads from targeted, serious, qualified, and project-ready homeowners in the Orange, California area.

4.   Over the course of approximately 3 weeks, I received about 15 Leads that had an average Lead fee of $20 per lead which was automatically charged to my credit card associated with my HomeAdvisor account.   Immediately I realized that the quality of HomeAdvisor's Lead service was terrible, and even worse than ServiceMagic.   I was receiving Leads that were not for the types of service tasks I had requested.  Instead of receiving Leads for telecommunication installations and service, I was receiving Leads for computer repair work.  Additionally, the Leads suffered other deficiencies including: invalid phone numbers, people not interested in having a service performed, people who stated they were not familiar with HomeAdvisor and that they did not submit a service request, and people that were completely unresponsive to calls, emails, and/or text messages. Furthermore, I was receiving Leads during the evening hours when I had requested that my Leads be frozen.

5.   When I called HomeAdvisor on or about April 10, 2018 to demand a refund for the bogus Leads and to cancel my account I was told that HomeAdvisor does not issue refunds, but in lieu of a refund HomeAdvisor offered me $100 worth of free Leads if I agreed not to cancel.   I declined HomeAdvisor's insufficient proposal and cancelled my membership.

6.   After closing my HomeAdvisor account I contacted my credit card company and disputed the charges incurred for the membership and Lead fees. Since disputing the charges

with my credit card company, HomeAdvisor has sent my account to collections.   I am now being pursued by CMI Credit Mediators, Inc. for $410.65.

7.   Despite terminating my membership with HomeAdvisor on or about April 10, 2018, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's Online Directory. The Online Profile Page, shown below, contains my company name and logo, my contact information and profile description.



*See* https://www.homeadvisor.com/rated.ComputrakTechnology.20531284.html (last visited 9/5/2018).

3

8.   The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which invites prospective customers to submit a request for a quote from my company, Computrak Technology. However, a potential customer located within my service area (*e.g.*, Anaheim, CA 92805) who is interested in contacting my company will receive the following false message from HomeAdvisor upon entering their zip code: **"Computrak Technology does not provide service to 92805"** which is immediately followed by a hyperlink that says: **"See Pros who provide service to 92805"**



*See* https://www.homeadvisor.com/rated.ComputrakTechnology.20531284.html#quote=20531284 (last visited 9/5/2018).

9.   Upon clicking on the hyperlink on my Online Profile Page, a prospective customer is taken to a landing page that lists HomeAdvisor's "Top Contractors in Anaheim, CA." This landing page contains various links that allow a prospective customer to browse other HomeAdvisor Home Service Professionals' Online Profile Pages, who are essentially my competition, and submit service requests for quotes to these companies.



*See* https://www.homeadvisor.com/c.Anaheim.CA.html (last visited 9/5/2018).

10. HomeAdvisor's conduct of channeling potential customers away from my company to my competitors is harmful to my business. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. HomeAdvisor's fraudulent disclaimer concerning my company's service area provides potential customers false information about my company in an attempt to divert those individuals away from my company and direct them to other Home Service Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for

which HomeAdvisor generates revenue.

11. HomeAdvisor's scheme is detrimental to my business. I have contacted HomeAdvisor to request that my Online Profile Page be removed.  Although I was assured that my Online Profile Page would be removed soon, it has been more than 5 months since I terminated my account and the misappropriation of my Online Profile Page persists.

12. I have not been a HomeAdvisor Home Service Professional since on or about April 10, 2018 and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

13. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the state of California and the United States that the forgoing is true and correct to the best of my knowledge.

Dated:   9/19/2018

MIKE SOHRT

EXHIBIT D-10

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF WILLIAM VANDUZER

---

I, William VanDuzer, state and declare the following:

1.  My name is William VanDuzer. I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.  I live at 1312 Gardenia Avenue, Camarillo, California 93010. I own and operate VanDuzer Construction, a business that specializes in construction and handyman repairs in the Ventura County.

3.  On or about April 30, 2018 I purchased a HomeAdvisor annual membership for $287.97. Based upon the representations made over the phone by the HomeAdvisor sales consultant, I was under the impression that HomeAdvisor was an effective and cost-efficient way to grow my business and in turn gain new customers. I was informed by the rep that HomeAdvisor's Lead generation service would supply me viable Leads for construction

1

work from targeted, serious, qualified, and project-ready homeowners in the Ventura, California region and that I would only be charged a Lead fee if I "won" the job.

4.   Over the course of the first 2 days, I started researching HomeAdvisor and read the Terms & Conditions.  I then became aware of the 72 hour cancellation policy, and decided to cancel my account.

5.   I immediately called to speak to a HomeAdvisor representative to request that my account be cancelled and to demand a refund since I was cancelling within 72 hours.  After being put on hold for 2 hours, I was finally connected to a representative who said that my account would be cancelled and that I would be issued a refund.  After terminating my HomeAdvisor account I cancelled my credit card because I wanted to prevent HomeAdvisor from processing any unauthorized charges.

6.   Despite terminating my membership with HomeAdvisor on or about May 2, 2018, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's online Directory. The Online Profile Page, shown below, contains my company name, my contact information and profile description that I provided during the membership sign up process.



*See* https://www.homeadvisor.com/rated.VanDuzerConstruction.75358949.html (last visited 9/19/2018).

7. The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor. Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which invites prospective customers to submit a request for a quote; however, a potential customer located within my service area (*e.g.,* Oxnard, CA 93036) who is interested in contacting my company will receive the following false message from HomeAdvisor upon entering their zip code: **"VanDuzer Construction – Unlicensed**

3

**Contractor does not provide service to 93036"** which is immediately followed by a hyperlink that says: **"See Pros who provide service to 93036"**



*See* https://www.homeadvisor.com/rated.VanDuzerConstruction.75358949.html#quote=75358949 (last visited 9/19/2018).

8.   Upon clicking on the hyperlink on my Online Profile Page, a prospective customer is taken to a landing page that lists HomeAdvisor's "Top Contractors in Oxnard, CA" This landing page contains various links that allow a customer to browse other HomeAdvisor Home Service Professionals' Online Profile Pages, who are essentially my competition, and submit service requests for quotes to these companies.

4



*See* https://www.homeadvisor.com/c.Oxnard.CA.html (last visited 9/19/2018).

       9.   HomeAdvisor's conduct of channeling potential customers away from my company to my competition is harmful to my business. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. HomeAdvisor's fraudulent disclaimer concerning my company's service area provides potential customers false information about my company in an attempt to divert those individuals away from my company and direct them to other Home Service Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for

which HomeAdvisor generates revenue.

10. HomeAdvisor's scheme is detrimental to my business. I have contacted HomeAdvisor requesting that my Online Profile Page be removed numerous times. I have been assured it will be removed soon but, after more than 4 months post-termination, my requests have been ignored and the misappropriation of my Online Profile Page persists.

11. I have not been a HomeAdvisor Home Service Professional since on or about May 2, 2018, and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

12. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the state of California and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 09/19/2018

WILLIAM VANDUZER

6

EXHIBIT D-11

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF RICHARD WHEELER

---

I, Richard Wheeler, state and declare the following:

    1.   My name is Richard Wheeler. I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

    2.   I live at 2826 Collins Street, Rockford, Illinois, 61109.  I own and operate Red's Heating and Air Conditioning, a business that specializes in air conditioning and heating services and repairs in the Rockford, Illinois region.

    3.   On or about January 10, 2018, I purchased a HomeAdvisor annual membership for $347.97.  The HomeAdvisor sales representative stated that there was an abundance of service requests that needed to be matched to eligible HomeAdvisor Home Service Professionals.  According to the HomeAdvisor representative I was going to generate a lot of new business from HomeAdvisor's targeted, serious, qualified and project-ready Leads.

1

Based upon theses representations, I was under the impression that HomeAdvisor was an effective and cost-efficient way to grow my business and acquire new customers.

4.   Over the course of approximately six weeks, I received 20-30 bogus Leads that ranged in cost from $20-$80 each.  The Lead fee for each Lead I received was automatically charged to my credit card associated with my HomeAdvisor account.  None of the Leads resulted in a job or a new customer because they were deficient.  The Leads were comprised of none working phone numbers, phone numbers that rang incessantly, people who stated they never heard of HomeAdvisor or were not interested in the service, stale Leads who had the service performed months before, and completely unresponsive Leads.

5.   As a result of the poor quality of the Leads, I began freezing my Leads to avoid receiving more deficient Leads and incurring additional costs.   When I contacted HomeAdvisor to request refunds I was instead offered Lead credits and repeatedly told by the HomeAdvisor representatives to give the service more time, and that the quality of the Leads would improve.

6.   Within a month I decided that I did not want to be a member of HomeAdvisor's network and wanted to terminate my service.  When I contacted HomeAdvisor to terminate my account my requests were disregarded.  The HomeAdvisor representatives would refuse to cancel my account, and instead would offer me free Leads and guaranteed that I would secure jobs from the Leads.  However, the quality of the Leads never improved and I kept incurring more charges.

7.   When I called HomeAdvisor again to cancel my membership on or about February 27, 2018, the representative I spoke with was extremely rude.  The representative refused to refund me and when I asked for their name, they hung up on me.  In total, I estimate that I had to call about five times before successfully being able to cancel my account.

2

8.   After cancelling my account HomeAdvisor continued to send me Leads and applying additional charges to my credit card.   I contacted my credit card company and disputed the charges incurred for the Lead fees. My credit card company evaluated the disputed charges which resulted in my credit card company reversing the charges.

9.   After my credit card company reversed the charges HomeAdvisor began contacting me and threatening to send me to collections if I did not pay the account balance plus additional fees.   HomeAdvisor then sent my account to collections and CMI Credit Mediators, Inc. contacted me and intimidated me into paying $320 to avoid harming my credit score.

10. Despite terminating my membership with HomeAdvisor on or about February 27, 2018, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's Online Directory. The Online Profile Page, shown below, contains my company name, my contact information and profile description that I provided during the membership sign up process.



*See* https://www.homeadvisor.com/rated.RedsHeatingandAir.71620373.html  (last visited 9/14/18).

       11. The Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which invites prospective customers to submit a request for a quote; however, a potential customer located within my service area (*e.g.*, Davis Junction, IL 61020) who is interested in contacting my company will receive the following false message

from HomeAdvisor upon entering their zip code: **"Red's Heating and Air Conditioning does not provide service to 61020"** which is immediately followed by a hyperlink that says: **"See Pros who provide service to 61020".**



*See* https://www.homeadvisor.com/rated.RedsHeatingandAir.71620373.html#quote=71620373 (last visited 9/14/2018).

12. Upon clicking on the hyperlink on my Online Profile Page, a prospective customer is taken to a landing page that lists HomeAdvisor's "Top Contractors in Davis Junction, IL".  This landing page contains various links that allow a customer to browse other HomeAdvisor Home Services Professionals' Online Profile Pages, who are essentially my competition, and submit service requests for quotes to these companies.



See https://www.homeadvisor.com/c.Davis_Junction.IL.html (last visited 9/14/2018).

13. HomeAdvisor's conduct of channeling potential customers away from my company to my competitors is harmful to my business. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor.  HomeAdvisor's fraudulent disclaimer concerning my company's service area provides potential customers false information about my company in an attempt to divert those individuals away from my company and direct them to other Home Service Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for which HomeAdvisor generates revenue.

14. I have not been a HomeAdvisor Home Service Professional since on or about February 27, 2018 and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

15. HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Illinois and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: __9-19-18__                                    _____

                                                     RICHARD WHEELER

EXHIBIT D-12

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF IVA HAUKENES

---

I, Iva Haukenes, state and declare the following:

1.  My name is Iva Haukenes. I am an adult individual of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.  I live at 1703 W Polo Green Ave, Post Falls, ID 83854.  I own and operate Bergen Certified Inspections, LLC, a limited liability company that specializes in home inspections and light commercial surveys in the Post Falls, Idaho region.

3.  On or about February 18, 2017, I paid $287.99 for a HomeAdvisor Pro Connect$^{TM}$ membership.  Based on the representations made in the emails I received from HomeAdvisor and during the sales call by the HomeAdvisor sales representative I believed that HomeAdvisor could provide me with targeted, vetted and quality Leads that would come

1

from real people, would only be for the services I offered and be located in my specified geographic area.

4.   I immediately encountered problems with the Leads that I received from HomeAdvisor.  The Leads consisted of non-existent addresses, fictitious phone numbers, Leads for services I do not offer, and Leads outside of my geographic service area, including one that was located more than 1,100 miles from my office and contained a fake telephone number.

5.   I contacted HomeAdvisor about the poor quality of the Leads and to request a credit for the deficient Leads.  HomeAdvisor refused to provide a credit for any of the deficient Leads.   On March 14, 2017, I canceled my HomeAdvisor membership and instructed my credit card company to reject any charges from HomeAdvisor.   After HomeAdvisor's attempts to reprocess the charges rejected by my credit card company failed, HomeAdvisor sent me an email titled "Final Account Notice – Avoid being sent to Collections" alleging that I owed HomeAdvisor $401.31.  The notice threatened that if I did not pay the balance I would be sent to an outside collection agency, and additional collection fees and/or litigation fees would be assessed, and a negative report would be made against my credit.   This harassment continued for more than two months until I responded to HomeAdvisor's baseless threats by filing complaints with the Idaho Attorney General.   In response to the complaint filed with the Idaho Attorney General, HomeAdvisor promptly wiped my entire balance and ceased any further collection efforts.

6.   Despite terminating my HomeAdvisor membership in March 2017, HomeAdvisor continued to actively list my company's Online Profile Page on HomeAdvisor's Online Directory with the "Get a Quote" button for more than seven months. When a homeowner clicked the "Get a Quote" button misleadingly informed homeowners that they were

2

requesting a quote from my company.   The Online Profile Page, shown below, contained my company name, my contact information and profile description that I provided during the membership sign up process.





*See* https://www.homeadvisor.com/rated.BergenCertified.62508119.html (last visited 12/11/2017).

      7.   HomeAdvisor still actively lists my company on its Online Directory.  Although, the current listing reflects the name and mailing address of my company, and the identical business description as the one reflected above, the phone number that appears below the mailing address is not and has never been associated with my company.  And the remaining business information that appears under the headings "Quick Facts" and "Service Area" are either inaccurate or incomplete.   In addition, the profile now contains an "alert" that denigrates the public's perception of my business stating that my business is not a "screened and approved member of HomeAdvisor."   Homeowners are then presented with a box soliciting visitors to receive quotes from "3 Prescreened Home Inspection Pros."



*See* https://www.homeadvisor.com/sp/jasons-floor-covering (last visited 8/25/17).

8.      HomeAdvisor's conduct of channeling potential customers away from my company to my competitors is harmful to my business.  HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor.  HomeAdvisor's fraudulent statement that a homeowner could request a quote from my company and inclusion of the "alert" provided potential consumers false and misleading information about

5

my company in an attempt to divert those individuals away from my company and direct them to other Home Service Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for which HomeAdvisor generates revenue.

9.      I have not been a HomeAdvisor Home Service Professional since March 2017, and I have terminated all business dealings with HomeAdvisor.  As such, HomeAdvisor does not have my permission to use my company name or likeness, and HomeAdvisor's deliberate misuse of the Online Profile page is intended to mislead prospective consumers and generate Leads and revenue for Home Service Professionals who are active in HomeAdvisor's network.

10.      HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business.  Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Idaho and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 9-5-2018

IVA HAUKENES

6

EXHIBIT D-13

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF KOURTNEY ERVINE

---

I, Kourtney Ervine, state and declare the following:

1.      My name Kourtney Ervine. I am an adult individual of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.      I live at 447 Date Palm Drive, Lake Park, FL 33403**.** I operate Glass Act Window Cleaning, a LLC that specializes in window cleaning and pressure washing services in the Palm Beach, Florida region.

3.      On or about August 24, 2016, I paid $287.99 for a HomeAdvisor Pro Connect$^{TM}$ membership.  Based on the representations made during the sales call by the HomeAdvisor sales representative I believed that HomeAdvisor could provide me with qualified and verified Leads from homeowners who were ready to hire, would only be provided to one or two other Home

1

Service Professionals and would cost between $14 and $18 for residential Leads and $18 and $20 for commercial Leads.

4.      Within one month of signing up, HomeAdvisor charged me over $325 for approximately 15 Leads. However, the Leads I received were not the quality, project-ready Leads that the HomeAdvisor sales representative had promised and cost between $14 and $30 per Lead. I received Leads that consisted of unanswered phone numbers, persons stating that the requested service had already been completed, Leads outside of my geographical area, and Leads with fictitious contact information.  I was also informed by homeowners on several occasions that I was not the first or second HomeAdvisor Home Service Professional to contact them, and in one case was at least the ***sixth HomeAdvisor Home Service Professional*** to contact the homeowner.

5.      After contacting HomeAdvisor about the poor quality of the Leads, in order to prevent HomeAdvisor from charging me for poor quality Leads, in December 2016, I froze my Leads.   In June 2017, I contacted HomeAdvisor to cancel my membership.   HomeAdvisor informed me that I had two months left on my membership and to call back at the end of the two month period.   However, HomeAdvisor automatically renewed my membership before I could call back and charged $287.99 to my credit card on file.  When I called HomeAdvisor to cancel the automatically renewed membership and request a refund, I was told by the HomeAdvisor representative that HomeAdvisor never issues refunds and if I wanted to dispute the charge any further, I would have to retain a lawyer.  HomeAdvisor only refunded the fraudulent automatic renewal charges after I filed a complaint with the Better Business Bureau.

6.      After I terminated my membership, HomeAdvisor continued to send me coercive and misleading text messages purporting to be "Leads."  The purported "Leads" do not appear to be legitimate because none of the text messages came from phone numbers within my geographic

region (originating from California, Minnesota, Oklahoma, Tennessee, Texas and Wisconsin) and the text messages instructed me to reply by email, not phone, to the purported homeowners' spouse.  I continue to receive the coercive and misleading text messages and I believe the text messages are a ruse designed by HomeAdvisor to try to fraudulently induce me to reactivate my HomeAdvisor membership.

7.      Despite terminating my HomeAdvisor membership in August 2017, HomeAdvisor still actively listed my company's Online Profile Page on HomeAdvisor's Online Directory until August 2018. The Online Profile Page, shown below, contained my company name, my contact information and profile description that I provided during the membership sign up process.



*See* https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html (last visited 8/15/18).

3

8.      The Online Profile Page gave prospective customers of my business the false impression that I was a current HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contained a "Get a Quote" button at the top of the screen which invited prospective customers to submit a request for a quote.



*See* https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html#quote=58137807 (last visited 8/15/18).

9.      On or about August 27, 2018, HomeAdvisor removed my business information from the Online Profile Page.  However, HomeAdvisor continues to maintain a website address that incorporates my businesses name.

4



*See* https://www.homeadvisor.com/rated.GlassActWindowCleaning.58137807.html (last visited 8/28/18).

       10.      HomeAdvisor's maintenance and use of the web address for my Online Profile Page directs homeowners looking for my company on Google to HomeAdvisor. As shown below, HomeAdvisor appears as the third result on Google when homeowners search for Glass Act Window Cleaning in Palm Beach.



(last visited 8/28/18).

11.     HomeAdvisor's conduct of channeling potential customers away from my company to my competitors is harmful to my business. HomeAdvisor's continued and purposeful misuse of my Online Profile Page is intended to bestow a financial benefit upon HomeAdvisor. HomeAdvisor's fraudulent statement that at homeowner could request a quote from my company provided potential consumers false information about my company in an attempt to divert those individuals away from my company and direct them to other Home Service Professionals in HomeAdvisor's network – thereby resulting in the creation of Leads for which HomeAdvisor generates revenue.

12.     I have not been a HomeAdvisor Home Service Professional since August 2017, and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have my permission to use my company's name or likeness, and HomeAdvisor's deliberate misuse of the Online Profile page is intended to mislead prospective consumers and generate Leads and revenue for Home Service Professionals who are active in HomeAdvisor's network.

6

13.     HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business.   Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Florida and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 9/6/2018                                         KOURTNEY ERVINE

EXHIBIT D-14

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF CLINT HENDRY

I, Clint Hendry, state and declare the following:

1. My name is Clint Hendry. I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2. I live at 1780 Oak Forest Drive, New Braunfels, Texas 78132. I own and operate Home Choice Inspections, a business that specializes in pre-listing inspections, pre-purchase inspections and one year warranty inspections in New Braunfels, Texas region.

3. On or about September 21, 2017, within days of obtaining my Texas Real Estate Commission Professional Inspector License, I received a solicitation call from a very persistent HomeAdvisor sales consultant who sold me an annual HomeAdvisor

1

membership for $287.99.  Based upon the representations made over the phone by the HomeAdvisor sales consultant, I was under the impression that HomeAdvisor was an effective and cost-efficient way to grow my new business and acquire new customers. According to the HomeAdvisor sales consultant, HomeAdvisor's Lead generation service would exclusively supply me with qualified, serious, legitimates Leads for real estate inspection services in the New Braunfels, Texas region.

4.   Over the course of about a year, I received approximately 42 Leads that had Lead fees that ranged from $20 to $30 that were automatically charged to my credit card associated with my HomeAdvisor account.  Aside from 3 or 4 viable Leads, the remaining Leads were all deficient.  The Leads included phone numbers that rang several times before disconnecting or were associated with generic voicemails that did not include the name of the individual I was attempting to reach.  All my outreach efforts, which included two phone calls and a follow up email to each Lead, went completely unanswered.

5.   After receiving and being charged for so many worthless Leads, I contacted HomeAdvisor in May 2018 to cancel my account; however, the HomeAdvisor representative convinced me to stay with HomeAdvisor by offering me $175 worth of Lead credits.

6.   After the Lead credit was depleted and the Lead quality had not improved, I then contacted HomeAdvisor on or about June 20, 2018 to terminate the service. Following my termination request I continued to receive and be billed for Leads.  I contacted HomeAdvisor and disputed the fraudulent charges and requested a refund.  I was denied any refund and told that my account would be placed in collections if I did not pay

the balance of $32.65.  I refused to pay HomeAdvisor for the erroneous charges that were incurred after I had requested that my account be cancelled.

7.   On July 26, 2018 I received a final past due balance notice from HomeAdvisor for $32.65.   Then on August 28, 2018 I received a notice from the collection agency, McCarthy, Burgess & Wolff, that stated my account had been placed in collections for $48.98, which included the purported original past due balance plus a "collection charge" of $16.33.

8.   I currently spend $200 a month on Google AdWords to advertise my business and improve search results.   However, despite terminating my membership with HomeAdvisor on or about June 20, 2018, HomeAdvisor continues to harm my search engine ranking.  When a prospective customer Google's my company name and city, state, HomeAdvisor's listing, which reflects my company name, is the second search result. HomeAdvisor's use of my company name and search engine optimization tactics not only directly competes and diminishes the effectiveness of my paid Google advertisements, but it misleads prospective customers by directing them to HomeAdvisor under the guise that I am a HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.



3

9.   Upon clicking on the HomeAdvisor search result a prospective customer is taken to a HomeAdvisor Online Profile Page that reflects a website address that incorporates the name of my business.



*See* https://www.homeadvisor.com/rated.HomeChoiceInspections.68632146.html  (last visited 9/18/18).

10.     The HomeAdvisor web address that contains my company name is associated with an Online Profile Page that states, "The page you are looking for is no longer available" which is intended to harm my business by redirecting prospective customers away from my company to other Lead-paying Home Service Professionals in HomeAdvisor's network. This  is  accomplished through HomeAdvisor's directives to, "Follow the links below to be matched to top-rated pros for your projects." Potential customers are then given the option to **"Find Trusted Pros with HomeAdvisor ProFinder"** followed by a "Start Now" button,

that invites prospective customers to be matched to other Home Service Professionals who are essentially my competition.

11.     HomeAdvisor's scheme is detrimental to my business.  I was told that my Online Profile Page was to be removed upon the cancellation of my account, but, after more than 3 months post-termination, my requests have been ignored and the misappropriation of my company name through the use of the Online Profile Page persists.

12.     I have not been a HomeAdvisor Home Service Professional since on or about June 20, 2018, and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page. Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company. Instead these prospective customers are being steered to finding different pros through the HomeAdvisor ProFinder.

13.     HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Texas and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: _9/24/18_

CLINT HENDRY

# EXHIBIT D-15

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

**DECLARATION OF JACOB KRUMENACKER**

---

I, Jacob Krumenacker, state and declare the following:

    1.  My name is Jacob Krumenacker. I am an adult of sound mind and capable of making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

    2.  I live at 930 ES Phillips Road, Shelton, Washington 98584.  I own and operate Kayo Construction & Development, Inc., a general contracting business that specializes in roofing, remodels, new construction, residential and commercial projects in Northern Washington.

    3.  On or about July 14, 2018, I received a solicitation call from a very persistent HomeAdvisor sales consultant who sold me an annual HomeAdvisor membership for $287.99.  Based upon the representations made over the phone by the HomeAdvisor sales

1

consultant, I understood HomeAdvisor to be a service that matched verified, serious, project-ready homeowners who submitted service requests through HomeAdivsor.com with HomeAdvisor Home Service Professionals.  The representations made about the service gave me the impression that HomeAdvisor was an effective and cost-efficient way to grow my new remodeling business and acquire new customers.

4.  Within days of joining HomeAdvisor's network, I received approximately 10 Leads that had Lead fees that cost, on average, $110 each.  Upon receipt of each Lead my credit card associated with my HomeAdvisor account was automatically charged.  None of the Leads resulted in a job or a new customer because they were all deficient.  The Leads were comprised of people who stated they never heard of HomeAdvisor or were not interested in the service, stale Leads who had the service performed years before, people who were renters, and completely unresponsive Leads.

5.  Completely dissatisfied with the service, I contacted HomeAdvisor to terminate my account; however, the customer representative told me that I could not cancel.  I called HomeAdvisor again on or about July 25, 2018, less than two weeks after joining HomeAdvisor, to demand that my account be cancelled and that a refund for the membership and bogus Leads be issued to me.  The customer representative refused to issue any refund, but confirmed that my account was closed.  That same day I received an email offering me five free Lead credits if I reactivated my account – which I declined to accept.

6.  On August 14, 2018, I received a notice from HomeAdvisor informing me that my account was on hold because the payment method on file declined during processing.  According to the email, once the past due balance was successfully processed my service,

which I cancelled weeks before, would reactivate.  The next day, on August 15, 2018, I received a final notice from HomeAdvisor indicating that if I did not pay $1,101.99 that my account would be sent to collections.  On September 14, 2018, HomeAdvisor emailed me to notify me that my account had been forwarded to a collection agency and that "additional fees and possibly interest" may be added to the balance.  A few days later, on September 17, 2018, I received a notice from CMI Credit Mediators Inc. that stated my account had been placed in collections for $1,469.32.

7.   Despite terminating my membership with HomeAdvisor on or about July 25, 2018, HomeAdvisor continues to harm my search engine ranking.  When a prospective customer Google's my company name and city, state, HomeAdvisor's listing, which reflects my company name, is the first search result.  HomeAdvisor's use of my company name and search engine optimization tactics not only directly competes and diminishes the effectiveness of my paid Google advertisements, but it misleads prospective customers and gives the false impressions that I am a HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.



8.   Upon clicking on the HomeAdvisor search result a prospective customer is taken to a HomeAdvisor Online Profile Page that reflects a website address that incorporates the name of my business.



*See* https://www.homeadvisor.com/rated.KayoConstruction.77717050.html (last visited 9/18/18).

9.      The HomeAdvisor web address that contains my company name is associated with an Online Profile Page that states, "The page you are looking for is no longer available" which is intended to harm my business by redirecting prospective customers away from my company to other Lead-paying Home Service Professionals in HomeAdvisor's network.  This is

accomplished through HomeAdvisor's directives to, "Follow the links below to be matched to top-rated pros for your projects." Potential customers are then given the option to **"Find Trusted Pros with HomeAdvisor ProFinder"** followed by a "Start Now" button, inviting prospective customers to be matched to other Home Service Professionals who are essentially my competition.

10.     I have not been a HomeAdvisor Home Service Professional since on or about July 25, 2018, and I have terminated all business dealings with HomeAdvisor. As such, HomeAdvisor does not have permission to use my company name or likeness, and HomeAdvisor, post-termination of my relationship with it, has improperly maintained [and continues to maintain] my Online Profile Page.  Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company.  Instead these prospective customers are being steered to different pros through HomeAdvisor's ProFinder.

11.     HomeAdvisor employs fundamentally unfair, deceptive and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 9/20/18

JACOB KRUMENACKER

# EXHIBIT D-16

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01802

CHARLES COSTELLO, BRUCE FILIPIAK,
JOSH SELDNER, ANTHONY BAUMANN,
KOURTNEY ERVINE, HANS HASS,
IVA HAUKENES, and BRAD and LINDA McHENRY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HOMEADVISOR, INC., IAC/INTERACTIVECORP,
ANGI HOMESERVICES, INC., CROWDSTEER INC.,
and DOES 1 through 11,

    Defendants.

---

## DECLARATION OF WALTER GARR YARBORO

---

I, Walter Garr Yarboro, state and declare the following:

1.  My name is Walter Garr Yarboro. I am an adult individual of sound mind and capable or making this Declaration. I have personal knowledge of the facts in this Declaration and I am fully competent to testify to these facts.

2.  I live at 1218 County Road, Chatham, Virginia 24531, and I own and operate HVAC Performance Testing and Service, LLC, a limited liability company that specializes in installation and service maintenance of heating and air conditioning in the Chatham, Virginia region.

3.  After being continuously solicited by HomeAdvisor over the course of several years, on or about June 1, 2018, I purchased a HomeAdvisor annual membership for $347.98.  According to the HomeAdvisor sales representative, there were not enough Home Service Professionals in HomeAdvisor's network to match with all the HVAC service requests HomeAdvisor was receiving from my service area. The HomeAdvisor sales representative was very persistent and guaranteed me that I would secure a lot of jobs through HomeAdvisor's serious, project-ready Leads.  The representative kept reiterating

1

how much business I was going to generate because there was an abundance of Leads coming in for my specific service tasks that had Lead fees that ranged from $15 to $25. The representative went on to offer me $100 in free Leads if I purchased a membership. Based upon these representations I purchased an annual membership under the impression that HomeAdvisor was an effective and cost-efficient way to grow my business and gain new customers for heating and air conditioning installation, service and maintenance in the Chatham, Virginia region.

4.   Within less than one-month, I received approximately 12 Leads that, on average, cost about $58 per Lead. The Lead fees were automatically charged to my debit card associated with my HomeAdvisor account, and the $100 in free Leads was never applied to my account. Immediately I experienced issues with the Leads. The Leads were comprised of people who stated they never heard of HomeAdvisor, were not interested in the service, proclaimed never to have filled out a service request, or were completely unresponsive to my continuous outreach efforts.

5.   Frustrated I called HomeAdvisor on or about June 8, 2018, and requested that my Leads be frozen until the last week of June so I could take care of some family matters. The HomeAdvisor customer service representative assured me that he had heeded my request and paused my Leads. However, during the period in which my Leads were to be frozen I continued to receive and be charged for Leads.

6.   I immediately called HomeAdvisor and asked to speak to the customer service representative who had processed my request to freeze my Leads, but he never picked up and never responded to my emails or other phone calls.

7.   I then called HomeAdvisor on or about July 24, 2018 to cancel my membership and to demand a refund for the bogus Leads. After being transferred to a number of representatives but before being disconnected, I was told that I could not cancel and that I could only temporarily freeze my Leads.

8.   Between July 26, 2018 and July 28, 2018, I received three more bogus Leads. I called HomeAdvisor on July 30. 2018 and, again, demanded that my account be closed and that a refund be issued for all the deficient Leads. The HomeAdvisor customer service representative responded by threatening to send my account to collections. I proceeded to spend hours on the phone being transferred back and forth between customer service representatives before finally reaching a representative who said they would terminate my account. That same day I sent HomeAdvisor an email reiterating the basis for contending

that the Leads I had received and paid for were illegitimate, and stating in writing that HomeAdvisor was no longer authorized to charge my bank account and confirming that I wanted my account cancelled.

9.   However, as of the date of this Declaration, my account remains active and my requests to terminate have been willfully ignored by HomeAdvisor.   Furthermore, after requesting to terminate HomeAdvisor continued to fraudulently apply charges to my debit account requiring me to contact my bank and close my debit account associated with my HomeAdvisor membership and open a new debit account.   Since my repeat requests to cancel my HomeAdvisor membership were disregarded, severing my debit account linked to HomeAdvisor was the only way for me to prevent HomeAdvisor from debiting unauthorized amounts.

10. On or about August 13, 2018, my HomeAdvisor account reflected a past due balance of $612.92.   On September 21, 2018, I received an email from HomeAdvisor informing me that my account had been forwarded to an outside collection agency. Then on September 25, 2018, I received an email containing a letter from the collection agency McCarthy, Burgess & Wolff ("MB&W") notifying me that my outstanding balance had increased to $846.13.

11. The MB&W letter contains coercive and false statements that, according to the letter, are essential to "keep in mind when considering how [I] respond."   First, the letter states that I "voluntarily contracted with HomeAdvisor, Inc."   At no point in time did I enter into a valid, enforceable contract with HomeAdvisor.   No contract was mentioned or provided to me during the registration process, and I did not sign or agree to any contract. The MB&W letter also says that I was "aware of billing terms at the time [I] contracted for said goods and/or services" and that "[t]o date [I] have refused to resolve this issue."   These statements are inaccurate.   At the time I joined HomeAdvisor the true nature and quality of HomeAdvisor's bogus Lead service were unknown to me.   Additionally, I was not aware that HomeAdvisor would send and charge me for Leads when my Lead service was frozen, or supposed to be frozen per my requests.   Moreover, I was unaware that HomeAdvisor would deliberately disregard my repeat requests to terminate my membership resulting in the accrual of additional authorized charges.

12. Despite trying to terminate my HomeAdvisor membership, HomeAdvisor still actively lists my company's Online Profile Page on HomeAdvisor's online Directory. The Online Profile Page, shown below as of Sept. 7, 2018, contained my company name, my

3

contact information, and profile description that I provided during the membership sign up process. However, disturbingly, HomeAdvisor independently located my father's contractor licenses, which include the Master Gas Fitter and Master Electrician licenses, neither of which are licenses I hold. It is concerning that HomeAdvisor would seek out and upload this information to my Online Profile Page without my consent. As a result of HomeAdvisor's actions, both my father and I could be submit to disciplinary actions by the Virginia Department of Professional and Occupational Regulation for misuse of my father's licenses.



*See* https://www.homeadvisor.com/rated.HVACPerformanceTesting.54202361.html# (last visited 9/7/2018).

      13. Additionally, the Online Profile Page gives prospective customers of my business the false impression that I am a current HomeAdvisor Home Service Professional and/or

affiliated with HomeAdvisor.  Furthermore, the Online Profile Page contains a "Get a Quote" button at the top of the screen which then opens up a pop-up window, shown below, inviting prospective customer to submit a request for a quote from my company, HVAC Performance Testing and Service, LLC.



*See* https://www.homeadvisor.com/rated.HVACPerformanceTesting.54202361.html#quote= 54202361 (last visited 9/7/2018).

14.    Upon entering a street address and zip code in my service area (Danville, Virginia 24540), and clicking "Confirm" another window opens that states, in bold at the top, **"Get a Quote from HVAC Performance Testing and Service, LLC"**. Under these pretenses, prospective customers interested in receiving a quote from my company complete the below service request form. However, upon clicking "Get a Quote," HomeAdvisor then intercepts this submission and converts it to a Lead that is then sold to other Home Service Professionals in the HomeAdvisor network who are essentially my competition.



*See* https://www.homeadvisor.com/rated.HVACPerformanceTesting.54202361.html#quote= 54202361 (last visited 9/7/2018).

15. HomeAdvisor's scheme is detrimental to my business. I have loyal customers who have been trying to contact me only to be re-routed to HomeAdvisor through the various unscrupulous tactics. HomeAdvisor's misappropriation of my business name and likeness has so negatively impacted my company's online presence and search engine optimization that I have even had customers come to my residence because their attempts to contact me through online searches have been intercepted by HomeAdvisor – which then offers to connect my customers to other Home Service Professionals in its network.

16. As of the date of this Declaration, one day post-receipt of MB&W's collection notice, my HomeAdvisor Online Profile Page has been altered. Now when a prospective customer Google's my company name and city, state, HomeAdvisor's listing, which reflects my company name, is the second search result following the three paid advertisements. HomeAdvisor's use of my company name and search engine optimization tactics falsely implies that I am a HomeAdvisor Home Service Professional and/or affiliated with HomeAdvisor.



17. Upon clicking on the HomeAdvisor search result a prospective customer is taken to a HomeAdvisor Online Profile Page that reflects a website address that incorporates the name of my business.



*See* https://www.homeadvisor.com/rated.HVACPerformanceTesting.54202361.html (last visited 9/26/18).

18. The HomeAdvisor web address that contains my company name is associated with an Online Profile Page that states, "The page you are looking for is no longer available" which is intended to harm my business by redirecting prospective customers away from my company to other Lead-buying Home Service Professionals in HomeAdvisor's network. This is accomplished through HomeAdvisor's directives to, "Follow the links below to be matched to top-rated pros for your projects." Potential customers are then given the option to "Find Trusted Pros with HomeAdvisor ProFinder" followed by a "Start Now" button, inviting prospective customers to be matched to other Home Service Professionals who are essentially my competition.

19. HomeAdvisor has disregarded my attempts to terminate all while improperly maintaining my Online Profile Page in an attempt to pilfer my potential customers to generate revenue by selling Leads to other active and Lead-buying Home Service Professionals.  Such conduct constitutes a deliberate misuse of my Online Profile Page and is intended to mislead prospective customers who are more than likely seeking to contact my company.  Instead these prospective customers of my business are being steered to my competitors who are active HomeAdvisor Home Service Professionals.

20. HomeAdvisor's ongoing conduct has irreparably harmed my business.  Since enrolling with HomeAdvisor my business has seen a significant decline in calls and business. I attribute this to HomeAdvisor's stealth online marketing and search engine optimization capabilities which have essentially eviscerated my online presence. I have been informed by loyal, established customers that their attempts to contact me have been repeatedly intercepted by HomeAdvisor who has tried to redirect them to my competition.

21. HomeAdvisor employs fundamentally unfair, deceptive, and fraudulent business practices that have resulted in harm to me and my business. Had I known the true nature and quality of the membership program and HomeAdvisor's fraudulent business practices, I would not have signed up and paid for the membership program.

I declare under the penalty of perjury under the laws of the State of Virginia and the United States that the forgoing is true and correct to the best of my knowledge.

Dated: 10/3/2018

WALTER GARR YARBORO