IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-01802-WJM-MEH | Date: | November 5, 2018 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

CHARLES COSTELLO, et al,                                Kimberly Smith
                                                                                   Mark Williams

     Plaintiffs,

v.

HOMEADVISOR, INC., et al,                                Alexander Clayden
                                                                                   Stephen Horace

     Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

---

**Court in session:**    10:10 a.m.

Court calls case.   Appearances of counsel.

Discussion was held regarding a related case pending in this district and requested injunctive relief.

**Court in recess:**    10:36 a.m.
**Court in session:**    10:45 a.m.

**ORDERED:**    An Order to Show Cause is entered in this case. Parties have until the close of business on Wednesday, November 7, 2018 to file written reasons why this case should not be consolidated with *1:16-cv-01849-PAB-KLM, Airquip, Inc. v. HomeAdvisor, Inc., et al,* pending in the District of Colorado.

Discussion was held regarding targeted discovery.

**ORDERED:**    Parties shall hold the deposition of Mr. Sullivan some time before he end of day on November 16, 2018. The deposition shall last for 5 hours and cover the two declarations made by Mr. Sullivan and discussed on the record. Defendants shall produce all of the documents that Mr. Sullivan relied upon, reviewed, and/or referenced in his declaration filed in CM/ECF at

[69] two days prior to his deposition.

**ORDERED:**         All other discovery in this case is STAYED pending a decision regarding consolidation of the two cases.

**ORDERED:**         Parties shall conference together and contact Chambers at 303-844-4507 to schedule a Status Conference for sometime next week.

A Scheduling Order will be entered at a later date.

**Court in recess:        11:12 a.m.       (Hearing concluded)**
**Total time in Court:  0:53**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.